# STATE OF CONNECTICUT

FILED
2003 OCT -8 P 4: 39

Michèle T. Angers
Chief Clerk
860-757-2200



SUPREME COURT
APPELLATE COURT

October 6, 2003

231 Capitol Avenue
Hartford, CT 06106
860-757-2217 Fax

Attorney Francis S. Silvestri, Jr.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06604

Attorney Barbara Frederick
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Re:  SC 16995 <u>Old Republic National Title Insurance Company</u>
v. <u>Bank of East Asia Ltd., et al.</u>

Dear Counsel:

The United States District Court for the District of Connecticut certified a question of law to the Connecticut Supreme Court. The motion to dismiss at the District Court has been withdrawn and the certified question is now moot. The Supreme Court appeal is considered to have been withdrawn.

Very truly yours,

Michèle T. Angers
Chief Clerk

cc:   Tyler, Cooper & Alcorn, LLP
      Francis M. Donnaruma
      Clerk, United States District Court
      Hon. Stephan R. Underhill

| Alan M. Gannuscio | Cynthia M. Gworek | Paul S. Hartan | Susan C. Reeve | Carolyn C. Ziogas |
|---|---|---|---|---|
| Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk | Assistant Clerk |
| 860-757-2242 | 860-757-2149 | 860-757-2249 | 860-757-2224 | 860-757-2153 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 SEP 18 A 10: 21

OLD REPUBLIC NATIONAL TITLE
INSURANCE CO.,
    Plaintiff,

v.

BANK OF EAST ASIA LTD, ET AL.,
    Defendants.

NO. 3:01CV1772 (SRU)

NOTICE OF WITHDRAWAL
OF QUESTION PREVIOUSLY CERTIFIED
TO THE CONNECTICUT SUPREME COURT

By order dated February 26, 2003, this court certified to the Connecticut Supreme Court a question concerning the plaintiff's standing to bring a subrogated claim for legal malpractice against certain of the defendants. The Connecticut Supreme Court accepted the question certified on May 8, 2003, and the matter was assigned docket number SC16995 by that Court.

Based upon later discovered authority, the defendants who had challenged plaintiff's standing have concluded that it is appropriate to withdraw the motion to dismiss, which had raised the standing issue. This court has approved the withdrawal of the motion to dismiss, thereby mooting the question certified.

Accordingly, this court withdraws the question previously certified and respectfully requests that the Connecticut Supreme Court terminate its consideration of the certified question. The time and attention that the Supreme Court has spent to assist this court with what appeared to be an important but unsettled question of state law is greatly appreciated.



It is hereby ordered that the clerk transmit to the Connecticut Supreme Court a certified copy of this Notice of Withdrawal.

It is so ordered.

Dated at Bridgeport, Connecticut this 17th day of September 2003.

_____
Stefan R. Underhill
United States District Judge

FILED 2003 SEP 26

I hereby certify that the foregoing is a true copy of the original document on file. Date: 9/29/03
KEVIN F. ROWE
Clerk
By C. W. Cody
Deputy Clerk

Notice sent: October 6, 2003
Zeldes, Needle & Cooper, P.C.
Tyler, Cooper & Alcorn, LLP
Updike, Kelly & Spellacy, P.C.
Francis M. Donnaruma
Clerk, U.S. District Court
Hon. Stefan R. Underhill

2