**STATUS CONFERENCE HELD**
**DATE:** Nov. 12, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

November 12, 2003

5:15 p.m.

CASE NO. **3:01cv1772**   **Old Republic v Bank of East Asia**

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church St.
New Haven, CT 06510

Marie A. Casper
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

William H. Champlin III
Tyler Cooper & Alcorn
Cityplace-35Th Floor
Hartford, CT 06103-3488

Francis Donnarumma
100 Grand St.
Suite 2F
Waterbury, CT 06702

Scott S. McKessy
Reed Smith
599 Lexington Avenue, 28th Fl.
New York, NY 10022

Frank J. Silvestri Jr.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Kenneth Sussmane
Sussmane & Zapfel
1065 Avenue of the Americas
11th Floor
New York, NY 10018


Frank G. Usseglio
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK