IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL<br>TITLE INSURANCE COMPANY, ET AL,<br><br>    Plaintiffs,<br><br>vs.<br><br>BANK OF EAST ASIA LIMITED, ET AL,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:01cv1772(SRU)<br><br>November 21, 2003 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Plaintiffs Old Republic National Title Insurance Company ("Old Republic") and Old Republic, as Subrogee of Eastern Savings Bank (collectively referred to hereinafter as "Plaintiffs") hereby move to modify the scheduling order entered by this Court on December 3, 2001, as amended by orders dated November 1, 2002, February 19, 2003, May 6, 2003 and August 6, 2003 to extend the deadlines for discovery and other matters. In support of this motion, Plaintiffs state as follows:

1. The current scheduling order imposes a discovery deadline of March 1, 2004. The parties have commenced but not completed discovery.

2. As discussed in a telephone status conference on November 12, 2003, now that the appeal of the question certified by the Court to the Connecticut Supreme Court has been withdrawn and the motion to dismiss by Bank of East Asia has been decided, the case is in a posture where the pleadings can be closed and a schedule

established for completing discovery, including experts, and putting the case in a trial-ready posture.

3.  Counsel for plaintiffs and defendants have discussed and agreed upon the following schedule, and plaintiffs move that it be approved by the Court:

(a)  Plaintiffs intend to call expert witnesses at trial. Plaintiffs will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 30, 2004. Depositions of any such experts will be completed by March 31, 2004.

(b)  Defendants intend to call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by April 30, 2004. Depositions of any such experts will be completed by June 30, 2004.

(c)  All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by June 30, 2004.

(d)  Dispositive motions, if any, will be filed on or before July 30, 2004.

(e)  The joint trial memorandum will be filed by August 31, 2004 (or 30 days after ruling(s) on any dispositive motion(s), whichever is later).

(f)  The case will be ready for trial by September 30, 2004 (or 30 days after the filing of the joint trial memorandum, whichever is later).

4.  This is the fifth motion for an extension of time for this deadline. Defendants consent to this request.

By: _/s/ Frank J. Silvestri_
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
Marie A. Casper
Federal Bar No. ct08974

Zeldes, Needle & Cooper, P. C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT  06601-1740
(203) 333-9441 (Telephone)
(203) 333-1489 (Facsimile)
fsilvestri@znclaw.com (E-mail)
mcasper@znclaw.com (E-mail)

Attorneys for Plaintiff
Old Republic National Title Insurance
Company and Old Republic National Title
Insurance Company as Subrogee Of
Eastern Savings Bank

## CERTIFICATION

This is to certify that a copies of the foregoing have been sent via first class United States mail, postage prepaid, on this date to:

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn LLP
185 Asylum Street, 35th Floor
Hartford, CT 06103-3488
(860) 725-6206

Christopher L. Brigham, Esq.
Updike Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510-7002
(860) 548-2600

Francis M. Donnarumma, Esq.
Law Office of Francis M. Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702
(203) 759-1002

Kenneth Sussmane, Esq.
Sussmane & Zapfel P.C.
1065 Avenue of the Americas, 11th Floor
New York, N.Y. 10018
(212) 944-9455

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, N.Y. 10022
(212) 521-5400

Dated at Bridgeport, Connecticut, this 21st day of November 2003.

_____
Frank J. Silvestri