

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, ET AL, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BANK OF EAST ASIA LIMITED, ET AL, )<br><br>Defendants. ) | CIVIL ACTION NO.<br>3:01cv1772(SRU)<br><br>November 21, 2003 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Plaintiffs Old Republic National Title Insurance Company ("Old Republic") and Old Republic, as Subrogee of Eastern Savings Bank (collectively referred to hereinafter as "Plaintiffs") hereby move to modify the scheduling order entered by this Court on December 3, 2001, as amended by orders dated November 1, 2002, February 19, 2003, May 6, 2003 and August 6, 2003 to extend the deadlines for discovery and other ers. In support of this motion, Plaintiffs state as follows:

1. The current scheduling order imposes a discovery deadline of March 1, . The parties have commenced but not completed discovery.

2. As discussed in a telephone status conference on November 12, 2003, hat the appeal of the question certified by the Court to the Connecticut Supreme has been withdrawn and the motion to dismiss by Bank of East Asia has been ed, the case is in a posture where the pleadings can be closed and a schedule

Motion Granted.
Discovery cutoff date June 30, 2004
Dispositive Motions Due by July 30, 2004
SO ORDERED
12/4/03
Stefan R. Underhill, U.S.D.J.