IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 17 P 3: 48
U.S. [illegible]

| | |
|---|---|
| OLD REPUBLIC NATIONAL<br>TITLE INSURANCE COMPANY, ET AL,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF EAST ASIA LIMITED, ET AL,<br><br>Defendants. | CIVIL ACTION NO.<br>3:01cv1772(SRU)<br><br><br>November 17, 2003 |

[Margin annotation: Granted. The clerk shall docket the Second Amended Complaint. So ordered. 12/23/03]

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs Old Republic National Title Insurance Company ("Old Republic") and Old Republic, as Subrogee of Eastern Savings Bank (collectively referred to hereinafter as "Plaintiffs") hereby move pursuant to Rule 15(a) and (c) of the Federal Rules of Civil Procedure and Rule 9 of the Local Civil Rules for leave to amend the Amended Complaint, dated November 17, 2001 (the "Amended Complaint") in the form attached hereto as the Second Amended Complaint. In support of this motion, Plaintiffs represent as follows:

1.  The amendments made in the proposed Second Amended Complaint are as follows:

    a.  In the factual background portion of the complaint and in Counts Three through Six, augmentation of the factual allegations against defendant