UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL ) <br> TITLE INSURANCE COMPANY, and ) <br> OLD REPUBLIC NATIONAL ) <br> TITLE INSURANCE COMPANY ) <br> as Subrogee of Eastern Savings Bank ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BANK OF EAST ASIA LIMITED, ) <br> M. DEAN MONTGOMERY, ESQ., ) <br> BENTLEY, MOSHER, BABSON & ) <br> LAMBERT, P. C., MARGARET L. LEE, ) <br> JOHN CHENG, SINOWEST FINANCIAL ) <br> SERVICES, TCRM ADVISORS, INC., ) <br> and TCRM COMMERCIAL CORP., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:01 cv1772 (SRU) <br><br><br><br> January 15, 2004 |

## ANSWER and CROSS-CLAIMS

Defendant Bank of East Asia, Limited ("Defendant" or "Bank of East Asia"), by its attorneys, Reed Smith LLP, as and for its Answer and Cross-Claims to the Second Amended Complaint in this matter, responds and alleges as follows:

1.   Paragraph "1" of the Second Amended Complaint alleges conclusions of law to which no response is necessary. To the extent a response is necessary, Bank of East Asia denies the allegations set forth in paragraph "1" of the Second Amended Complaint as those allegations pertain to Bank of East Asia, and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations as they pertain to entities or parties other than Bank of East Asia, and therefore denies them.

2.   Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "2" of the Second Amended Complaint, and therefore denies them.

3.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of the Second Amended Complaint, and therefore denies them.

4.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4" of the Second Amended Complaint, and therefore denies them.

5.     Denies the allegations contained in paragraph "5" of the Second Amended Complaint, except admits Bank of East Asia is a federal branch of a foreign bank, organized under the laws of Hong Kong with a branch office located at 202 Canal Street, New York, New York.

6.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of the Second Amended Complaint, and therefore denies them.

7.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "7" of the Second Amended Complaint, and therefore denies them.

8.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "8" of the Second Amended Complaint, and therefore denies them.

9.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9" of the Second Amended Complaint, and therefore denies them.

10.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "10" of the Second Amended Complaint and therefore denies them, except refers all questions of law to the Court.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11" of the Second Amended Complaint and therefore denies them, except refers all questions of law to the Court.

12. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12" of the Second Amended Complaint, and therefore denies them.

13. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "13" of the Second Amended Complaint, and therefore denies them.

14. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "14" of the Second Amended Complaint, and therefore denies them.

15. Bank of East Asia denies the allegations contained in paragraph "15" of the Second Amended Complaint, but admits that account numbers 26948 and 9006915 are joint accounts opened in the names of Margaret Lee and Nancy Chang.

16. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "16" of the Second Amended Complaint, and therefore denies them.

17. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "17" of the Second Amended Complaint, and therefore denies them.

18. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "18" of the Second Amended Complaint, and therefore denies them.

19. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "19" of the Second Amended Complaint, and therefore denies them.

20. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "20" of the Second Amended Complaint, and therefore denies them.

21. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "21" of the Second Amended Complaint, and therefore denies them.

22. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "22" of the Second Amended Complaint, and therefore denies them.

23. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23" of the Second Amended Complaint, and therefore denies them.

24. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24" of the Second Amended Complaint, and therefore denies them.

25. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25" of the Second Amended Complaint, and therefore denies them.

26. Bank of East Asia denies the allegations contained in paragraph "26" of the Second Amended Complaint, but admits that ten fully endorsed cashier's checks were deposited at the Bank of East Asia.

27. Bank of East Asia denies the allegations contained in paragraph "27" of the Second Amended Complaint, but admits that ten fully endorsed cashier's checks were presented to People's Bank for payment and that People's Bank honored those cashier's checks.

28. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "28" of the Second Amended Complaint, and therefore denies them.

29.     Bank of East Asia denies the allegations contained in paragraph "29" of the Second Amended Complaint, except admits that a fully endorsed check, numbered 9666, was deposited with the Bank of East Asia.

30.     Bank of East Asia denies the allegations contained in paragraph "30" of the Second Amended Complaint, but admits that a fully endorsed check, numbered 9666, was presented to People's Bank for payment and that People's Bank honored that check.

31.     Bank of East Asia denies the allegations contained in paragraph "31" of the Second Amended Complaint, but admits that several monthly mortgage payments were received by Eastern Savings Bank.

32.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "32" of the Second Amended Complaint, and therefore denies them.

33.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "33" of the Second Amended Complaint, and therefore denies them.

34.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "34" of the Second Amended Complaint, and therefore denies them.

35.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "35" of the Second Amended Complaint, and therefore denies them.

36.     Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "36" of the Second Amended Complaint, and therefore denies them.

37.     In response to paragraph "37" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

38. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "38" of the Second Amended Complaint, and therefore denies them.

39. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "39" of the Second Amended Complaint, and therefore denies them.

40. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "40" of the Second Amended Complaint, and therefore denies them.

41. In response to paragraph "41" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

42. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "42" of the Second Amended Complaint, and therefore denies them.

43. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "43" of the Second Amended Complaint, and therefore denies them.

44. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "44" of the Second Amended Complaint, and therefore denies them.

45. In response to paragraph "45" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

46. The allegations contained in paragraph "46" of the Second Amended Complaint state conclusions of law to which no response is required. To the extent a response is required,

Bank of East Asia denies the allegations set forth in paragraph "46" of the Second Amended Complaint and refers all issues of law to the court.

47.     The allegations contained in paragraph "47" of the Second Amended Complaint state conclusions of law to which no response is required. The extent a response is required, Bank of East Asia denies the allegations contained in paragraph "47" of the Second Amended Complaint and refers all issues of law to the court.

48.     Bank of East Asia denies the allegations contained in paragraph "48" of the Second Amended Complaint.

49.     Bank of East Asia denies the allegations contained in paragraph "49" of the Second Amended Complaint.

50.     In response to paragraph "50" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

51.     The allegations contained in paragraph "51" of the Second Amended Complaint state conclusions of law to which no response is required. To the extent a response is required, Bank of East Asia denies the allegations contained in paragraph "51" of the Second Amended Complaint and refers all issues of law to the court.

52.     Bank of East Asia denies the allegations contained in paragraph "52" of the Second Amended Complaint.

53.     Bank of East Asia denies the allegations contained in paragraph "53" of the Second Amended Complaint.

54.     In response to paragraph "54" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

55.     The allegations contained in paragraph "55" of the Second Amended Complaint state conclusions of law to which no response is required. To the extent a response is necessary,

Bank of East Asia denies the allegations contained in paragraph "55" of the Second Amended Complaint and refers all issues of law to the court.

56. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "56" of the Second Amended Complaint, and therefore denies them.

57. Bank of East Asia denies the allegations contained in paragraph "57" of the Second Amended Complaint.

58. Bank of East Asia denies the allegations contained in paragraph "58" of the Second Amended Complaint.

59. Bank of East Asia denies the allegations contained in paragraph "59" of the Second Amended Complaint.

60. Bank of East Asia denies the allegations contained in paragraph "60" of the Second Amended Complaint.

61. Bank of East Asia denies the allegations contained in paragraph "61" of the Second Amended Complaint.

62. In response to paragraph "62" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

63. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "63" of the Second Amended Complaint, and therefore denies them.

64. Bank of East Asia denies the allegations contained in paragraph "64" of the Second Amended Complaint.

65. Bank of East Asia denies the allegations contained in paragraph "65" of the Second Amended Complaint.

66. Bank of East Asia denies the allegations contained in paragraph "66" of the Second Amended Complaint.

67. Bank of East Asia denies the allegations contained in paragraph "67" of the Second Amended Complaint.

68. Bank of East Asia denies the allegations contained in paragraph "68" of the Second Amended Complaint.

69. In response to paragraph "69" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

70. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "70" of the Second Amended Complaint, and therefore denies them.

71. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "71" of the Second Amended Complaint, and therefore denies them.

72. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "72" of the Second Amended Complaint, and therefore denies them.

73. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "73" of the Second Amended Complaint, and therefore denies them.

74. In response to paragraph "74" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

75. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "75" of the Second Amended Complaint, and therefore denies them.

76. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "76" of the Second Amended Complaint, and therefore denies them.

77. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "77" of the Second Amended Complaint, and therefore denies them.

78. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "78" of the Second Amended Complaint, and therefore denies them.

79. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "79" of the Second Amended Complaint, and therefore denies them.

80. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "80" of the Second Amended Complaint, and therefore denies them.

81. In response to paragraph "81" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" and "75" through "79" of the Second Amended Complaint as if fully set forth herein.

82. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "82" of the Second Amended Complaint, and therefore denies them.

83. Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "83" of the Second Amended Complaint, and therefore denies them.

84. In response to paragraph "84" of the Second Amended Complaint, Bank of East Asia repeats and realleges its responses to paragraphs "1" through "36" of the Second Amended Complaint as if fully set forth herein.

85.  Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "85" of the Second Amended Complaint, and therefore denies them.

86.  Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "86" of the Second Amended Complaint, and therefore denies them.

87.  Bank of East Asia denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "87" of the Second Amended Complaint, and therefore denies them.

## FOR A FIRST DEFENSE

88.  The Complaint fails to state facts sufficient to constitute a claim against Bank of East Asia.

## FOR A SECOND DEFENSE

89.  Upon information and belief, Plaintiff[1] became aware of the purported forgeries in or before January 1999, and was aware of the identity of the alleged wrong-doer since that time.

90.  Despite this knowledge, Plaintiff never notified the Bank of East Asia of the purported forgeries, or the identity of the wrong-doer until October 2001.

91.  Plaintiff's delay in giving the Bank of East Asia notice of the purported forgeries of almost three years is unreasonable and its claims are now barred.

## FOR A THIRD DEFENSE

92.  Upon information and belief, Plaintiff became aware of the purported forgeries in or before January 1999, and was aware of the identity of the alleged wrong-doer since that time.

---

[1] "Plaintiff" refers to Old Republic National Title Insurance Company and Eastern Savings Bank.

93. Despite this knowledge, Plaintiff never notified the Bank of East Asia of the purported forgeries, or the identity of the alleged wrong-doer until October 2001.

94. Plaintiff's delay of almost three years is unreasonable.

95. Accordingly, Bank of East Asia is entitled to a set-off of Plaintiff's claims in an amount equal to the amount of any loss caused by Plaintiff's delay.

### FOR A FOURTH DEFENSE

96. Plaintiff's claims are barred by the doctrine of laches.

### FOR A FIFTH DEFENSE

97. Plaintiff's claims are barred by the named payee's ratification of the purported forged signatures.

### FOR A SIXTH DEFENSE

98. Upon information and belief, the agent or employee of the Plaintiff supplied the Plaintiff with the name of the payee, intending the payee to have no interest in any of the instruments in issue.

99. As a result, Plaintiff's claims are barred because the purported forged indorsements were effective to transfer the funds in questions.

### FOR A SEVENTH DEFENSE

100. Plaintiff and/or its principals, agents or employees, by their negligence substantially contributed to the making of the purported forged indorsements and are now precluded from asserting the lack of authority to effectively indorse the checks in question.

101. As a result, Plaintiff's claims are barred because the purported forged indorsements were effective to transfer the funds in question.

### FOR AN EIGHTH DEFENSE

102. Plaintiff and/or its principals, agents or employees, actually received no less than $64,157.50 of the funds Plaintiff now sues upon.

103. As a result, the Bank of East Asia is entitled to a set-off of Plaintiff's claims in an amount equal to no less than $64,157.50.

## FOR A NINTH DEFENSE

104. To the extent the cashier checks in issue were obtained by fraud, they were obtained by the impersonation of the named payee.

105. As a result, Plaintiff's claims are barred because the purported forged indorsements were effective to transfer the funds in question.

## FOR A TENTH DEFENSE

106. The checks in issue were deposited into an account bearing the name of the payee.

107. Upon information and belief, the funds from the checks in issue actually/constructively were in the payee's possession.

108. As a result, Plaintiff's claims are barred because the named payee actually/constructively received the funds from the checks in issue.

## FOR AN ELEVENTH DEFENSE

109. The indorsements on the checks in issue are genuine and/or authorized.

## FOR A TWELFTH DEFENSE

110. The indorsements are effective pursuant to New York Uniform Commercial Code §§ 3-404 and 3-405.

## FOR A THIRTEENTH DEFENSE

111. The drawer is precluded from asserting any unauthorized indorsements against Plaintiff pursuant to New York Uniform Commercial Code §§ 3-406.

## FOR A FOURTEENTH DEFENSE

112. Plaintiff is estopped from asserting the claims in its complaint because of its failure to assert all valid defenses against the drawer.

## FOR A FIFTEENTH DEFENSE

113. Plaintiff lacks standing to bring its claims against Bank of East Asia.

## FOR A SIXTEENTH DEFENSE

114. Plaintiff lacks privity with Bank of East Asia.

## FOR A FIRST CROSS-CLAIM

115.   In the event Bank of East Asia is held liable to Plaintiff, which liability Bank of East Asia denies, any judgment or verdict against Bank of East Asia will be the result of the careless, negligent or other culpable acts or omissions on the part of co-defendants M. Dean Montgomery and/or Bently, Mosher, Babson & Lambert, P.C. and, therefore, Bank of East Asia is entitled to contribution and/or indemnification from co-defendant M. Dean Montgomery and/or Bently Mosher, Babson & Lambert, P.C. to the full extent of any judgment or verdict.

**WHEREFORE**, Bank of East Asia respectfully demands judgment dismissing the Second Amended Complaint with prejudice, granting its cross-claims, as well as for its costs, expenses and attorneys' fees incurred in this action, and for such other, further and different relief as this Court may deem just and proper.

Dated:   New York, New York
         January 15, 2004

REED SMITH LLP

By: _____
      Scott S. McKessy
      CT Federal Bar #ct23259
599 Lexington Avenue
New York, New York  10022
212-521-5400

William H. Champlin III, Esq.
TYLER COOPER & ALCORN, LLP
185 Asylum Street
City Place
35th Floor
Hartford, Connecticut  06103
860-278-3802

Attorneys for Defendant
Bank of East Asia

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Answer and Cross-Claims was caused to be served by overnight courier on January 15, 2004 on the following:

Frank J. Silverstri, Jr., Esq.
Marie A. Casper, Esq.
Zeldes, Needle & Cooper
100 Lafayette Boulevard
Bridgeport, Connecticut 06604
Attorneys for Old Republic National Title Insurance Company

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, Connecticut 06123-1277
Attorneys for M. Dean Montgomery and Bentley, Mosher,
  Babson & Lambert, P.C.

Kenneth Sussmane, Esq.
Sussmane & Zapfel P.C.
1065 Avenue of the Americas
11th Floor
New York, New York 10018
Attorney for TCRM Advisors, Inc. and TCRM Commercial Corp.

_____
Scott S. McKessy