IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL )<br>TITLE INSURANCE COMPANY, ET AL, )<br>)<br>    Plaintiffs, )<br>)<br>    vs. )<br>)<br>BANK OF EAST ASIA LIMITED, ET AL, )<br>)<br>    Defendants. )<br>) | CIVIL ACTION NO.<br>3:01cv1772(SRU)<br><br>January 30, 2004 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Plaintiffs Old Republic National Title Insurance Company ("Old Republic") and Old Republic, as Subrogee of Eastern Savings Bank (collectively referred to hereinafter as "Plaintiffs") hereby move to modify the scheduling order entered by this Court on December 4, 2003 to extend certain deadlines for expert discovery but without changing the deadlines for the completion of discovery or other matters. In support of this motion, Plaintiffs state as follows:

    1.    The current scheduling order sets the following schedule for expert discovery: Plaintiff is to disclose its experts by January 30, 2004; plaintiff's experts are to be deposed by March 31, 2004; defendants' experts are to be disclosed by April 30, 2004; and defendants' experts are to be deposed by June 30, 2004, which is also the date by which all discovery is to be completed.

    2.    Plaintiff has disclosed one expert who has been deposed. Plaintiff requires additional time to complete its expert disclosure in view of the recent filing, on

January 15, 2004, of the answer of defendant Bank of East Asia, which contains sixteen affirmative defenses, and in view of the fact that the completion of the deposition of defendant Montgomery (which had been deferred pending the filing of his answer, which did not occur until November 6, 2003, because of the pendency of his motion to dismiss, which was in turn held in abeyance pending resolution by the Connecticut Supreme Court of the question certified to it by this Court) has not yet occurred due to unavoidable scheduling difficulties.

     3.    Counsel for plaintiffs and defendants have discussed and agreed upon the following schedule, and plaintiffs move that it be approved by the Court:

     (a)    Plaintiffs will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by March 5, 2004. Depositions of any such experts will be completed by April 23, 2004.

     (b)    Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by May 21, 2004. Depositions of any such experts will be completed by June 30, 2004.

     (c)    All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by June 30, 2004.

     (d)    Dispositive motions, if any, will be filed on or before July 30, 2004.

     (e)    The joint trial memorandum will be filed by August 31, 2004 (or 30 days after ruling(s) on any dispositive motion(s), whichever is later).

     (f)    The case will be ready for trial by September 30, 2004 (or 30 days after the filing of the joint trial memorandum, whichever is later).

4. The deadlines set forth above in subparagraphs 3(c) through 3(f) are unchanged from those set forth in the current schedule as ordered by the Court.

5. This is the sixth motion for an extension of time for this deadline. Defendants consent to this request.

By: _____
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
Marie A. Casper
Federal Bar No. ct08974

Zeldes, Needle & Cooper, P. C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT  06601-1740
(203) 333-9441 (Telephone)
(203) 333-1489 (Facsimile)
fsilvestri@znclaw.com (E-mail)
mcasper@znclaw.com (E-mail)

Attorneys for Plaintiff
Old Republic National Title Insurance
Company and Old Republic National Title
Insurance Company as Subrogee Of
Eastern Savings Bank