#916

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 JAN 30 P 3: 21

US DIST
BRIG

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, ET AL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. ) 3:01cv1772(SRU) |
| BANK OF EAST ASIA LIMITED, ET AL, | ) ) |
| Defendants. | ) January 30, 2004 ) |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Plaintiffs Old Republic National Title Insurance Company ("Old Republic") and

Old Republic, as Subrogee of Eastern Savings Bank (collectively referred to hereinafter

as "Plaintiffs") hereby move to modify the scheduling order entered by this Court on

December 4, 2003 to extend certain deadlines for expert discovery but without changing

the deadlines for the completion of discovery or other matters. In support of this motion,

Plaintiffs state as follows:

1.     The current scheduling order sets the following schedule for expert

discovery: Plaintiff is to disclose its experts by January 30, 2004; plaintiff's experts are

to be deposed by March 31, 2004; defendants' experts are to be disclosed by April 30,

2004; and defendants' experts are to be deposed by June 30, 2004, which is also the

date by which all discovery is to be completed.

2.     Plaintiff has disclosed one expert who has been deposed. Plaintiff

requires additional time to complete its expert disclosure in view of the recent filing, on