UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OLD REPUBLIC NATIONAL TITLE
 INSURANCE COMPANY, ET AL,

                    Plaintiffs,

        - against -


BANK OF EAST ASIA LIMITED,
 ET AL,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FILED

CIVIL ACTION NO
3:01cv1772 (SRU)          2004 APR 16  A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**ANSWER TO SECOND
AMENDED COMPLAINT**

        Defendant TCRM Advisors, Inc. ("TCRM"), by and through

its attorneys, McCue Sussmane & Zapfel, P.C., as and for its answer

to the Second Amended Complaint, herein allege as follows:

        1.    Plaintiffs make no factual allegations, and no

answer is required.

        2.    Defendant is without knowledge or information

sufficient to form a belief as to the truth or falsity of the

allegations contained in paragraph 1 thereof.

        3.    Defendant is without knowledge or information

sufficient to form a belief as to the truth or falsity of the

allegations contained in paragraph 2 thereof.

        4.    Defendant is without knowledge or information

sufficient to form a belief as to the truth or falsity of the

allegations contained in paragraph 3 thereof.

        5.    Defendant is without knowledge or information

˜1˜

sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 thereof.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 thereof.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6 thereof.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 thereof.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 8 thereof.

10. Defendant admits the allegations contained in paragraph 9 thereof.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 thereof.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 11 thereof.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained in paragraph 12 thereof, except that defendant denies the information contained in paragraph 12e.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 thereof.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 thereof.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 thereof.

17. Defendant denies the allegations contained in paragraph 16 thereof and refers to the mortgage loan agreement for the terms thereof.

18. Defendant denies the allegations contained in paragraph 17 thereof.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 thereof.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 19 thereof.

21. Defendant denies the allegations contained in paragraph 20 thereof.

22.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 21 thereof.

23.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 21 thereof.

24.  Defendant denies the allegations contained in paragraph 23 thereof.

25.  Defendant denies the allegations contained in paragraph 24 thereof.

26.  Defendant denies the allegations contained in paragraph 25 thereof.

27.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 26 thereof.

28.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 thereof.

29.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 28 thereof.

30.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 29 thereof.

31.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 30 thereof.

32.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 31 thereof.

33.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 32 thereof.

34.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 33 thereof.

35.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 34 thereof.

36.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 35 thereof.

37.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 36 thereof.

38.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 37 thereof.

39.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 38 thereof.

40.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 39 thereof.

41.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 40 thereof.

42.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 41 thereof.

43.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 42 thereof.

44.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 43 thereof.

45.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 44 thereof.

46.  Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 45 thereof.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 thereof.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 47 thereof.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 48 thereof.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 49 thereof.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 50 thereof.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 51 thereof.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 52 thereof.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 53 thereof.

55.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 54 thereof.

56.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 55 thereof.

57.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 56 thereof.

58.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 57 thereof.

59.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 58 thereof.

60.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 59 thereof.

61.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 60 thereof.

62.  Defendant  is  without  knowledge  or  information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 62 thereof.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 62 thereof.

64. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 63 thereof.

65. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 64 thereof.

66. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 65 thereof.

67. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 66 thereof.

68. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 67 thereof.

69. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 68 thereof.

70. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 69 thereof.

71. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 70 thereof.

72. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 71 thereof.

73. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 72 thereof.

74. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 73 thereof.

75. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 74 thereof.

76. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 75 thereof.

77. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 76 thereof.

78. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 77 thereof.

79. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 78 thereof.

80. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 79 thereof.

81. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 80 thereof.

82. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 81 thereof.

83. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 82 thereof.

84. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 83 thereof.

85. Defendant denies the allegations contained in paragraph 84 thereof except as explicitly admitted above.

86. Defendant denies the allegations contained in paragraph 85 thereof.

87. Defendant denies the allegations contained in paragraph 86 thereof.

88.  Defendant denies the allegations contained in paragraph 87 thereof.

WHEREFORE, Defendant respectfully requests that judgment be granted as follows:

A.  Dismissing the Second Amended Complaint,

B.  Awarding such other and further relief as this Court deems just and proper, including legal fees, costs and disbursements, and interest on the foregoing.

Dated:  New York, New York
        April 12, 2004

                                  By:  _____
                                       Kenneth Sussmane
                                       Federal Bar No. ct23214
                                       MCCUE SUSSMANE & ZAPFEL, P.C.
                                       Attorneys for Defendant
                                       521 Fifth Avenue,
                                       28th Floor
                                       New York, New York 10175
                                       T: (212) 931-5500
                                       F: (212) 931-5508
                                       ksussmane@mszpc.com

<u>CERTIFICATION</u>

This is to certify that copies of the foregoing have been sent on this date via First Class United States Mail, postage prepaid, to:


Frank J. Silvestri, Jr.
Marie A. Casper
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
(203) 333-9441

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn LLP
185 Asylum Street, 35th Floor
Hartford, CT 06103-3488
(860) 725-6206

Christopher L. Brigham, Esq.
Updike Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510-7002
(203) 786-8310

Francis M. Donnarumma, Esq.
Law Office of Francis M. Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702
(203) 759-1002

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022
(212) 521-5400


Dated at New York, New York, this 12th day of April 2004.

Kenneth Sussmane