IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P. C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, and TCRM ADVISORS, INC.<br><br>Defendants. | CIVIL ACTION NO.<br>3:01cv1772(SRU)<br><br><br><br><br><br><br>APRIL 27, 2004 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned moves for leave to withdraw her appearance as counsel for the Plaintiffs, on the ground that Plaintiffs are now represented solely by Frank J. Silvestri, Jr., who has become affiliated with a different law firm.   A copy of this motion is being sent to the Plaintiffs by certified mail.

_____
Marie A. Casper (ct 08974)

Zeldes, Needle & Cooper, P. C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT  06601-1740
(203) 333-9441 (Telephone)
(203) 333-1489 (Facsimile)
mcasper@znclaw.com (E-mail)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class United States mail, postage prepaid, on this date to:

William H. Champlin, III, Esq.
Tyler Cooper & Alcorn LLP
185 Asylum Street, 35th Floor
Hartford, CT 06103-3488
(860) 725-6206

Christopher L. Brigham, Esq.
Updike Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510-7002

Francis M. Donnarumma, Esq.
Law Office of Francis M. Donnarumma
100 Grand Street, Suite 2F
Waterbury, CT 06702
(203) 759-1002

Kenneth Sussmane, Esq.
Sussmane & Zapfel P.C.
735 Post Road East
Westport, CT 06880-5219
(203) 226-1239

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, N.Y. 10022
(212) 521-5400

Frank J. Silvestri, Jr.
Levett Rockwood, P.C.
33 Riverside Avenue
Westport, CT 06880

Lawrence Scofield
Senior Vice President
Old Republic National Title Insurance Company
Three Center Plaza, Suite 440
Boston, MA 02108 (via certified mail)

Dated at Bridgeport, Connecticut, this 27th day of April 2004.

_____
Marie A. Casper