IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL )<br>TITLE INSURANCE COMPANY, and )<br>OLD REPUBLIC NATIONAL )<br>TITLE INSURANCE COMPANY )<br>as Subrogee of Eastern Savings Bank )<br>                  Plaintiffs, )<br>                  )<br>vs. )<br>                  )<br>BANK OF EAST ASIA LIMITED, )<br>M. DEAN MONTGOMERY, ESQ., )<br>BENTLEY, MOSHER, BABSON & )<br>LAMBERT, P. C., MARGARET L. LEE, )<br>JOHN CHENG, SINOWEST FINANCIAL )<br>SERVICES, TCRM ADVISORS, INC., )<br>and TCRM COMMERCIAL CORP., )<br>                  Defendants. ) | CIVIL ACTION NO.<br>3:01 cv1772 (SRU)<br><br><br><br><br><br>May 26, 2004 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Defendant Bank of East Asia Limited ("Bank of East Asia") hereby moves to modify the scheduling order entered by this Court on February 6, 2003 to extend certain deadlines for the completion of discovery or other matters. In support of this motion, Defendant states as follows:

1. The current scheduling order sets the following schedule for discovery: Plaintiffs' experts were to be deposed by March 31, 2004; defendants' experts were to be disclosed by May 21, 2004; and defendants' experts are to be deposed by June 30, 2004, which is also the date by which all discovery is to be completed.

2.  Of the three experts designated by plaintiffs whom the defendants intend to depose, one expert has been deposed, one is to be deposed on May 27, 2004 and the third will be deposed on June 30, 2004. The deposition scheduled for June 30, 2004 was delayed as the expert has been unavailable due to an extended trip out of the country. Bank of East Asia requires additional time to complete its expert disclosure based upon the conflicting schedules of the expert witnesses and the parties.

3.  Counsel for plaintiffs and defendants have discussed and agreed upon the following schedule, and Bank of East Asia moves that it be approved by the Court:

(a)  Depositions of plaintiffs' experts will be completed by June 30, 2004.

(b)  Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by June 15, 2004. Depositions of any such experts will be completed by August 30, 2004.

(c)  All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by August 30, 2004.

(d)  Dispositive motions, if any, will be filed on or before September 30, 2004.

(e)  The joint trial memorandum will be filed by September 30, 2004 (or 30 days after ruling(s) on any dispositive motion(s), whichever is later).

(f) The case will be ready for trial by October 29, 2004 (or 30 days after the filing of the joint trial memorandum, whichever is later).

4. This is the first motion for an extension of time made by Bank of East Asia for this deadline. Other parties previously have made six motions affecting these deadlines. All parties consent to this motion.

Dated:  May 26, 2004

BANK OF EAST ASIA

By _____
William H. Champlin III
Ct04202
TYLER COOPER & ALCORN, LLP
CityPlace – 35th Floor
Hartford, CT 06103-3488
Telephone: 860-725-6200
Fax: 860-278-3802
Champlin@tylercooper.com

REED SMITH LLP

Scott S. McKessy
CT Federal Bar #ct23259
599 Lexington Avenue
New York, New York 10022
212-521-5400

Attorneys for Defendant Bank of East Asia

## CERTIFICATION

This is to certify that I have served a copy of the foregoing on all counsel of record by causing it to be mailed on this 26th day of May, 2004 postage prepaid and properly addressed to:

Frank J. Silvestri, Esq.
Levett Rockwood
33 Riverside, P.O. Box 5116
Westport, CT 06881
(Attorneys for Old Republic National Title Insurance Company)

Frank G. Usseglio, Esq.
Kenny, O'Keefe & Usseglio
21 Oak St., Suite 208
Hartford, CT 06106

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
265 Church St.
New Haven, CT 06510
(Attorneys for M. Dean Montgomery and Bentley, Mosher, Babson & Lambert, P.C.)

Kenneth Sussmane
McCue Sussmane & Zapfel
521 Fifth Avenue, 28th Fl.
New York, NY 10175
(Attorney for TCRM Advisors, Inc. and TCRM Commercial Corp.)

Francis M. Donnarumma, Esq.
100 Grand St., Suite 2F
Waterbury, CT 06702
(Attorney for TCRM Advisors, Inc. and TCRM Commercial Corp.)

William H. Champlin III