IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P. C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC., and TCRM COMMERCIAL CORP.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:01 cv1772 (SRU)<br><br><br><br><br><br><br>August 31, 2004 |

## MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Defendant Bank of East Asia Limited ("Bank of East Asia") hereby moves to modify the scheduling order entered by this Court on June 4, 2004 to extend certain deadlines for the completion of discovery or other matters. In support of this motion, Defendant states as follows:

1.  The current scheduling order sets the following schedule for discovery: Defendants' experts were to be deposed by, and factual discovery completed by, August 30, 2004.

2.  All depositions of plaintiffs' experts have been concluded. Defendants have designated their respective experts, and although all of their depositions were initially noticed for dates prior to August 30, 2004, they cannot all be completed by that date due to vacation schedules and other commitments of counsel and the witnesses. One of the three defense

experts was deposed on August 26, 2004, the second is scheduled to be deposed on August 30, 2004 and the third on September 2, 2004. Bank of East Asia reserves the right to continue the deposition of plaintiffs' designated expert Edward J. Potter, based upon the service of the "Errata" to his expert report, within the time frame propounded by the instant motion.

3. Further, Bank of East Asia requires additional time to complete the deposition of a fact witness, Richard Zeskind. Mr. Zeskind's deposition was scheduled to be completed by September 9, 2004, but counsel for Bank of East Asia has been called to serve jury duty on that date, and, based upon the conflicting schedules of the witness and the parties, could not be rescheduled until September 30, 2004.

4. Counsel for plaintiffs and defendants have discussed and agreed upon the following schedule, and Bank of East Asia moves that it be approved by the Court:

(a) All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by October 15, 2004.

(b) Dispositive motions, if any, will be filed on or before November 15, 2004.

(c) The joint trial memorandum will be filed by November 15, 2004 (or 30 days after ruling(s) on any dispositive motion(s), whichever is later).

(d) The case will be ready for trial by December 15, 2004 (or 30 days after the filing of the joint trial memorandum, whichever is later).

5.  This is the second motion for an extension of time made by Bank of East Asia for this deadline. Other parties previously have made six motions affecting these deadlines. All parties consent to this request.

Dated:   August 31, 2004

TYLER COOPER & ALCORN, LLP

By: _____
(William H. Champlin III, Esq. (ct04202)
185 Asylum Street
City Place - 35th Floor
Hartford, Connecticut 06103
Tel: 860-725-6200
Fax: 860-278-3802

REED SMITH LLP
Scott S. McKessy
CT Federal Bar #ct23259
599 Lexington Avenue
New York, New York 10022
212-521-5400
Attorneys for Defendant
Bank of East Asia

## CERTIFICATION

This is to certify that I have served a copy of the foregoing on all counsel of record by causing it to be mailed on this 31st day of August, 2004, postage prepaid and properly addressed to:

Frank J. Silvestri, Esq.
Levett Rockwood
33 Riverside, P.O. Box 5116
Westport, CT 06881
(Attorneys for Old Republic
National Title Insurance Company)

Kenneth Sussmane
McCue Sussmane & Zapfel
521 Fifth Avenue, 28th Fl.
New York, NY 10175
(Attorney for TCRM Advisors, Inc. and
TCRM Commercial Corp.)

Frank G. Usseglio, Esq.
Kenny, O'Keefe & Usseglio
21 Oak St., Suite 208
Hartford, CT 06106

Francis M. Donnarumma, Esq.
100 Grand St., Suite 2F
Waterbury, CT 06702
(Attorney for TCRM Advisors, Inc. and
TCRM Commercial Corp.)

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church St.
New Haven, CT 06510
(Attorneys for M. Dean Montgomery
and Bentley, Mosher, Babson & Lambert, P.C.)

William H. Champlin III