UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE ) <br> INSUR-ANCE COMPANY and OLD REPUBLIC ) <br> NATIONAL TITLE INSURANCE COMPANY as ) <br> Subrogee of Eastern Savings Bank, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF EAST ASIA LIMITED, M. DEAN ) <br> MONTGOMERY, ESQ., BENTLEY, MOSHER, ) <br> BABSON & LAMBERT, P.C., MARGARET L. ) <br> LEE, JOHN CHENG, SINOWEST FINANCIAL ) <br> SERVICES, TCRM ADVISORS, INC. and TCRM ) <br> COMMERCIAL CORP., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> CASE NO. 3:01-CV-1772 (SRU) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> NOVEMBER 2, 2004 |

**MOTION ON CONSENT TO MODIFY SCHEDULING ORDER**

Defendants M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C. ("Defendants") hereby move to modify the scheduling order, entered by this Court on June 4, 2004 and modified upon request of Defendant Bank of East Asia on September 2, 2004, to extend certain deadlines for the filing of Summary Judgment Motions until February 15, 2005 in order to accomplish a settlement conference with Judge Garfinkle on December 6, 2004. In support of this motion Defendants state the following:

  1.  Additional time is required to conduct a Settlement Conference before Judge Garfinkle on December 6, 2004 at 2:00 p.m. and any follow-up conferences if necessary;

378210

2.   Due to the intervening holidays and schedules of counsel, an additional sixty (60) days to prepare and file Summary Judgment Motions upon completion of the Settlement Conference is necessary;

3.   Counsel for plaintiffs and defendants have discussed and agreed upon the following schedule and Defendants M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C. move that it be approved by the Court:

    a.   Dispositive motions will be filed on or before February 15, 2005.

    b.   The joint trial memorandum will be filed by February 15, 2005 (or 30 days after ruling(s) on any dispositive motion(s), whichever is later).

    c.   The case will be ready for trial by March 15, 2005 (or 30 days after the filing of the joint trial memorandum, whichever is later).

4.   This is the first motion for an extension of time made by Defendants M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C. for this deadline. Other parties have made seven motions affecting these deadlines.  All parties consent to this request.

            DEFENDANTS,
            M. DEAN MONTGOMERY, ESQ. and
            BENTLEY, MOSHER, BABSON & LAMBERT, P.C.

By: _____
    CHRISTOPHER L. BRIGHAM, ESQ.
    Federal Bar Number ct12410
    Updike, Kelly & Spellacy, P.C.
    265 Church Street, 10th Floor
    New Haven, Connecticut 06510
    Telephone:  (203) 786-8300
    Facsimile:  (203) 772-2037
    Email:       cbrigham@uks.com

378210

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, certified mail postage prepaid, this 2nd day of November, 2004, to all pro se parties and counsel of record as follows:

Frank J. Silvestri, Jr., Esq.
Levett Rockwood
33 Riverside Avenue
Westport, CT 06881


William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT 06103-3488


Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT 06702


Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Kenneth Sussmane, Esq.
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY 10018


By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Commissioner of the Superior Court

378210