UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank, : : : : : | CIVIL ACTION CASE NO.3:01-CV-1772(SRU) |
| Plaintiffs, : | |
| v. : | |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP., : : : : : : | |
| Defendants. : | NOVEMBER 23, 2004 |

---

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE PROPOSED
EXPERT TESTIMONY OF PETER J. KELLY AND GILBERT LEBOVITZ**

Pursuant to Rule 702, Fed. R. Evid., plaintiff Old Republic National Title Insurance Company moves *in limine* that the expert testimony of Peter J. Kelly and Gilbert Lebovitz, proffered by defendants M. Dean Montgomery and Bentley, Mosher, Babson & Lambert, P.C. (the "Law Firm Defendants") be excluded from evidence at the trial of this case.

Kelly's and Lebovitz' opinions are premised on an erroneous legal conclusion and hence are irrelevant, unhelpful and unreliable. Moreover, their testimony includes opinions as to what the law is, which is within the exclusive province of the Court and is an impermissible subject of expert testimony. Finally, Kelly purports to offer an opinion as to whether the conduct of the Law Firm Defendants met the applicable standard of care, but he is not qualified to opine on that subject.

In support of this motion, plaintiff submits the memorandum of law filed herewith, and the following exhibits attached hereto:

    A.    Power of Attorney (deposition exhibit 9).

    B.    Opinion of Peter J. Kelly (deposition exhibit 73).

    C.    Excerpts from Deposition of Peter J. Kelly taken on August 26, 2004.

    D.    Opinion of Gilbert Lebovitz (deposition exhibit 104).

    E.    Excerpts from Deposition of Gilbert Lebovitz taken on September 2, 2004.

    F.    Connecticut General Statutes §47-7 (deposition exhibit 105).

 

PLAINTIFFS
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

By _____
Frank J. Silvestri, Jr., Esq.
Federal Bar No: ct05367
Madeleine F. Grossman, Esq.
Federal Bar No.: ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, First Class Mail, postage pre-paid, on this the 23rd day of November, 2004, to the following counsel of record:

William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT 06103-3488

Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT 06702

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Kenneth Sussmane, Esq.
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY 10018

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

Frank J. Silvestri

91516