```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT


Old Republic

V.                                 Case Number:  3:01cv1772 (SRU)

Bank of East Asia Ltd, et al


                          NOTICE  TO  COUNSEL
                          -------------------
```

The above-entitled case was reported to the Court on December 16, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 15, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 16, 2004.


```
                         KEVIN F. ROWE, CLERK

                         By: /s/ Alice Montz
                             Alice Montz
                             Deputy Clerk
```