IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P. C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC., and TCRM COMMERCIAL CORP.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:01 cv1772 (SRU)(WIG) |

FILED 2004 DEC 20 P 2: 40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER

The parties that have appeared in the above-captioned action have reached a tentative settlement of the claims asserted therein. As part of that proposed settlement, certain funds being held in accounts existing at the Bank of East Asia, Ltd, specifically account numbers 9006915, 26948, and 002704-9 (the "Accounts"), are to be included in the parties' tentative settlement of this action. The Bank of East Asia, Ltd. is hereby directed and authorized to sweep the Accounts in order to fund the settlement amount agreed upon by the parties in their tentative agreement.

If, for some reason, the settlement is not consummated as it pertains to the Bank of East Asia, Ltd., the Bank of East Asia, Ltd. is directed to redeposit the funds swept from the Accounts back into the Accounts.

So ordered this 20th day of December 2004 at Bridgeport, Connecticut

William I. Garfinkel
United States Magistrate Judge