UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY AS: Subrogee of Eastern Savings Bank, | CIVIL ACTION CASE NO. 3:01-CV-1772(SRU) |
| Plaintiffs, | |
| v. | |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP., | |
| Defendants. | JANUARY 27, 2005 |

---

**STIPULATION FOR DISMISSAL ONLY AS TO DEFENDANTS BANK OF EAST ASIA, LIMITED; M. DEAN MONTGOMERY, ESQ.; BENTLEY, MOSHER, BABSON & LAMBERT, P.C.; AND TCRM ADVISORS, INC.**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a), Fed. R. Civ. P., by and among the undersigned, that this action (including the Cross-Claim by defendant Bank of East Asia, Limited, against M. Dean Montgomery and Bentley, Mosher, Babson & Lambert, P.C.) may be dismissed, with prejudice and without costs, only as to the following defendants:

(a) Bank of East Asia, Limited;

(b) M. Dean Montgomery, Esq.;

(c) Bentley, Mosher, Babson & Lambert, P.C.; and

(d) TCRM Advisors, Inc.

PLAINTIFFS
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

By *[signature]*
Frank J. Silvestri, Jr., Esq.
Federal Bar No: ct05367
Madeleine F. Grossman, Esq.
Federal Bar No.: ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025


DEFENDANT
BANK OF EAST ASIA, Ltd.

By *[signature]*
Scott S. McKessy, Esq.
Federal Bar No: ct23259
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (203) 226-8025


DEFENDANTS,
M. DEAN MONTGOMERY, ESQ. and
BENTLEY, MOSHER, BABSON &
LAMBERT, P.C.

By *[signature]*
Christopher L. Brigham, Esq.
Federal Bar Number: ct12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510
Telephone: (203) 786-8300
Facsimile: (203) 772-2037

2

DEFENDANTS,
TCRM ADVISORS, INC.

By _____
Kenneth Sussmane, Esq.
Federal Bar Number: ct23214
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY 10018
Telephone: (212) 931-5500
Facsimile: (212) 931-5508

93149

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, First Class Mail, postage pre-paid, on this the 27th day of January, 2005, to the following counsel of record:

William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT 06103-3488

Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT 06702

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Kenneth Sussmane, Esq.
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY 10018

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

_____
Frank J. Silvestri

4