UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank, | : CIVIL ACTION CASE NO.<br>: 3:01-CV-1772(SRU)<br>: |
| Plaintiffs, | : |
| v. | : |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP., | : |
| Defendants. | : MAY 5, 2005 |

---

**PLAINTIFFS' MOTION TO DEFAULT DEFENDANT
SINOWEST FINANCIAL SERVICES FOR FAILURE TO APPEAR**

Plaintiffs Old Republic National Title Insurance Company ("Old Republic") and Old Republic, as Subrogee of Eastern Savings Bank (collectively referred to hereinafter as "Plaintiffs") hereby move pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure that a default enter against defendant Sinowest Financial Services ("Sinowest") for failure to appear in this action.

As shown by the return of service on file in this action, a copy of which is attached as Exhibit 1, Sinowest was duly served with the summons and complaint on September 20, 2001, but no appearance has been entered on its behalf.

PLAINTIFFS
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

By: _____
Frank J. Silvestri, Jr., Esq.
Federal Bar No: ct05367
Madeleine F. Grossman, Esq.
Federal Bar No.: ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, First Class Mail, postage pre-paid, on this the 5th day of May, 2005, to the following counsel of record:

William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT  06103-3488

Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT  06702

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

Kenneth Sussmane, Esq.
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY  10018

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT  06510

Sinowest Financial Services
40 Elizabeth Street
New York, New York  10013

Frank J. Silvestri

94751

**EXHIBIT 1**

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF CONNECTICUT

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as Subrogee of
Eastern Savings Bank

V.

BANK OF EAST ASIA LIMITED,
M. DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON & LAMBERT, P.C.
MARGARET L. LEE,
JOHN CHENG,
SINOWEST FINANCIAL SERVICES,
TCRM ADVISORS, INC., and
TCRM COMMERCIAL CORP.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 301CV1772 SRU

TO: (Name and Address of Defendant)

SINOWEST FINANCIAL SERVICES
40 Elizabeth Street
New York, New York   10013

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Hutchison, Esq.
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 333-9441
E-Mail: jhutchison@znclaw.com

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE                                SEP 1 7 2001
CLERK                                         DATE

_Carol Sanders_
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 9/20/01 |
| NAME OF SERVER<br>Fausto Carusone | TITLE<br>State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Other (specify): On September 20, 2001, and in the City of Bridgeport, pursuant to C.G.S. 33-929 and PA-96-256-Sec.36, I made service upon SINOWEST FINANCIAL SERVICES by depositing in a U.S. Post Office a postage paid certified letter return receipt requested in which letter contained a true and attested copy and addressed to: SINOWEST FINANCIAL SERVICES, Att: The Secretary, 40 Elizabeth Street, New York, New York 10013, the registration number assigned this letter being: 7001 0360 0001 8103 4761.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4.00 | 38.66 | $42.66 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/01            *Fausto Carusone*
            Date              Signature of Server

52 Cranbury Road, Westport, CT  06880
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.