# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP., <br><br> Defendants. | CIVIL ACTION CASE NO. 3:01-CV-1772(SRU) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JUNE 8, 2005 |

---

### DECLARATION OF JOHN T. CARROLL
### IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST
### DEFENDANTS JOHN CHENG AND SINOWEST FINANCIAL SERVICES

1.	I am over eighteen years of age and I understand the obligations of an oath. I am an attorney admitted to practice in Massachusetts, and am Claims Counsel to Old Republic National Title Insurance Company ("Old Republic"), the plaintiff in this action. I have been personally involved in the dispute underlying this matter on Old Republic's behalf since approximately January 1999, when Eastern Savings Bank first gave notice of a claim under its title policy issued by Old Republic through its title agent, defendant M. Dean Montgomery. Prior to the commencement of litigation, I participated in the investigation of the claimed loss. I met with representatives of the office of the United States Attorney for the District of Maryland and the Federal Bureau of Investigation ("FBI"), who provided me with a copy of a proffer

session with Margaret Lee conducted by their respective offices, as set forth on FBI Form 302. A copy of this report is attached as Exhibit 1. I also attended the plea and sentencing hearings of Defendant Margaret Lee in a criminal prosecution brought against her in the United States District Court for the District of Maryland, which was based on her actions relating to the transaction involved in this case. Once litigation commenced I served as liaison with outside counsel and monitored the litigation for Old Republic.

2. I am submitting this Declaration in support of Old Republic's motion for a default judgment against defendants John Cheng and Sinowest Financial Services (the "Defendants").

3. On September 7, 1999, Old Republic paid $975,000 in settlement of Eastern Savings Bank's claim on the title insurance policy. On or about January 14, 2005, Old Republic recovered $750,000 of this amount pursuant to a settlement agreement with defendants Bank of East Asia Limited, M. Dean Montgomery, Esq., Bentley, Mosher, Babson & Lambert, P.C., People's Bank and TCRM Advisors, Inc.

4. Old Republic has spent $527,985.66 litigating this action, which amount reflects $486,218.60 incurred in legal fees and disbursements, $39,737.91 in expert fees, and $2029.15 in other costs. A true and accurate representation of Old Republic's expenses in prosecution of this case is reflected in Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2005.

*John T. Carroll*
John T. Carroll

100716

2