**EXHIBIT 2**

## Attachment 2 to Declaration of John T. Carroll

LEGAL FEES AND DISBURSEMENTS:

| | | |
|---|---|---|
| 1. | Zeldes, Needle & Cooper | $ 286,135.27 |
| 2. | Levett Rockwood | $ 150,924.85 |
| 3. | John Connolly, Jr. | $ 26,941.97 |
| 4. | John T. Carroll | $ 20,221.72 |
| 5. | Peterson Ross | $ 1,994.79 |

EXPERTS:

| | | |
|---|---|---|
| 1. | John E. McDonald | $ 7,800.00 |
| 2. | Steward Bohan | $ 5,506.90 |
| 3. | Shumaker Loop Kendrick | $ 17,496.66 |
| 4. | The TASA Group | $ 7,689.35 |
| 5. | Cusack & McCarthy (Handwriting) | $ 1,245.00 |

MISCELLANEOUS:

| | | |
|---|---|---|
| 1. | Appraisal Specialists (Appraisal) | $ 275.00 |
| 2. | David Morse Associates (Investigator) | $ 1,615.15 |
| 3. | Brunswick Ticket (Travel) | $ 139.00 |

TOTAL TO DATE:                     $ 527,985.66

{H:\DOCS\jed\aff\00100773.DOC}