**EXHIBIT B**



CMECF@ctd.uscourts.gov

05/12/2005 02:10 PM

To: CMECF@ctd.uscourts.gov
cc:
Subject: Activity in Case 3:01-cv-01772-SRU Old Republic v. Bank of East Asia, et al "Order on Motion for Default Entry 55(a)"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Montz, A. entered on 5/12/2005 at 2:10 PM EDT and filed on 5/12/2005

**Case Name:** Old Republic v. Bank of East Asia, et al
**Case Number:** 3:01-cv-1772
**Filer:**
**Document Number:** 117

**Docket Text:**
ELECTRONIC ORDER granting [115] Motion for Default Entry 55(a) as to Sinowest Financial Services. Motion for default judgment due by 6/11/2005. Signed by Clerk on 5/12/05. (Montz, A.)

The following document(s) are associated with this transaction:

**3:01-cv-1772 Notice will be electronically mailed to:**

Christopher L. Brigham    cbrigham@uks.com,

William H. Champlin , III    champlin@tylercooper.com, ltremley@tylercooper.com;kwest@tylercooper.com;lpirtel@tylercooper.com

Madeleine F. Grossman    litigation@levettrockwood.com, mgrossman@levettrockwood.com

Scott S. McKessy    smckessy@reedsmith.com,

Frank J. Silvestri , Jr    fsilvestri@levettrockwood.com,
irodriguez@levettrockwood.com;litigation@levettrockwood.com

Frank G. Usseglio    fusseglio@kou-law.com

**3:01-cv-1772 Notice will be delivered by other means to:**

Francis Donnarumma
100 Grand St.
Suite 2F
Waterbury, CT 06702

Kenneth Sussmane
McCue Sussmane & Zapfel
521 Fifth Ave., 28th Fl.
New York, NY 10175



CMECF@ctd.uscourts.gov

05/12/2005 02:15 PM

To: CMECF@ctd.uscourts.gov
cc:
Subject: Activity in Case 3:01-cv-01772-SRU Old Republic v. Bank of East Asia, et al "Order on Motion for Default Entry 55(a)"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Montz, A. entered on 5/12/2005 at 2:15 PM EDT and filed on 5/12/2005

**Case Name:** Old Republic v. Bank of East Asia, et al
**Case Number:** 3:01-cv-1772
**Filer:**
**Document Number:** 118

**Docket Text:**
ELECTRONIC ORDER granting [116] Motion for Default Entry 55(a) as to John Cheng. Motion for default judgment due by 6/11/2005.Signed by Clerk on 5/12/05. (Montz, A.)

The following document(s) are associated with this transaction:

**3:01-cv-1772 Notice will be electronically mailed to:**

Christopher L. Brigham    cbrigham@uks.com,

William H. Champlin , III    champlin@tylercooper.com, ltremley@tylercooper.com;kwest@tylercooper.com;lpirtel@tylercooper.com

Madeleine F. Grossman    litigation@levettrockwood.com, mgrossman@levettrockwood.com

Scott S. McKessy    smckessy@reedsmith.com,

Frank J. Silvestri , Jr    fsilvestri@levettrockwood.com,

irodriguez@levettrockwood.com;litigation@levettrockwood.com

Frank G. Usseglio    fusseglio@kou-law.com

**3:01-cv-1772 Notice will be delivered by other means to:**

Francis Donnarumma
100 Grand St.
Suite 2F
Waterbury, CT 06702

Kenneth Sussmane
McCue Sussmane & Zapfel
521 Fifth Ave., 28th Fl.
New York, NY 10175