UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 22 P 1: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as
Subrogee of Eastern Savings Bank

v                                        3:01cv1772 (SRU)

BANK OF EAST ASIA LIMITED,
M. DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON
& LAMBERT, P.C., MARGARET L. LEE,
JOHN CHENG, SINOWEST FINANCIAL
SERVICES and TCRM ADVISORS, INC.

## DEFAULT JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiffs' motions for default judgment as to Margaret L. Lee, John Cheng and Sinowest Financial Services.

Default under FRCvP 55(a) was entered on September 23, 2002, as to defendant Margaret L. Lee. On March 7, 2003, the plaintiffs' motion for default judgment was granted in the amount of $784,834.31.

Default under FRCvP 55(a) was entered on May 12, 2005, as to defendants John Cheng and Sinowest Financial Services. On July 19, 2005, the plaintiffs' motion for default judgment was granted in the amount of $1,284,390.00.

On February 4, 2005, defendants Bank of East Asia Limited, M. Dean Montgomery, Esq., Bentley, Mosher, Babson & Lambert, P.C. and TCRM Advisors, Inc. were dismissed by stipulation.

Therefore it is ORDERED and ADJUDGED that default judgment is entered in favor of the plaintiffs against the defendant Margaret L. Lee in the amount $784,834.31.

It is further ORDERED and ADJUDGED that default judgment is entered in favor of the plaintiffs against the defendants John Cheng and Sinowest Financial Services in the amount of $1,284,390.00 and the case is closed.

Dated at Bridgeport, Connecticut, this 22nd day of July 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy-in-Charge

Entered on Docket _____