UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 JUN -1 P 1: 31

DISTRICT COURT

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as
Subrogee of Eastern Savings Bank

vs.

BANK OF EAST ASIA LIMITED,
M. DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON
& LAMBERT, P.C., MARGARET L. LEE,
JOHN CHENG, SINOWEST FINANCIAL
SERVICES and TCRM ADVISORS, INC.

3:01 CV. 1772 (SRU)

MAY 31, 2006

### APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance for the following Defendants:

**John Cheng and Sinowest Financial Services.**

JOHN CHENG AND
SINOWEST FINANCIAL SERVICES,

BY _____
Stephen P. Fogerty of
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880
Tel: 203-227-2855
Fax: 203-227-6992
Fed Bar No. 01398

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 31st day of May, 2006 to:

Madeleine F. Grossman, Esquire
Frank Silvestri, Jr., Esquire
Levett Rockwood
33 Riverside Avenue
Westport, CT 06881

Kenneth Sussmane, Esquire
McCue, Sussmane & Zapfel
521 Fifth Avenue, 28th Floor
New York, NY 10175

_____
Stephen P. Fogerty

833394v.1