UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as
Subrogee of Eastern Savings Bank                3:01 CV. 1772 (SRU)

vs.

BANK OF EAST ASIA LIMITED,
M.DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON
& LAMBERT, P.C., MARGARET L. LEE,
JOHN CHENG, SINOWEST FINANCIAL
SERVICES and TCRM ADVISORS, INC          JUNE 5, 2006

## MOTION BY ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND FOR STAY OF ENFORCEMENT PENDING ADJUDICATION

Defendants John Cheng and Sinowest Financial Services ("Sinowest"), by and through their counsel of record, hereby move by Order to Show Cause to Vacate the Default Judgment entered in the above matter with respect to Mr. Cheng and Sinowest pursuant to the provisions of the Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6); and, further request a Stay of Enforcement Pending Adjudication on said Motion to Vacate pursuant to the provisions of the Federal Rules of Civil Procedure at 62(b).

In support of this Motion, the Court is respectfully referred to the accompanying Affidavit of John Cheng sworn to on the 2nd day of June, 2006 and additionally is referred to the Memorandum of Law served herewith with accompanying exhibits. The Defendants noted did not receive actual notice of the commencement or conduct of this

matter insofar as delivery of the notice by mail was ineffective due to the events of September 11, 2001. Actual notice first took place in May of 2006 when Mr. Cheng became aware of post-judgment collection efforts.

No prior application for the relief requested herein has been made.

**WHEREFORE,** Mr. Cheng and Sinowest respectfully request that the Court grant the attached Order to Show Cause and stay enforcement pending the adjudication of this application. Defendants request that this matter be re-opened so that they may proceed to have the allegations set forth in the underlying Complaint determined on the merits by this Court.

JOHN CHENG AND
SINOWEST FINANCIAL SERVICES,

BY *[signature]*
Stephen P. Fogerty (ct01398)
Michael K. Stanton, Jr. (ct08916)
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
Tel: 203-227-2855
Fax: 203-227-6992