UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as
Subrogee of Eastern Savings Bank    3:01 CV. 1772 (SRU)

vs.

BANK OF EAST ASIA LIMITED,
M. DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON
& LAMBERT, P.C., MARGARET L. LEE,
JOHN CHENG, SINOWEST FINANCIAL
SERVICES and TCRM ADVISORS, INC.    JUNE 5, 2006

ORDER TO SHOW CAUSE ON
MOTION TO VACATE DEFAULT JUDGMENT AND FOR
STAY OF ENFORCEMENT PENDING ADJUDICATION

Based upon the showing by the Defendants John Cheng and Sinowest Financial Services in the accompanying Motion by Order to Show Cause, supporting Affidavit of Mr. Cheng and the Memorandum of Law submitted herein, and, no prior application for the relief requested having been made, the Court hereby enters Orders as follows:

**IT IS HEREBY ORDERED** that the interested parties hereto appear to show cause and be heard before the United States District Court for the District of Connecticut on _____ \_\_, 2006 at _____ \_\_.M. as to why the Court should not grant the relief requested by the moving Defendants VACATING the Default Judgment entered July 22, 2005 against John Cheng and Sinowest Financial Services, and RE-

OPENING this matter as to those parties so that this matter may be heard and considered on its merits.

**IT IS HEREBY FURTHER ORDERED** that any enforcement of the Default Judgment entered July 22, 2005 against John Cheng and Sinowest Financial Services is hereby STAYED, with no bond or security required, until such time as this Court adjudicates the pending Motion to Vacate Judgment; and,

**IT IS HEREBY FURTHER ORDERED** that Defendants John Cheng and Sinowest Financial Services serve a copy of this Order to Show Cause, together with all of the attendant papers filed in connection with their Motion, by facsimile, e-mail transmission and by regular mail to all counsel of record on or before _____, and that said service shall be deemed good and sufficient service. Any opposition papers to Defendants' application must be served no later than _____ so that said papers shall be received by counsel for John Cheng and Sinowest Financial Services no later than June    , 2006.

Dated: _____, 2006.

_____
Hon.
United States District Judge

## CERTIFICATION

This is to certify that a copy of the foregoing Motion by Order to Show Cause and Order to Show Cause was mailed, postage prepaid, faxed and transmitted by e-mail this 6th day of June, 2006 to:

Madeleine F. Grossman, Esq.
Frank Silvestri, Jr., Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06881
fsilvestri@levettrockwood.com
Tel. No.: (203) 222-0885
Fax No.: (203) 226-8025

Kenneth Sussmane, Esq.
McCue, Sussmane & Zapfel
521 Fifth Avenue - 28th Floor
New York, NY 10175
ksussmane@mszpc.com
Tel. No.: (212) 931-5500
Fax No.: (212) 931-5508

Paul J. Hyams, Esq.
25 Wilshire Drive
Delmar, NY 12054
paul@hyams-law.com
Tel. No.: (518) 935-4659
Fax No.: (518) 475-1298

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy
265 Church Street
New Haven, CT 06510
cbrigham@uks.com
Tel. No.: (203) 786-8310
Fax No.: (203) 772-2037

Frank G. Usseglio, Esq.
Kenny, O'Keefe & Usseglio, PC
21 Oak Street – Suite 208
Hartford, CT 06106
fusseglio@kou-law.com
Tel. No.: (860) 246-2700
Fax No.: (860) 246-6480

Francis Donnarumma
100 Grand Street – Suite 2F
Waterbury, CT 06702
fdonnarumma@snet.net
Tel. No.: (203) 759-1002
Fax No.: (203) 759-1607

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue – 29th Floor
New York, New York 10022
smckessy@reedsmith.com
Tel. No.: (212) 521-5421
Fax No.: (212) 521-5450

William H. Champlin, III, Esq.
Tyler, Cooper & Alcorn
185 Asylum Street
Hartford, CT 06103
champlin@tylercooper.com
Tel. No.: (860) 725-6206
Fax No.: (860) 278-3802

_____
Michael K. Stanton, Jr.

837324_1.DOC