# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as
Subrogee of Eastern Savings Bank

v.                                                        3:01cv1772 (SRU)

BANK OF EAST ASIA LIMITED,
M. DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON
& LAMBERT, P.C., MARGARET L. LEE,
JOHN CHENG, SINOWEST FINANCIAL
SERVICES and TCRM ADVISORS, INC.

FILED
2005 JUL 22 P 1:06
U.S. DISTRICT COURT
BRIDGEPORT, CT

### DEFAULT JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiffs' motions for default judgment as to Margaret L. Lee, John Cheng and Sinowest Financial Services.

Default under FRCvP 55(a) was entered on September 23, 2002, as to defendant Margaret L. Lee. On March 7, 2003, the plaintiffs' motion for default judgment was granted in the amount of $784,834.31.

Default under FRCvP 55(a) was entered on May 12, 2005, as to defendants John Cheng and Sinowest Financial Services. On July 19, 2005, the plaintiffs' motion for default judgment was granted in the amount of $1,284,390.00.

On February 4, 2005, defendants Bank of East Asia Limited, M. Dean Montgomery, Esq., Bentley, Mosher, Babson & Lambert, P.C. and TCRM Advisors, Inc. were dismissed by stipulation.

Therefore it is ORDERED and ADJUDGED that default judgment is entered in favor of the plaintiffs against the defendant Margaret L. Lee in the amount $784,834.31.

It is further ORDERED and ADJUDGED that default judgment is entered in favor of the plaintiffs against the defendants John Cheng and Sinowest Financial Services in the amount of $1,284,390.00 and the case is closed.

Dated at Bridgeport, Connecticut, this 22nd day of July 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy-in-Charge

Entered on Docket   7/25/05

# EXHIBIT B

EXHIBIT B

misc-06-105 (1)

BANK OF AMERICA
APR 27 2006
LEGAL ORDER PROCESS
JUDGMENTS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MISC. NO. MD-105-2006
WRIT OF EXECUTION FOR REGISTERED JUDGMENTS

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY:

WHEREAS, judgment was entered on the 14th day of February, 2006 in an action in the United States District Court, District of Connecticut, between OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, as Subrogee of Eastern Savings Bank, plaintiff(s) and JOHN CHENG & SINOWEST FINANCIAL SERVICES, defendant(s) in favor of said OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and against said JOHN CHENG & SINOWEST FINANCIAL SERVICES, for the sum of $1,284,390.00 and costs taxed in the sum of $— as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; and

WHEREAS, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $1,284,390.00 plus $— taxed costs is now actually due thereon;

THEREFORE, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said OLD REPUBLIC NATIONAL TITLE INSURANCE CO. or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

WE FURTHER COMMAND YOU, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

WITNESS, the Honorable _Joseph A. Greenaway_, Judge of the United States District Court, District of New Jersey this 3 day of ~~March~~ April, 2006.

William T. Walsh, Clerk
United States District Court

by: _Charlie Sanders_
Deputy Clerk

Prepared By:
_James B. Brown, JR_
An Attorney at Law

Address: 5F Auer Court, PO Box 755
East Brunswick, NJ 08816

LEVY:
Damages..........$1,284,390.00
Costs..............$
Interest thereon from 2/14/2006
Besides Marshal's Execution Fees

MISC. NO. MD-105-2006
Writ of Execution for Registered Judgments

**COUNTY OF MIDDLESEX,**    AFFIDAVIT
**STATE OF NEW JERSEY:**

__JAMES B. BROWN, JR.__ being duly sworn, says:

1. I am the attorney for judgment creditor in the matter of __OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, et al__ vs. __JOHN CHENG & SINOWEST FINANCIAL SERVICES__ Misc. Action No. __MD-105-2006__, and in that capacity and in conformance with N.J.S.2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R.Civ.P., I have caused to be conducted an examination of the assets of judgment debtor JOHN CHENG

2. I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| Bank of America Acct Nos. 9483890423B and 9483891311 | 537 Route 18 South East Brunswick, NJ 08816 |

3. I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| N/A | |

(Signature)

Subscribed and Sworn before me this
29th day of March, 2006
Notary of Lorraine Genovese
My Commission Expires
Notary Public of New Jersey
My Commission expires Dec. 15, 2008

RETURNABLE ON OR BEFORE
4/3/07

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey in Book __N06__ of Executions, Page __54__

William T. Walsh, Clerk

by: Charlie Sander
Deputy Clerk



*Bank of America*
*Legal Order Processing*
*5701 Horatio Street*
*Utica, NY 13502*
*Fax: (617)310-2751*
*Mailstop: NY7-501-01-16*

Date: April 27, 2006

JOHN CHENG
36 BRIDGE ST
METUCHEN, NJ 08840

RE OLD REPUBLIC NATL TITLE INS COMPANY
MISC NO. MD-105-2006

Dear Customer:

Bank of America has been served with a New Jersey Superior Court Levy/Writ of Execution on your account(s), a copy of which is attached. This legal document requires the Bank to charge your account(s) for up to the amount stated below. The money is held until we receive a Turnover Order from the Court, at which time if there has been no settlement, we are required to send the money to the Court Officer, Constable or Sheriff.

Amount of Superior Court Levy:          $ 1,284,390.00

Amount presently held:                  $   206,225.19

A fee of $ 100.00    is the Bank's service charge for processing the document.

If you have any questions, please contact the **Court Officer** listed on this letter (and the attached execution) or the Attorney for the Plaintiff, Constable, or Sheriff (if attorney's name is not listed.)

Sincerely,

Legal Order Processing

cc: Court Officer: JAMES B. BROWN JR,ATTORNEY/5F AUER COURT, P O BOX 755,EAST BRUNSWICK, NEW JERSEY 08816

EXHIBIT C

Case 3:01-cv-01772-SRU    Document 125-5    Filed 06/06/2006    Page 8 of 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------x

OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY and OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY, as Subrogee of
Eastern Savings Bank,

                Plaintiffs,

- against -

BANK OF EAST ASIA LIMITED, M. DEAN
MONTGOMERY, ESQ., BENTLEY, MOSHER,
BABSON & LAMBERT, P.C., MARGARET LEE,
JOHN CHENG, SINOWEST FINANCIAL
SERVICES and TCRM ADVISORS, INC.

                Defendants.

------------------------------------------------x

3:01cv1772 (SRU)

SUBPOENA DUCES TECUM

BANK OF AMERICA

MAY 22 2006

LEGAL ORDER PROCESSING

RECEIVED
5/19/2006
11:03 AM
Betty A. Brzezniak
d02666l
518 439 8066

### THE PEOPLE OF THE STATE OF NEW YORK

GREETINGS:

To:       BANK OF AMERICA
Address:  360 Delaware Avenue
            Delmar, New York 12054

    WHEREAS, in an action in the United States District Court for the District of Connecticut judgment was entered in favor of plaintiff, Old Republic National Title Insurance Company, and against defendant, John Cheng on July 25, 2005 in the sum of $1,284,390.00, of which the sum of $11,284,390.00 remains due and unpaid, with interest thereon from July 25, 2005;

    WHEREAS, a certified copy of the said judgment was filed and docketed in the Clerk's Office of the United States District Court for the Southern District of New York on December 22, 2005; and

    WHEREAS, a transcript of the said judgment was filed and docketed in the Clerk's Office of the County of New York on December 23, 2005;

