EXHIBIT D


AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF CONNECTICUT

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank

V.

BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C. MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC., and TCRM COMMERCIAL CORP.

SUMMONS IN A CIVIL ACTIO[N]

CASE NUMBER: 301CV1772 S

TO: (Name and Address of Defendant)

JOHN CHENG
c/o Sinowest Financial Services
40 Elizabeth Street
New York, New York 10013

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upo[n]

PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Hutchison, Esq.
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 333-9441
E-Mail: jhutchison@znclaw.com

an answer to the complaint which is herewith served upon you, within twenty days after ser[vice of] this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be [taken] against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

SEP 17 2001
DATE

[signature]
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 9/20/01 |
|---|---|
| NAME OF SERVER Fausto Carusone | TITLE State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

XX Other (specify): ON September 20, 2001, pursuant to C.G.S. 52-59b, I made service upon JOHN CHENG, c/o Sinowest Financial Services, 40 Elizabeth Street, New York, New York 10013 by leaving a true and attested copy, together with the statutory fee of $25.00 in the office of the Secretary of the State, State of Connecticut. Then, on September 20, 2001, and in the City of Bridgeport, I deposited in a U.S. Post Office a postage paid certified letter return receipt requested in which letter contained*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 28.00 | 87.06 | $115.06 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/20/01
*Date*

[signature] Fausto Carusone
*Signature of Server*

52 Cranbury Road, Westport, CT 06880
*Address of Server*

*a true and attested copy addressed to: JOHN CHENG, c/o Sinowest Financial Services, 40 Elizabeth Street, New York, New York 10013, the registration number assigned this letter being: 7001 0360 0001 8103 4778.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action ®

# United States District Court

DISTRICT OF CONNECTICUT

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank

V.

BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C. MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC., and TCRM COMMERCIAL CORP.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 301CV1772 SRU

TO: (Name and Address of Defendant)

SINOWEST FINANCIAL SERVICES
40 Elizabeth Street
New York, New York 10013

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Hutchison, Esq.
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 333-9441
E-Mail: jhutchison@znclaw.com

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

SEP 17 2001
DATE

Carol Sanders
DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 9/20/01 |
|---|---|
| NAME OF SERVER Fausto Carusone | TITLE State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

XX Other (specify): On September 20, 2001, and in the City of Bridgeport, pursuant to C.G.S. 33-929 and PA-96-256-Sec.36, I made service upon SINOWEST FINANCIAL SERVICES by depositing in a U.S. Post Office a postage paid certified letter return receipt requested in which letter contained a true and attested copy and addressed to: SINOWEST FINANCIAL SERVICES, Att: The Secretary, 40 Elizabeth Street, New York, New York 10013, the registration number assigned this letter being: 7001 0360 0001 8103 4761.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4.00 | 38.66 | $42.66 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/20/01 — *Date*

Fausto Carusone — *Signature of Server*

52 Cranbury Road, Westport, CT 06880 — *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Cheng
c/o Sinowest Financial Services
40 Elizabeth Street
New York, New York 10013

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery 9/24/01

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7001 0360 0001 8103 4778

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sinowest Financial Services
Att: The Secretary
40 Elizabeth Street
New York, New York 10013

2. Ar

PS F

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)*

B. Date of Delivery 5/24/05

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

102595-00-M-0952

EXHIBIT F



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 27 A 11:29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY AS: Subrogee of Eastern Savings Bank,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP.,<br><br>Defendants. | CIVIL ACTION CASE NO. 3:01-CV-1772(SRU)<br><br><br><br><br><br><br>JANUARY 27, 2005 |

## STIPULATION FOR DISMISSAL ONLY AS TO DEFENDANTS BANK OF EAST ASIA, LIMITED; M. DEAN MONTGOMERY, ESQ.; BENTLEY, MOSHER, BABSON & LAMBERT, P.C.; AND TCRM ADVISORS, INC.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a), Fed. R. Civ. P., by and among the undersigned, that this action (including the Cross-Claim by defendant Bank of East Asia, Limited, against M. Dean Montgomery and Bentley, Mosher, Babson & Lambert, P.C.) may be dismissed, with prejudice and without costs, only as to the following defendants:

(a) Bank of East Asia, Limited;

(b) M. Dean Montgomery, Esq.;

(c) Bentley, Mosher, Babson & Lambert, P.C.; and

(d) TCRM Advisors, Inc.

PLAINTIFFS
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

By ______________________
Frank J. Silvestri, Jr., Esq.
Federal Bar No: ct05367
Madeleine F. Grossman, Esq.
Federal Bar No.: ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

DEFENDANT
BANK OF EAST ASIA, Ltd.

By ______________________
Scott S. McKessy, Esq.
Federal Bar No: ct23259
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (203) 226-8025

DEFENDANTS,
M. DEAN MONTGOMERY, ESQ. and BENTLEY, MOSHER, BABSON & LAMBERT, P.C.

By ______________________
Christopher L. Brigham, Esq.
Federal Bar Number: ct12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510
Telephone: (203) 786-8300
Facsimile: (203) 772-2037

DEFENDANTS,
TCRM ADVISORS, INC.

By______________________________

Kenneth Sussmane, Esq.
Federal Bar Number: ct23214
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY 10018
Telephone: (212) 931-5500
Facsimile: (212) 931-5508

93149

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed, First Class Mail, postage pre-paid, on this the 27th day of January, 2005, to the following counsel of record:

William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT 06103-3488

Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT 06702

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Kenneth Sussmane, Esq.
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY 10018

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

Frank J. Silvestri