# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank, | : : : : : | CIVIL ACTION CASE NO.3:01-CV-1772(SRU) |
| Plaintiffs, | : : | |
| v. | : : | |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP., | : : : : : : : | |
| Defendants. | : | JUNE 22, 2006 |

---

## MOTION FOR EXTENSION OF TIME

Plaintiff Old Republic National Title Insurance Company moves for an extension of time, up to and including July 7, 2006, within which to file its memorandum in opposition to the Motion by Order to Show Cause to Vacate Default Judgment and for Stay of Enforcement Pending Adjudication, filed by defendant John Cheng on June 6, 2006. Counsel for Defendant Cheng has no objection to this request, which is the first request for an extension of this deadline.

       PLAINTIFFS

       OLD REPUBLIC NATIONAL TITLE
       INSURANCE COMPANY


By:/s/ Frank J. Silvestri, Jr.
    Frank J. Silvestri, Jr., Esq.
    Federal Bar No: ct05367
    LEVETT ROCKWOOD P.C.
    33 Riverside Avenue
    P.O. Box 5116
    Westport, CT  06881
    Telephone: (203) 222-0885
    Facsimile: (203) 226-8025

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed, First Class Mail, postage pre-paid, on this the 22nd day of June, 2006, to the following counsel of record:

William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT  06103-3488

Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT  06702

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

Kenneth Sussmane, Esq.
Sussmane & Zapfel
1065 Avenue of the Americas, 11th Floor
New York, NY  10018

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT  06510

Stephen P. Fogerty, Esq.
Michael K. Stanton, Jr., Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT  06880

/s/ Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr.

121848