UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO., and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, as Subrogee of EASTERN SAVINGS BANK,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF EAST ASIA LIMITED, et al.,<br>    Defendants. | CIVIL ACTION NO.<br>3:01CV1772 (SRU) |

## CONFERENCE MEMORANDUM

On July 19, 2006, I held a phone conference off the record with Frank J. Silvestri, Jr., representing plaintiff Old Republic National Title Insurance Co., and Stephen P. Fogarty, representing defendants John Chen and Sinowest Financial Services. The purpose of the conference was to discuss the currently pending motion for an order to show cause, motion to vacate the default judgment, and motion to stay the execution of the default judgment.

The parties agreed that discovery regarding issues raised in the motion to vacate the default judgment should last 60 days. The parties also agreed that a formal stay of the default judgment in the interim is not necessary, and that they will work out an agreement to that effect amongst themselves. Finally, I asked that, about 30 days from now, the parties propose a briefing schedule for supplemental briefing of the motion.

Dated at Bridgeport, Connecticut, this 21[th] day of July 2006.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge