UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank | 3:01 CV 1772 (SRU) |
| vs. | |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES and TCRM ADVISORS, INC. | OCTOBER 3, 2006 |

**MOTION TO EXTEND TIME TO
TO SUBMIT SUPPLEMENTAL BRIEFS**

Defendants John Cheng and Sinowest Financial, by and through their undersigned counsel, hereby request that the Court extend the current deadline of October 5, 2006 to file Supplemental Briefs to October 26, 2006 in order to allow Cheng and Sinowest to conduct the depositions of Hon. Ronald Reba – a New Jersey Administrative Judge in the State of New Jersey in the area of Trenton, New Jersey - and Charles Govern.

Judge Reba and Mr. Govern were directly involved with the coordination, preparation, execution and presentation of the Power of Attorney document utilized by Margaret Lee that is at the core of the underlying allegations made by Old Republic. Plaintiffs maintain that Mr. Cheng and Sinowest had a connection, role and/or influence with respect to this Power of Attorney. By and through New Jersey counsel, we are continuing efforts to make arrangements for the testimony noted but will be unable to do so in a timely fashion so as to allow us to meet the October 5 Supplemental Brief

deadline. Accordingly, we request that the Court extend the current deadline to submit Supplemental Briefs from October 5 to October 26, 2006.

The undersigned has consulted with counsel for the Plaintiffs and they do not object to this request for additional time.

Dated: October 3, 2006

                            JOHN CHENG AND
                            SINOWEST FINANCIAL SERVICES,

By: _____
     Michael K. Stanton, Jr. (ct08916)
     HALLORAN & SAGE LLP
     315 Post Road West
     Westport, CT  06880
     Tel: 203-227-2855
     Fax: 203-227-6992

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid; was faxed; and was forwarded by e-mail to the counsel listed below on October 3, 2006:

Madeleine F. Grossman, Esq.
Frank Silvestri, Jr., Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06881
fsilvestri@levettrockwood.com
Tel. No.: (203) 222-0885
Fax No.: (203) 226-8025

Kenneth Sussmane, Esq.
McCue, Sussmane & Zapfel
521 Fifth Avenue - 28th Floor
New York, NY 10175
ksussmane@mszpc.com
Tel. No.: (212) 931-5500
Fax No.: (212) 931-5508

Paul J. Hyams, Esq.
25 Wilshire Drive
Delmar, NY 12054
paul@hyams-law.com
Tel. No.: (518) 935-4659
Fax No.: (518) 475-9298

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy
265 Church Street
New Haven, CT 06510
cbrigham@uks.com
Tel. No.: (203) 786-8310
Fax No.: (203) 772-2037

William H. Champlin, III, Esq.
Tyler, Cooper & Alcorn
185 Asylum Street
Hartford, CT 06103
champlin@tylercooper.com
Tel. No.: (860) 725-6206
Fax No.: (860) 278-3802

Frank G. Usseglio, Esq.
Kenny, O'Keefe & Usseglio, PC
21 Oak Street – Suite 208
Hartford, CT 06106
fusseglio@kou-law.com
Tel. No.: (860) 246-2700
Fax No.: (860) 246-6480

Francis Donnarumma
100 Grand Street – Suite 2F
Waterbury, CT 06702
fdonnarumma@snet.net
Tel. No.: (203) 759-1002
Fax No.: (203) 759-1607

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue – 29th Floor
New York, NY 10022
smckessy@reedsmith.com
Tel. No.: (212) 521-5421
Fax No.: (212) 521-5450

_____
Michael K. Stanton, Jr.

894040v 1