UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank | 3:01 CV 1772 (SRU) |
| vs. | |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES and TCRM ADVISORS, INC. | OCTOBER 25, 2006 |

## SECOND MOTION TO EXTEND TIME TO TO SUBMIT SUPPLEMENTAL BRIEFS

Defendants John Cheng and Sinowest Financial, by and through their undersigned counsel, hereby request that the Court extend the current deadline of October 26, 2006 to file Supplemental Briefs to November 22, 2006 in order to allow Cheng and Sinowest to conduct the deposition of Charles Govern – a New Jersey based mortgage broker presently employed, upon information and belief, by America's First Funding Group in Neptune, New Jersey.

While the undersigned counsel had initially sought to examine the Hon. Ronald Reba as well, the focus of further discovery is now upon Mr. Govern insofar as it was Mr. Govern who purportedly arranged for Judge Reba's preparation of the Power of Attorney instrument utilized by Margaret Lee that is at the core of the underlying allegations made by Old Republic.

Our efforts to secure Mr. Govern's voluntary participation in this process by way of a deposition appearance near his office in the Neptune, NJ area can best be described as on-going. We have been in telephone contact with Mr. Govern on several

occasions, but, while he had tentatively agreed to appear subject to his consultation with counsel, he has yet to identify counsel or to commit to a date or venue. Accordingly, in the absence of a resolution on this issue by the close of business October 26, a Subpoena will be served on Mr. Govern for his appearance in Westport in early November.

Further, when Mr. Govern's appearance is completed, a decision can be made on whether or not Judge Reba's participation is necessary or whether the Certification previously provided is sufficient.

Based on the foregoing, we request that the Court extend the current deadline to submit Supplemental Briefs from October 26 to November 22, 2006.

The undersigned has consulted with counsel for the Plaintiffs and they do not object to this request for additional time.

Dated: October 25, 2006

                                    JOHN CHENG AND
                                  SINOWEST FINANCIAL SERVICES,

                              By: /s/ Michael K. Stanton, Jr.
                                  Michael K. Stanton, Jr. (ct08916)
                                  HALLORAN & SAGE LLP
                                  315 Post Road West
                                  Westport, CT 06880
                                  Tel: 203-227-2855
                                  Fax: 203-227-6992

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid; was mailed by U.S. First Class Mail, postage pre-paid to the counsel listed below on October 25, 2006:

Madeleine F. Grossman, Esq.
Frank Silvestri, Jr., Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06881
fsilvestri@levettrockwood.com
Tel. No.: (203) 222-0885
Fax No.: (203) 226-8025

Kenneth Sussmane, Esq.
McCue, Sussmane & Zapfel
521 Fifth Avenue - 28th Floor
New York, NY 10175
ksussmane@mszpc.com
Tel. No.: (212) 931-5500
Fax No.: (212) 931-5508

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue – 29th Floor
New York, NY 10022
smckessy@reedsmith.com
Tel. No.: (212) 521-5421

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy
265 Church Street
New Haven, CT 06510
cbrigham@uks.com
Tel. No.: (203) 786-8310
Fax No.: (203) 772-2037

William H. Champlin, III, Esq.
Tyler, Cooper & Alcorn
185 Asylum Street
Hartford, CT 06103
champlin@tylercooper.com
Tel. No.: (860) 725-6206
Fax No.: (860) 278-3802

Frank G. Usseglio, Esq.
Kenny, O'Keefe & Usseglio, PC
21 Oak Street – Suite 208
Hartford, CT 06106
fusseglio@kou-law.com
Tel. No.: (860) 246-2700
Fax No.: (860) 246-6480

Francis Donnarumma
100 Grand Street – Suite 2F
Waterbury, CT 06702
fdonnarumma@snet.net
Tel. No.: (203) 759-1002
Fax No.: (203) 759-1607

_____
Michael K. Stanton, Jr.

894040v 1

3