**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - - -X
                                   :
OLD REPUBLIC NATIONAL TITLE        :
INSURANCE CO., et al.,             :
                                   :
                   PLAINTIFFS,     :
                                   : Civil Action No.
          vs.                      : 3:01CV1772 (SRU)
                                   :
BANK OF ASIA LIMITED, et al.,      :
                                   :
                   DEFENDANTS.     :
- - - - - - - - - - - - - - - - - -X



D E P O S I T I O N

The deposition of JOHN CHENG was taken
pursuant to the Federal Rules of Civil Procedure at the
law offices of Levett Rockwood, 33 Riverside Avenue,
Westport, Connecticut, before Viktoria V. Stockmal,
license #00251, a notary public in and for the State of
Connecticut, on Tuesday, August 8, 2006 at 10:00 a.m.

|  | Page 2 |
|---|---|

1  APPEARANCES:
2  ATTORNEYS FOR THE PLAINTIFF:
3  LEVETT ROCKWOOD
   33 Riverside Avenue
4  Westport, CT 06880
5  BY:  FRANK SILVESTRI, ESQ.
6
   ATTORNEYS FOR THE DEFENDANT:
7
   HALLORAN & SAGE LLP
8  315 Post Road West
   Westport, CT 06880
9
   BY:  STEPHEN P. FOGERTY, ESQ.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

|  | Page 3 |
|---|---|

1  JOHN CHENG
2  36 Bridge Street, Metuchen, New Jersey, 08840,
3  called as a witness, having been
4  first duly sworn and/or affirmed under
5  penalty of perjury by Viktoria V. Stockmal,
6  a Notary Public in and for the State of
7  Connecticut, was examined and testified as
8  follows:
9  DIRECT EXAMINATION
10 BY MR. SILVESTRI:
11     Q    Good morning, Mr. Cheng.
12     A    Good morning.
13     Q    My name is Frank Silvestri and I represent
14 Old Republic in this case.  Before we start with the
15 deposition...
16         MR. SILVESTRI:  There was a
17 discussion before going on the record with Mr. Fogerty
18 and we have an agreement with respect to an ancillary
19 matter.
20         As I understand it, Mr. Fogerty has
21 asked Judge Underhill to issue a restraining order
22 against attempts to execute on assets of Mr. Cheng and
23 we've agreed that, pending resolution of the motion to
24 vacate the judgment, Old Republic agrees that its
25 attempt to levee on Mr. Cheng's bank account at Bank

|  | Page 4 |
|---|---|

1  of America will remain in status quo and plaintiff
2  will not seek to levee on any other assets of
3  Mr. Cheng.  And for his part, Mr. Cheng agrees not to
4  remove, transfer or encumber assets, accept, nothing
5  in this agreement precludes him from engaging in
6  transactions for adequate consideration in the
7  ordinary course of business.
8         Did I get that right?
9         MR. FOGERTY:  Yes.
10 BY MR. SILVESTRI:
11     Q    Mr. Cheng, do you understand you are under
12 oath just like a witness in a courtroom?
13     A    Yes, I do.
14     Q    If, at any time during the deposition, you
15 don't hear my question, which may well happen because we
16 have that air conditioning unit making noise behind you,
17 please let me know, okay?
18     A    Okay.
19     Q    Also, if you don't understand my question,
20 would you let me know that so that we are sure you
21 understood the question before you answer it, okay?
22     A    Yes.
23     Q    You gave us a Bridge Street address in
24 Metuchen, New Jersey, 36 Bridge Street; is that your
25 current residence address?

|  | Page 5 |
|---|---|

1      A    That's my current business address.
2      Q    Could you tell me your current residence
3  address?
4      A    One Richmond Street, Unit 3002, New
5  Brunswick, New Jersey, 08901.
6      Q    How long has the Bridge Street address in
7  Metuchen been your business address?
8      A    Since July of 2002.
9      Q    How long has the Richmond Street in New
10 Brunswick been your residence address?
11     A    Since November of 2004.
12     Q    Can you give me your business addresses
13 prior to the Bridge Street address in Metuchen, starting
14 in January 1998?
15     A    It's 20 Elizabeth Street, New York, New
16 York.  And in -- and 40 Elizabeth Street, New York, New
17 York.
18     Q    When were you at the 20 Elizabeth Street
19 address?
20     A    I'm sorry, repeat that question?
21     Q    When was your business address at 20
22 Elizabeth Street, New York?
23     A    September of 1996, I believe.
24     Q    Until when?
25     A    Until August of 1999.

**Page 6**

1  Q    And then did your business move to 40
2  Elizabeth Street in August of '99?
3  A    Yes.
4  Q    And were you there until you moved to
5  Metuchen in July of '02?
6  A    Yes.
7  Q    For the same period of time starting in
8  1998, could you tell me what your residence addresses
9  were prior to Richmond Street in New Brunswick?
10  A    Could you be more specific about that
11  question?
12  Q    What is it that you don't understand?
13  A    Do you want the list of my addresses since
14  1998?
15  Q    Yeah, from January '98 until November of
16  '04?
17  A    From January '98, it was 7 Locksley Lane.
18  Q    What town is that?
19  A    I'm sorry.  Manalapan, New Jersey.
20  Q    Okay.
21  A    And in February of 1999, I moved to
22  Somerset, New Jersey.  I don't specifically remember the
23  house address.  And in 2003 -- November of 2003, I moved
24  into an apartment complex called The Pier in Jersey City,
25  and in November 2004, is when I moved to One Richmond

**Page 7**

1  Street.
2  Q    Have you ever maintained an address on
3  College Drive in Edison, New Jersey?
4  A    No.
5  Q    Have you ever known anybody who lived on
6  College Drive in Edison, New Jersey?
7  A    No.
8  Q    Do you know a woman named Katalin Perry,
9  K-A-T-A-L-I-N?
10  A    Yes.
11  Q    Does she live on College Drive in Edison,
12  New Jersey?
13  A    I don't remember.
14  Q    When did you know Ms. Perry?
15  A    19 -- I don't remember exactly when.  I
16  think it was 1998.
17  Q    Until when?
18  A    Until the end of 1998.
19  Q    How did you happen to know her?
20  A    I was introduced to her by a friend of mine.
21  Q    Did you have a business or social
22  relationship?
23  A    Social.
24  Q    When was the last time you've seen her?
25  A    I don't know.

**Page 8**

1  Q    Was her phone number 732-287-4344?
2  A    I don't remember.
3  Q    For the period of time 1998 through 2001,
4  can you tell me what business you were in?
5  A    Commercial mortgage business.
6  Q    What's Sinowest?
7  A    It's a trade name.
8  Q    Trade name?  Were you in the mortgage
9  business, the commercial mortgage business under the
10  trade name Sinowest?
11  A    Yes.
12  Q    And when did you start doing business under
13  that trade name?
14  A    1996.
15  Q    Do you still do business under the trade
16  name Sinowest?
17  A    Yes.
18  Q    Have you done your mortgage business
19  exclusively under the trade name Sinowest?
20  A    Yes.
21  Q    Is that the only business you were engaged
22  in from 1998 to 2000?
23  A    Yes.
24  Q    The business addresses that you gave me
25  before on Elizabeth Street -- the two Elizabeth Street

**Page 9**

1  addresses and the Bridge Street address, were those the
2  addresses where you did business under the trade name
3  Sinowest?
4  A    Yes.
5  Q    In the beginning of September 2001, you --
6  Withdrawn.
7  In the beginning September 2001, your
8  business address was 40 Elizabeth Street in New York; is
9  that right?
10  A    Yes.
11  Q    And can you tell me exactly where that is?
12  A    It's in Chinatown.
13  Q    Where?
14  A    It's on Elizabeth Street.
15  Q    Where in relation, say, to Canal?
16  A    It's right off Canal.
17  Q    North?
18  A    I don't know directions.  It's right off
19  Canal.
20  Q    Is it between Canal and Hester?
21  A    I'm not sure.  I would assume so, but I have
22  no directions to where Hester Street is.
23  Q    Maybe this will help.
24  (Cheng Exhibit 1 was marked for
25  identification: Mapquest printout,

3 (Pages 6 to 9)

| Page 10 | Page 12 |
|---|---|
| 1      Elizabeth Street.) | 1   Q   Little Chinatown Enterprises? |
| 2   BY MR. SILVESTRI: | 2   A   No. |
| 3   Q   Exhibit 1 is a Mapquest printout that | 3   Q   Dr. Howard Louis? |
| 4   purports to show the location of 40 Elizabeth Street in | 4   A   No. |
| 5   New York by the star in the middle of the map. Does that | 5   Q   Rose Lee? |
| 6   accurately reflect, based on your recollection, where 40 | 6   A   No. |
| 7   Elizabeth Street was? | 7   Q   R&H Trading? |
| 8   A   Yes. | 8   A   No. |
| 9   Q   So is it just north of Canal? | 9   Q   Smart People, Inc.? |
| 10   A   Okay -- | 10   A   I'm Sorry? |
| 11   Q   Assuming the top of the map is north? | 11   Q   Smart People, Inc.? |
| 12   A   Yes. | 12   A   No. |
| 13   Q   Can you describe the 40 Elizabeth Street | 13   Q   When you walked into the building on 40 |
| 14   building for us, please? | 14   Elizabeth Street, what sort of lobby was there? |
| 15   A   I'd say a five-story office building, the | 15   A   It's a small lobby with a desk for the door |
| 16   entranceway is right on Elizabeth Street with various | 16   person and an elevator. And that's it. |
| 17   different offices inside the building. | 17   Q   How many elevators? |
| 18   Q   What floor was Sinowest's office at 40 | 18   A   One. |
| 19   Elizabeth Street? | 19   Q   You said there was a desk for the door |
| 20   A   Fifth. | 20   person, was there generally somebody at that desk during |
| 21   Q   How many tenants besides Sinowest were on | 21   business hours? |
| 22   the fifth floor? | 22   A   Yes. |
| 23   A   I don't know. There's quite a few. | 23   Q   We're talking September 2001? |
| 24   Q   What are we talking, 20 or 30 or five or | 24   A   Yes. |
| 25   ten? What's your best estimate of a range? | 25   Q   Was there one person who was there most of |

| Page 11 | Page 13 |
|---|---|
| 1   A   I would say over 30. | 1   the time during business hours in September 2001? |
| 2   Q   On the same floor? | 2      MR. FOGERTY: Are you talking about |
| 3   A   No. | 3   say -- like September 1st? On any given day? You do |
| 4   Q   So over 30 in the building? | 4   know there was an incident in September -- |
| 5   A   Yes. | 5      MR. SILVESTRI: I'm aware of that. |
| 6   Q   And on your floor, the floor that Sinowest | 6      MR. FOGERTY: I just don't want the |
| 7   was on, how many to the best of your recollection? An | 7   question to mean -- |
| 8   estimate. | 8      MR. SILVESTRI: I'm aware of that. |
| 9   A   Five, six. | 9   BY MR. SILVESTRI: |
| 10   Q   Can you name any of the other tenants on | 10   Q   As of September 1, was the desk in the lobby |
| 11   your floor? | 11   generally staffed by the same person during business |
| 12   A   No. | 12   hours? |
| 13   Q   The fifth floor. | 13   A   I don't recall. I don't remember. |
| 14      Can you name any of the other tenants in the | 14   Q   What names do you recall of persons who |
| 15   building? | 15   staffed that desk in the lobby? |
| 16   A   No. | 16   A   I don't know their names. |
| 17   Q   I'm going to give you some names, see if | 17   Q   Were they employed by the landlord, as far |
| 18   they refresh your recollection as to whether they might | 18   as you knew? |
| 19   have been on the fifth floor. Judy Chen. Does that name | 19   A   As far as I knew, yes. |
| 20   ring a bell? | 20   Q   Did they wear a security company uniform? |
| 21   A   That name does not ring a bell. | 21   A   I don't remember exactly what they wore. |
| 22   Q   How about Chu and Wu, Inc.? | 22   Q   Was there a directory in the lobby? |
| 23   A   No. | 23   A   Yes, there was. |
| 24   Q   Home Reader, Inc.? | 24   Q   Describe it, please? |
| 25   A   No. | 25   A   It's a black -- it's a directory with a list |

4   (Pages 10 to 13)

**Page 14**

1  of names.
2  Q    Names of tenants?
3  A    Yes.
4  Q    And suite numbers?
5  A    Yes.
6  Q    Was Sinowest's name on the directory?
7  A    Yes.
8  Q    Was your name on the directory?
9  A    No.
10  Q    Was Sinowest in Suite 508?
11  A    Yes.
12  Q    And can you describe Sinowest's office?
13  A    It's an office suite that contains two
14  offices and a conference room and a receptionist's desk.
15  Q    About how many square feet did Sinowest
16  lease?
17  A    I would say about 1,000 square feet.
18  Q    How many employees -- Withdrawn.
19        How many persons worked in that office, as of
20  September 2001?
21  A    Myself and the receptionist.
22  Q    Anybody else?
23  A    No.
24  Q    What was the receptionist's name who was
25  working there in September 2001?

**Page 15**

1  A    I don't remember.
2  Q    Who paid the receptionist?
3  A    I do.
4  Q    Personally? Or through some entity?
5  A    No. It's out of the proceeds from Sinowest.
6  Q    Did you maintain payroll records?
7  A    No.
8  Q    Did you withhold federal income tax and FICA
9  from the receptionist's salary?
10  A    No.
11  Q    Was the receptionist an employee?
12  A    Yes.
13  Q    Was it a he or a she?
14  A    It was a she.
15  Q    Did she get paid wages?
16  A    Yes.
17  Q    But you didn't withhold?
18  A    No.
19  Q    Did you or any entity that was affiliated
20  with you take a business deduction from your taxes for
21  the wages paid to this receptionist?
22  A    That you would have to talk to my
23  accountant.
24  Q    Who is that?
25  A    Stephen --

**Page 16**

1  Q    With a PH or a V?
2  A    Sewald. S-E-W-A-L-D.
3  Q    And is Steven, S-T-E-V-E-N or S-T-E-P-H-E-N?
4  A    V-E-N.
5  Q    He's your accountant?
6  A    Yes.
7  Q    Still?
8  A    Yes.
9  Q    Where is he located?
10  A    Monmouth County, New Jersey.
11  Q    Do you have an address?
12  A    No, I don't have an address.
13  Q    How about a town?
14  A    I'm sorry?
15  Q    Do you know what town?
16  A    Marlboro, New Jersey.
17  Q    Marlboro?
18  A    Yes.
19  Q    As of September 1st, how frequently was mail
20  delivered to your office at 40 Elizabeth Street.
21  September 1st, 2001?
22  A    Can you repeat that question?
23  Q    Sure. As of September 1st, 2001, how
24  frequently was mail delivered to your office at 40
25  Elizabeth Street?

**Page 17**

1  A    I assume it was on a daily basis.
2  Q    Was there mail every day?
3  A    I assume that there was.
4  Q    For example, you wouldn't go several days a
5  week without getting any mail; is that fair to say?
6  A    It would be possible.
7  Q    But unusual?
8  A    No.
9  Q    Who dealt with the -- Withdrawn.
10        Was the mail delivered by the letter
11  carrier?
12  A    To where?
13  Q    To Suite 508 -- withdrawn.
14        Was mail for Sinowest delivered by the letter
15  carrier to Suite 508, 40 Elizabeth Street as of September
16  1, 2001?
17  A    To the best of my recollection, no.
18  Q    How did you get your mail as of September
19  1st, 2001, your business mail?
20  A    As far as I know, it was delivered
21  downstairs.
22  Q    Were there mailboxes downstairs?
23  A    No.
24  Q    Explain how it worked.
25  A    As far as I know, it was delivered to the

5 (Pages 14 to 17)

SANDERS, GALE & RUSSELL
(203) 624-4157

Old Republic v. Bank of East Asia                                    August 8, 2006

**Page 18**

1  person downstairs and the person downstairs would deliver
2  the mail to the respective offices.
3      Q    When you say the person downstairs, you mean
4  the one at the desk that you told us about before?
5      A    Yes.
6      Q    Then when it arrived at your office, would
7  it ordinarily go to your receptionist?
8      A    Yes.
9      Q    And she would open it and deal with it, give
10  it to you if you needed to see it?
11     A    She would give them to me.
12     Q    How long did this receptionist work for you?
13     A    I don't remember how long.
14     Q    Do you know when she started, when she
15  stopped?
16     A    Honestly, I don't remember.
17     Q    More than a year?
18     A    No.
19     Q    Do you know what post office served 40
20  Elizabeth Street?
21     A    No.
22     Q    Mr. Fogerty made reference a couple moments
23  ago to an incident that happened in September of 2001, of
24  course we're talking about the September 11th attacks.
25  How did those events affect your access to your office on

**Page 19**

1  40 Elizabeth Street?
2      A    I was not able to get to my office for a
3  period of time.
4      Q    Were you prohibited from going in the area?
5      A    Yes.
6      Q    Was that a New York City directive?
7      A    I would assume so.
8      Q    In other words, it wasn't that your building
9  shut down, it was that people weren't allowed to go to
10  the neighborhood; is that fair to say?
11     A    Yeah.
12     Q    What was the period of time?
13     A    As best as he can recollect, it was weeks.
14     Q    What was the area where you couldn't go?
15  And if you feel like referring to Exhibit 1 in looking at
16  the map, feel free to do so if that would help.
17     A    I was not able to get in to north side of
18  the Canal Street, I believe.
19     Q    Where was the boundary between where you
20  could and couldn't go?
21     A    I don't remember. All I just remember that
22  I was not able to get access to my office.
23     Q    And is that sort of basically the whole
24  length of Canal Street you couldn't get to the north side
25  of it?

**Page 20**

1      A    I don't think it was the whole length of
2  Canal Street, but I think a good part of that section was
3  closed for quite a while.
4      Q    How about like Bowery and Canal Street?
5  Could you get there?
6      A    No.
7      Q    Or going the other way, Mott Street and
8  Canal, could you get there?
9      A    I don't remember.
10     Q    How about Mulberry Street and Canal which
11  was the next one down?
12     A    I don't remember that either.
13     Q    Wasn't it the area south of Canal Street
14  where there were restrictions? Not north of Canal?
15     A    As far as I know, that whole area was off
16  limits.
17          (Cheng Exhibit 2 was marked for
18          identification: Mapquest printout,
19          Manhattan.)
20  BY MR. SILVESTRI:
21     Q    Exhibit 2 is another Mapquest printout, but
22  showing the area of Manhattan. The World Trade Center
23  side shown on Exhibit 2 is on the right of West Street
24  and below what's shown as Barkley Street; right?
25     A    I'm sorry, where were you referring to?

**Page 21**

1      Q    The area to the right of West Street and
2  below Barkley Street. An area that doesn't show any
3  streets. That's the World Trade Center area, right?
4      A    I have to take your word for it. I don't...
5      Q    And wasn't it the area south of Canal Street
6  that was blocked off when the World Trade Center attacks
7  occurred?
8      A    If you say so.
9      Q    Well, do you know?
10     A    All I can remember is that I was not able
11  to get into my office.
12     Q    And even south of Canal, didn't the
13  pedestrian restrictions east of Broadway get lifted in
14  less than a week?
15     A    I don't know. I can't tell you that.
16     Q    See if this might refresh your recollection.
17  Just some stuff we pulled from the Web. Exhibit 3 is a
18  Wikipedia excerpt. And Exhibit 4 is from the "New York
19  Times" archives for September 18, 2001.)
20          (Cheng Exhibit 3 was marked for
21          identification: Wikipedia excerpt.)
22          (Cheng Exhibit 4 was marked for
23          identification: "New York Times" article,
24          9/18/01.)
25  BY MR. SILVESTRI:

6 (Pages 18 to 21)

Page 22

1  Q    The second page --
2      MR. FOGERTY: Hold on a second. He's
3  going to ask you about this document first. Read this
4  document.
5      MR. SILVESTRI: Take your time,
6  Mr. Cheng. I don't want to rush you into any answers.
7      MR. FOGERTY: This is just a document
8  that has to do with --
9  BY MR. SILVESTRI:
10     Q    The purposes of my showing you these is to
11 see if they refresh your recollection. According to
12 Exhibit 3, on the second page, on Sunday, September 16,
13 lower Manhattan, east of Broadway, is opened to
14 pedestrians. Seeing that, does that refresh your
15 recollection at all of when you were able to have access
16 to your office?
17     A    No.
18     Q    Exhibit 4, which is from the "New York
19 Times" archives, is an article that starts off by saying
20 "As thousands of workers streamed back into lower
21 Manhattan yesterday for the first time since the
22 terrorist attacks, federal officials said they faced no
23 significant health risk."
24     And that's from Tuesday, September 18. So
25 it's referring to Monday, September 17. Does that --

Page 23

1  reading that, does that -- and feel free to read the
2  whole article -- does that refresh your recollection as
3  to when you were able to get back to your office.
4      A    As to when specifically? No.
5      Q    Well, you said before that it was weeks.
6  After looking at these, is that still your recollection?
7      A    Yes.
8      Q    When was the first time after September 11,
9  2001, that you, yourself, went back to the office at
10 Sinowest?
11     A    Again, this is to the best of my
12 recollection. I believe it was the third week of
13 September.
14     Q    Third week of September?
15     A    Third week of September, right.
16     Q    Well, September 11th was a Tuesday. So
17 September 10th was a Monday.
18     A    Okay.
19     Q    And September 3rd was a Monday. So the
20 Mondays in September would have been the 3rd, the 10th,
21 the 17th and the 24th.
22     A    Probably the 24th.
23     Q    So the 24th, you were able to have access
24 back into your office?
25     A    I can't answer that affirmatively, but I

Page 24

1  would believe that it was -- that was the week that I
2  started going back to the office.
3      Q    By the way, you told us that the mail, when
4  it came to 40 Elizabeth Street for Sinowest, it was
5  received from the letter carrier by the person at the
6  desk.
7      A    I believe that's how it was done.
8      Q    If there was certified mail that needed to
9  be signed for, would the person at the desk sign for
10 Sinowest?
11     A    I don't know. I've never received certified
12 letters.
13     Q    In all of the time you were in -- you've
14 been doing business as Sinowest, you never received a
15 certified letter?
16     A    Yes.
17     Q    Did you agree to that system whereby the
18 letter carrier would drop off the mail at the desk and
19 then the person at the desk would bring it up to your
20 office?
21     MR. FOGERTY: Object to the form of
22 the question. You can answer it.
23     THE WITNESS: Sorry?
24     MR. FOGERTY: It's okay. Just answer
25 his question.

Page 25

1  BY THE WITNESS:
2      A    Did I agree to it? There was nothing for me
3  to agree.
4      Q    Did you ever object to it?
5      A    No.
6      Q    You understood that that's the way it worked
7  and that was okay with you; is that fair to say?
8      A    That was not a condition of the lease.
9      Q    No, I'm not saying that it was a condition
10 of the lease, but that's just the way things worked
11 and --
12     A    I believe that --
13     Q    -- you lived that way?
14     A    Yes.
15     Q    Never objected to it; did you?
16     A    No.
17     Q    When's the first time, after September 11th,
18 that your receptionist came back to work?
19     A    I believe it was the same time that I was.
20     Q    Was there any security implemented, any
21 additional security implemented at the 40 Elizabeth
22 Street building after September 11th?
23     A    I can't recall.
24     Q    Where did you bank in September of 2001?
25     A    Fleet.

7  (Pages 22 to 25)

**Page 26**

1   Q   Did you have any banking relationship with
2  Bank of East Asia in September 2001?
3   A   No.
4   Q   Did you have a safety deposit box at Bank of
5  East Asia in September of 2001?
6   A   I may have one, yes.
7   Q   Was that on Canal Street at Mulberry?
8   A   Yes.
9   Q   That's about two blocks from your office?
10   A   Yes.
11       (Cheng Exhibit 5 was marked for
12       identification: Mapquest printout, Canal
13       Street.)
14  BY MR. SILVESTRI:
15   Q   This is a -- Exhibit 5 is another Mapquest
16  map. This one purports to show the location of 202 Canal
17  Street in New York. Is the location of the star on
18  Exhibit 5, is that your the Bank of East Asia branch was
19  where you had your safety deposit box?
20   A   Yes.
21   Q   And you opened that or you acquired that
22  safety deposit box in November of 1998; is that right?
23   A   I don't remember when it was opened.
24   Q   That was about a month after Margaret Lee
25  opened accounts at Bank of East Asia if that helps

**Page 27**

1  refresh your recollection.
2   A   I can't answer that, because I don't
3  remember when that was.
4   Q   Why did you get that safe deposit box at
5  Bank of East Asia?
6   A   To put my documents in it.
7   Q   Did you get that safe deposit box for any
8  reasons related to the fact that Margaret Lee had
9  accounts at Bank of East Asia?
10   A   No.
11   Q   When did you first go back to that safe
12  deposit box after September 11th?
13   A   I don't remember.
14       (Cheng Exhibit 6 was marked for
15       identification: Documents, BEA 0169
16       through 0173.)
17  BY MR. SILVESTRI:
18   Q   Exhibit 6 is documents produced by Bank of
19  East Asia earlier in this litigation bearing control
20  numbers BEA 0169 through 0173. Take a moment and look
21  through those.
22   A   Okay.
23   Q   Do you recognize your signature on any of
24  the pages of this document?
25   A   Yes.

**Page 28**

1   Q   Could you just give us the control numbers
2  at the bottom of the pages that have your signature on
3  them?
4   A   What control number is that?
5   Q   Where it says BEA.
6       MR. FOGERTY: See down here.
7  BY THE WITNESS:
8   A   Okay. 0169.
9   Q   That has your signature, 169? In the upper
10  left corner?
11   A   Yeah.
12   Q   Okay.
13       Any other pages have your signature?
14   A   172 and 173.
15   Q   According to the lease agreement for renting
16  of safe deposit box that starts on BEA 171, Bank of East
17  Asia listed its address as 202 Canal Street. Was that
18  the address of the bank branch where you had your safe
19  deposit box?
20   A   I would assume so, yes.
21   Q   According to the page that has control
22  number BEA 0170, records a visit by you to the safe
23  deposit box on September 21, 2001; do you see that?
24   A   Yes.
25   Q   Do you have any reason to doubt that you

**Page 29**

1  visited the safe deposit box on September 21, 2001?
2   A   No.
3   Q   If you were able to get to the Bank of East
4  Asia at 202 Canal Street on September 21, 2001, do you
5  know of any reason why you wouldn't have been able to get
6  to your office at 40 Elizabeth Street on the same day?
7   A   No.
8   Q   Would you agree with me that based on
9  Exhibit 6, you were able to get to your office at 40
10  Elizabeth Street on September 21, 2001?
11   A   If my recollection was incorrect, then I
12  stand corrected.
13   Q   So can I have the question back?
14       (Whereby, the pertinent question was
15       read.)
16  BY THE WITNESS:
17   A   I'm sorry, I wasn't listening. Say that
18  again?
19       (Whereby, the pertinent question was
20       read.)
21  BY THE WITNESS:
22   A   Yes.
23   Q   By the way, Bank of East Asia, as I
24  mentioned, produced these records, Exhibit 6, as part of
25  this lawsuit earlier on. Did they give you any notice

8 (Pages 26 to 29)

Old Republic v. Bank of East Asia                                    August 8, 2006

| Page 30 | Page 32 |
|---|---|

**Page 30**

1  that they were producing documents --
2      A    No.
3      Q    -- relating to your account?
4      A    No.
5      Q    Or your safe deposit box, rather?
6      A    No.
7          MR. SILVESTRI:  Would you please mark
8  the amended notice of deposition as Exhibit 7.
9          (Cheng Exhibit 7 was marked for
10         identification:  Amended notice of
11         deposition.)
12         MR. SILVESTRI:  And the supplemental
13 document request as Exhibit 8.
14         (Cheng Exhibit 8 was marked for
15         identification:  Supplemental document
16         request.)
17 BY MR. SILVESTRI:
18     Q    Have you seen these before?  Referring to
19 Exhibits 7 and 8?
20     A    Seven, I've seen this one here.
21     Q    That's 7 that you're holding up?
22     A    Seven, I've seen.
23     Q    How about 8?
24     A    No.
25     Q    No?

**Page 32**

1  Export Corporation and GBC Properties, LLC, d/b/a
2  Sinowest Financial Services.  What's GBC Properties, LLC?
3      A    GBC's the entity -- is an LLC.  It's a
4  limited liability corporation.
5      Q    And what business purpose did that entity
6  have?
7      A    Broker, commercial mortgages.
8      Q    Who were the members of GBC Properties, LLC?
9      A    John Cheng.
10     Q    Just yourself?
11     A    Yes.
12     Q    Anybody else?
13     A    No.
14     Q    The last page of Exhibit 9 appears to be
15 copies of entries in a check ledger; is that right?
16     A    Yes.
17     Q    And whose check ledger is that?
18     A    Sinowest.
19     Q    Did Sinowest pay its receptionist from this
20 same -- with checks from the same check ledger?
21     A    In what form.
22     Q    I'm sorry?
23     A    I don't understand your question.
24     Q    You told us earlier that in September of
25 2001, Sinowest employed a receptionist?

**Page 31**

1          Are you aware that documents identified --
2  Withdrawn.
3          Are you aware that there was a supplemental
4  request asking you to produce the documents listed in
5  paragraph 1 of Exhibit 8?
6      A    No.
7      Q    In response to Exhibit 7, you've provided us
8  with one document which is an agreement to terminate
9  lease.  Let's mark that.
10         MR. FOGERTY:  It's actually -- they
11 are stapled together.  There's a document, agreement
12 to terminate lease, and then multiple documents from
13 the checkbook and check ledger regarding lease
14 payments.
15         MR. SILVESTRI:  I misspoke.  Yeah, I
16 see a series of checks and then some stubs from the
17 check register.  And that's Exhibit 9?
18         (Cheng Exhibit 9 was marked for
19         identification:  Documents produced.)
20         MR. SILVESTRI:  So documents
21 produced, I guess, would be the description of
22 Exhibit 9.
23 BY MR. SILVESTRI:
24     Q    Exhibit 9 says it's an agreement to
25 terminate lease, dated June 12, 2002, between Dadourian

**Page 33**

1      A    Yes.
2      Q    You told us that that employee was paid?
3      A    Right.
4      Q    How was that employee paid?  Cash or check?
5      A    Cash.
6      Q    How did you get the cash?  Did you write a
7  check and then cash it?
8      A    I don't remember.
9      Q    Did Sinowest have Workers' Compensation
10 insurance in September 2001, that covered the
11 receptionist?
12     A    Not that I recall.
13     Q    Did this receptionist which you had in
14 September 2001, have any benefits?
15     A    No.
16     Q    You told us that you had seen Exhibit 7
17 before.  Can you tell me what you did to look for
18 documents that were requested?
19     A    I looked and I provided to Stephen whatever
20 documents related to the request that I could find.
21     Q    Where did you look?
22     A    My office.
23     Q    Do you maintain any records of Sinowest at
24 home?
25     A    No.

9 (Pages 30 to 33)

Old Republic v. Bank of East Asia                                    August 8, 2006

**Page 34**

1   Q   Do you maintain any records of Sinowest in
2   any off-site location, like a warehouse?
3   A   No.
4   Q   When you moved the offices of Sinowest from
5   Elizabeth Street to New Jersey, what did you do with the
6   business records of Sinowest?
7   A   I moved as much as I could to the new
8   office. Some I discarded.
9   Q   Does Sinowest have computers?
10  A   Yes.
11  Q   Did Sinowest have computers in 1998?
12  A   Yes.
13  Q   Do you have the same computers today that
14  you had in 1998?
15  A   No.
16  Q   Do you have the same computers today that
17  you had in 2001?
18  A   No.
19  Q   Where are the computers that you had in
20  2001?
21  A   They had been discarded.
22  Q   And same for the computers you had in 1998
23  or was it the same ones in '98 and '01?
24  A   I think they were the same ones.
25  Q   Did you transfer any data from your prior

**Page 35**

1   computer system on to your current computer system when
2   you discarded the old one?
3   A   Some files.
4   Q   Did you search your computer database for
5   any documents that might be responsive to our request?
6   A   Yes, I did.
7   Q   Did you find anything?
8   A   No.
9   Q   Do you have any employees today?
10  A   One.
11  Q   A receptionist?
12  A   Yes.
13  Q   What's that person's name?
14  A   Yana, Y-A-N-A. I don't recall her last
15  name.
16  Q   Paragraph 6 on Schedule A of Exhibit 7 asks
17  for the production of "All documents concerning any
18  payments you received from Margaret Lee or Nancy Chang,"
19  C-H-A-N-G. Did you receive any payments in connection
20  with the loan transaction --
21  A   To the best --
22  Q   -- that's involved in this case?
23  A   To the best of my recollection, yes.
24  Q   How much?
25  A   I don't believe -- remember how much, but I

**Page 36**

1   did receive a payment.
2   Q   What's the range? More than $100,000?
3   A   No.
4   Q   More than $50,000?
5   A   No.
6   Q   How was that paid?
7   A   By check.
8   Q   Who gave you the check?
9   A   Margaret Lee, I remember.
10  Q   Where?
11  A   I don't remember. Probably my office.
12  Q   Did you pay tax on -- withdrawn.
13      Did you report that income for tax purposes?
14  A   I would assume so, yes.
15  Q   And did Mr. Sewald prepare your 2001 tax
16  returns?
17  A   He did.
18  Q   Did Mr. Sewald prepare your 1998 tax
19  returns?
20  A   I believe he did, yeah.
21  Q   Would you expect that any fees you received
22  on account of the mortgage loan transaction involving
23  Margaret Lee would be reflected in your books and records
24  that Mr. Sewald used to prepare your tax returns?
25  A   He should.

**Page 37**

1   Q   Did you ask Mr. Sewald if he had any
2   documents that were responsive to this request?
3   A   No.
4   Q   Where are the books and records in which
5   that income would have been recorded?
6   A   I would have -- I would have it.
7   Q   Did you look for it in responding to this
8   request?
9   A   Yes, I did.
10  Q   Did you find it?
11  A   No.
12  Q   Do you think you might have it someplace and
13  you just missed it?
14  A   Perhaps.
15  Q   Paragraph 7 asks for "All documents
16  concerning communications between you and TCRM advisors,
17  Inc. or TCRM Commercial Corp. which concern Margaret Lee,
18  Nancy Chang or this lawsuit." And that's paragraph 7 and
19  8 in Exhibit 7.
20      How long have you had any sort of business
21  relationship with TCRM?
22  A   For about two years. Two years. Yeah.
23  Q   Two years before today?
24  A   I'm sorry?
25  Q   Two years starting when?

10 (Pages 34 to 37)

**Page 38**

1  A    No, this is back in the late '90s.
2  Q    Okay, during -- let me try again. During
3  what period of time did you have a business relationship
4  with TCRM?
5  A    I believe it's from 1997 to 1998.
6  Q    Who, at TCRM, did you deal with?
7  A    A gentleman by the name of David Suarez.
8  Q    David or Davis --
9  A    -- Suarez. I can't tell you how to spell
10  it.
11  Q    How about Lenny Solinsky? Did you deal with
12  him at all?
13  A    That name sounds familiar.
14  Q    It does or doesn't?
15  A    It does sound familiar.
16        MR. FOGERTY: What was that last name
17  again?
18        MR. SILVESTRI: S-O-L-I-N-S-K-Y,
19  Solinsky.
20  BY MR. SILVESTRI:
21  Q    When was the last time you had any dealings
22  with anybody from TCRM?
23  A    I can't tell you that.
24  Q    After TCRM got sued in this case, did
25  anybody who is or was affiliated with that company tell

**Page 39**

1  you about this lawsuit?
2  A    Yes. Mentioned something about a lawsuit.
3  Q    Who told you?
4  A    I believe it was David Suarez.
5  Q    What did he tell you?
6  A    I don't remember. I don't recall the
7  specific conversation.
8  Q    Did he tell you that you were named as a
9  defendant?
10  A    No.
11  Q    How many conversations about this did you
12  have with Mr. Suarez?
13  A    Once or twice, if I can remember.
14  Q    Any other information at all about what Mr.
15  Suarez told you?
16  A    I can't remember. The conversation took
17  place a long time ago.
18  Q    Do you still maintain contact with
19  Mr. Suarez?
20  A    No.
21  Q    Or with anybody who was ever affiliated with
22  TCRM?
23  A    No.
24  Q    What did you do -- Withdrawn.
25        Did you do anything to follow up after

**Page 40**

1  Mr. Suarez told you there was this litigation?
2  A    No.
3  Q    Did you express any curiosity about it?
4  A    I might have. I don't recall exactly what
5  my feelings were at the time. I may have. I may not.
6  Q    Did you ask him to keep you posted on
7  anything?
8  A    Again, I don't recall specific conversation.
9  I could have asked him and I could not have asked him.
10  Q    What's your best recollection as to when
11  that conversation occurred?
12  A    I don't --
13  Q    Just so you know, the lawsuit started in
14  2001.
15  A    A few months later. I don't... I don't
16  really recall when that -- you know, when that was. I
17  can't give you specific dates.
18  Q    Well, I understand that, but I'm just trying
19  to get your best recollection.
20  A    I don't -- I can't give you a specific even
21  range of time. I would say that a few months afterwards.
22  Q    Okay.
23        The supplemental request, Exhibit 8 that you
24  said you hadn't seen, asked for "Documents concerning
25  communications between you and Charles Govern, World

**Page 41**

1  Mortgage Company or Paradise Mortgage which concern
2  Margaret Lee, Nancy Chang or this lawsuit"; who is
3  Charles Govern?
4  A    He was a gentleman that I was doing business
5  with back in the late '90s.
6  Q    When was the last time you had any contact
7  with Mr. Govern?
8  A    Five, six years ago.
9  Q    What contact information can you give me
10  about Mr. Govern -- residence, business, telephone?
11  A    All I know is that we used to talk on the
12  phone about mortgages. I don't know where he lives. I
13  know where his office is.
14  Q    Where is that?
15  A    Or was. At the time it was -- I believe it
16  was in Freehold, New Jersey.
17  Q    Freehold, New Jersey?
18  A    Yes.
19  Q    Did he do business under a company name?
20  A    Yes, I think he did.
21  Q    What name?
22  A    Paradise Mortgage, I think was the name of
23  the company.
24  Q    Did Mr. Govern -- Withdrawn.
25        You went to the closing of the mortgage loan

11 (Pages 38 to 41)

| Page 42 | Page 44 |
|---|---|

**Page 42**

1  that's involved in this case, right?
2    A  Yes, I did.
3    Q  Did Mr. Govern go also?
4    A  He may have. I don't remember.
5    Q  Did Katie Perry go to the closing?
6    A  Not that I can remember.
7    Q  Why did you go to the closing?
8    A  I make it a practice going to most of the
9  closings the loans that I broker.
10    Q  Is that to protect your fee?
11    A  That's part of the reason.
12    Q  What else?
13    A  To make sure that everything goes okay.
14    Q  Now you did not get a fee at the closing in
15  this case; right?
16    A  Like I said, I don't recall if I've gotten a
17  check at the closing, no. I don't -- most likely not,
18  no.
19    Q  Do you remember the lawyer who did the
20  closing, Dean Montgomery?
21    A  I remember the lawyer. I don't remember the
22  name.
23    Q  Did you ask the lawyer to pay out the
24  closing proceeds in cash?
25    A  No.

**Page 43**

1    Q  Did you ask the lawyer to disburse the
2  closing proceeds in ten separate checks?
3    A  No.
4    Q  Were you relying on Margaret Lee to get you
5  your fee?
6    A  Yes.
7    Q  How long before the closing was the last
8  time you met with Nancy Chang?
9    A  Repeat that question?
10    Q  I will withdraw it.
11      Did you ever meet with Nancy Chang?
12    A  Yes.
13    Q  When?
14    A  When she first came in to apply for a
15  mortgage.
16    Q  The closing was in September or October of
17  1998.
18    A  Okay.
19    Q  How long before September or October 1998
20  did you meet with Nancy Chang?
21    A  It was a few months prior to that.
22    Q  How many times did you meet?
23    A  I believe, twice.
24    Q  When was the last time? Some months before
25  the closing?

**Page 44**

1    A  Some months -- yeah, about two, three months
2  prior to the closing.
3    Q  At and after the closing, did you do
4  anything to sort of keep tabs on Margaret Lee to make
5  sure she would pay you your fee?
6    A  From what I could remember, we made
7  arrangements for her to come to my office and pay my fee.
8    Q  Did you ever go to Bank of East Asia with
9  her?
10    A  I don't recall. I may have. I don't
11  remember.
12    Q  Did you ever see Nancy Chang after those two
13  meetings in your office that you already told us about?
14    A  No.
15    Q  Did you suggest to Margaret Lee that she use
16  Katie Perry's address on accounts that she opened at Bank
17  of East Asia?
18    A  No.
19    Q  Did you suggest to her that she use Katie
20  Perry's phone number on accounts she opened at Bank of
21  East Asia?
22    A  No.
23    Q  Do you have any idea how she came to know
24  Katie Perry's phone number?
25    A  Through me.

**Page 45**

1    Q  Why was that that you told her the number?
2    A  I'm sorry?
3    Q  Why did you tell her Katie Perry's phone
4  number?
5    A  Oh, you mean -- no, no, no. I didn't tell
6  her that. I thought you meant how did she meet Katie
7  Perry.
8    Q  Oh. I think there's a little confusion
9  on -- I'm confused. What was the last question?
10        (The last question and answer were
11        read.)
12  BY THE WITNESS:
13    A  I thought you meant how Margaret Lee met
14  Kate Perry.
15    Q  Okay. Was that what you were -- you thought
16  you were answering?
17    A  Right.
18    Q  So Margaret Lee met Katie Perry?
19    A  Right.
20    Q  And that was through you?
21    A  Right.
22    Q  And why was that that they met?
23    A  Katalin Perry was in my office on several
24  occasions that Margaret Lee was there, I believe. And I
25  guess they struck up a conversation and that's what

**Page 46**

1 happened.

2 Q Did you know, prior to this year, that
3 Margaret Lee used Katie Perry's phone number when she
4 opened the bank accounts at Bank of East Asia?

5 A Not that I'm aware of.

6 Q Did you know prior to this year that
7 Margaret Lee, when she opened the bank accounts at Bank
8 of East Asia listed her address as College Drive in
9 Edison, New Jersey?

10 A I can't recall.

11 Q You've read Margaret Lee's statement to the
12 FBI, correct?

13 A Yes.

14 Q And you're aware that she told the FBI that
15 she used Katie's address and phone number because you
16 told her to?

17 A I don't remember specifics. If that's what
18 she claimed, that's what she claimed.

19 Q Is that false?

20 A Yes, it is false.

21       (Cheng Exhibit 10 was marked for
22       identification: Affidavit of John Cheng,
23       June 5, 2006.)

24       (Recess taken at 11:17 a.m.
25       Reconvened at 11:24 a.m.)

**Page 47**

1 BY MR. SILVESTRI:

2 Q We had just marked the affidavit.
3 Mr. Cheng, Exhibit 10 is an affidavit that
4 you signed in this case?

5 A Yes.

6 Q On page seven, that's your signature?

7 A Yes.

8 Q And you read it before you signed it?

9 A Yes.

10 Q According to paragraph 5 on page 2, the last
11 sentence says that, "The suite number designation would
12 be necessary to ensure that anything forwarded to your
13 attention would be properly directed to the Sinowest
14 offices"; do you see that?

15 A Okay.

16 Q Now you told us earlier that the system for
17 mail delivery was that the carrier would drop it off the
18 desk and the person at the desk would deliver it to the
19 tenants. You also told us that there was a directory in
20 the lobby.

21 A Mm-hm.

22 Q And that Sinowest's name was on the
23 directory. Is it your testimony that if the letter
24 carrier dropped off a letter at the desk addressed to
25 Sinowest and it didn't have a suite number on it, that

**Page 48**

1 the person at the desk wouldn't take it to your office?

2 A I don't think -- No.

3 Q That's not your testimony?

4 A About --

5 Q Or the person would not take it to your
6 office?

7 A Repeat that.

8 Q Sure. Let's try it again because my
9 question was confusing.

10       If the letter carrier dropped off a letter at
11 the desk addressed to Sinowest at 40 Elizabeth Street
12 that didn't have a suite number on it, would the person
13 at the desk take it to your office?

14 A I would assume so.

15 Q And did you, in fact, receive mail at 40
16 Elizabeth Street that was addressed to Sinowest without a
17 suite number?

18 A I don't remember.

19       (Cheng Exhibit 11 was marked for
20       identification: Photocopy of certified
21       mail cards.)

22       (Cheng Exhibit 12 was marked for
23       identification: Photocopy of certified
24       mail cards.)

25 BY MR. SILVESTRI:

**Page 49**

1 Q Exhibits 11 and 12 are copies of the
2 certified mail cards used by the marshal who made service
3 in this case. Eleven is the one that accompanied the
4 papers that were addressed to you and the other -- and 12
5 is a card from the papers that were addressed to
6 Sinowest. Is it your testimony you never received the
7 papers that were sent by certified mail?

8 A Yes.

9 Q There are signatures, somebody who --

10 Withdrawn.

11       There are signatures in the boxes for the
12 recipient on both Exhibits 11 and 12; correct?

13 A I think so.

14 Q Somebody signed something and dated them
15 9/24/01, right?

16 A Yep.

17 Q Do you have any reason to believe that the
18 person who signed both Exhibit 11 and Exhibit 12 was not
19 the person at the desk in the lobby at 40 Elizabeth
20 Street?

21 A I don't know who that person is.

22 Q That's not my question. Do you have any
23 reason to believe it's not the person who was at the desk
24 in the lobby?

25       MR. FOGERTY: I object to the form.

13 (Pages 46 to 49)

Old Republic v. Bank of East Asia                                                      August 8, 2006

---

**Page 50**

BY THE WITNESS:

2 A   Do I have reason to believe that it's not
3 the person?
4 Q   Yes.
5 A   No.
6 Q   Did you arrange for an appraisal on the
7 property that's the subject of the mortgage loan in this
8 case?
9 A   No.
10 Q   Did you discuss with Charles Govern the need
11 to get a power of attorney -- withdrawn.
12     Did you discuss with Charles Govern anything
13 about a power of attorney for the mortgage closing in
14 this case?
15 A   If anything, it would be a check list of
16 items that TCRM would require.
17 Q   My question specifically is whether or not
18 you and Charles Govern discussed getting a power of
19 attorney?
20 A   I don't recall specifically having that
21 conversation.
22 Q   Did you have a discussion with Margaret Lee
23 in which she said Nancy Chang wasn't going to be at the
24 closing?
25 A   Again, I don't specifically recall asking

---

**Page 51**

1 her for a power of attorney, but if it was on the TCRM
2 list, yes, I would have asked her for it.
3 Q   Did Margaret Lee ever tell you Nancy Chang
4 had changed her mind and didn't want to make the loan --
5 didn't want to do the mortgage loan transaction?
6 A   No.
7 Q   What's the correct spelling of Katie Perry's
8 first name?
9 A   I -- K-A-I-T-L-I-N.
10     (Cheng Exhibit 13 was marked for
11     identification: Savings account signature
12     card, two pages, BEA 0029.)
13 BY MR. SILVESTRI:
14 Q   Exhibit 13 is a document previously produced
15 by Bank of East Asia, bearing control numbers BEA 0029
16 and 0030. It says savings account signature card for an
17 account opened in the name of Margaret Lee and Nancy
18 Chang at Bank of East Asia. On the second page, the
19 address for Margaret Lee is stated to be 123 College
20 Drive, Edison, New Jersey. Is that a different address
21 from Katie Perry's?
22 A   I don't know.
23 Q   Is that address at all familiar to you, 123
24 College Drive in Edison, New Jersey?
25 A   College Drive is, yes.

---

**Page 52**

1 Q   But not the number.
2     MR. SILVESTRI: I don't have any
3 other questions. Thank you for your time.
4     THE WITNESS: Thank you.
5     MR. FOGERTY: All set. Finish.
6     MR. SILVESTRI: Do you want to read
7 and sign?
8     MR. FOGERTY: Yes.
9     MR. SILVESTRI: Other than that, it's
10 taken to the pursuant to the rules of Civil Procedure.
11     (Whereby, the deposition concluded
12     at 11:36 a.m.)
13     *    *    *    *    *    *
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 53**

1     I, JOHN CHENG have read the foregoing
2 transcript of the testimony given at my deposition on
3 August 8, 2006, and it is true and accurate to the best
4 of my knowledge and belief as originally transcribed
5 and/or with the changes as noted on the attached
6 Correction Sheet.
7
8
9 _____
10     JOHN CHENG
11
12 Subscribed and sworn to before me this
13 _____ day of _____, 2006.
14
15
16 _____
16     Notary Public
17 My commission expires: _____
18
19
20
21
22
23
24
25

14 (Pages 50 to 53)

SANDERS, GALE & RUSSELL
(203) 624-4157

Old Republic v. Bank of East Asia                                        August 8, 2006

```
                                    Page 54
 1              INDEX
 2            EXAMINATION
 3  Witness Name                    Page  Line
 4  JOHN CHENG
 5    Direct By Frank Silvestri, Esq.    3    9
 6            CHENG EXHIBITS
 7  Exhibit   Description           Page  Line
 8  1 for ID  Mapquest printout, Elizabeth   9   24
 9       Street
10  2 for ID  Mapquest printout, Manhattan   20   17
11  3 for ID  Wikipedia excerpt            21   20
12  4 for ID  "New York Times" article, 9/18/01 21   22
13  5 for ID  Mapquest printout, Canal Street  26   11
14  6 for ID  Documents, BEA 0169 through 0173  27   14
15  7 for ID  Amended notice of deposition   30    9
16  8 for ID  Supplemental document request   30   14
17  9 for ID  Documents produced           31   18
18  10 for ID  Affidavit of John Cheng, June 5,  46   21
19       2006
20  11 for ID  Photocopy of certified mail cards 48   19
21  12 for ID  Photocopy of certified mail cards 48   22
22  13 for ID  Savings account signature card,  51   10
23       two pages, BEA 0029
24       EXHIBITS RETAINED BY MR. SILVESTRI
25
```

```
                                    Page 55
 1          CERTIFICATE
 2
    STATE OF CONNECTICUT )
 3                       )  SS  NEWTOWN
    COUNTY OF FAIRFIELD  )
 4
 5
 6
        I, VIKTORIA V. STOCKMAL, a Notary Public duly
 7  commissioned and qualified in and for the county of New
    Haven, State of Connecticut, do hereby certify that
 8  pursuant to the notice of deposition, the said witness
    came before me at the aforementioned time and place and
 9  was duly sworn by me to testify to the truth and nothing
    but the truth of his/her knowledge touching and
10  concerning the matters in controversy in this cause; and
    his/her testimony reduced to writing under my
11  supervision; and that the deposition is a true record of
    the testimony given by the witness.
12
        I further certify that I am neither attorney of
13  nor counsel for, nor related to, or employed by any of the
    parties to the action in which this deposition is taken,
14  and further that I am not a relative or employee of any
    attorney or counsel employed by the parties thereto, or
15  financially interested in the action.
16      IN WITNESS WHEREOF, I have hereunto set my hand
    and affixed my notarial seal this 15th day of August,
17  2006.
18
19      _____
        VIKTORIA V. STOCKMAL, RMR, CRR
20           Notary Public
             CSR License #00251
21
    My commission expires October, 2010.
22
23
24
 5
```

15  (Pages 54 to 55)

SANDERS, GALE & RUSSELL
(203) 624-4157

Old Republic v. Bank of East Asia                                                    August 8, 2006

Page 1

**A**

able 19:2,17,22
  21:10 22:15 23:3
  23:23 29:3,5,9
accept 4:4
access 18:25 19:22
  22:15 23:23
accompanied 49:3
account 3:25 30:3
  36:22 51:11,16,17
  54:22
accountant 15:23
  16:5
accounts 26:25
  27:9 44:16,20
  46:4,7
accurate 53:3
accurately 10:6
acquired 26:21
action 1:6 55:13,15
additional 25:21
address 4:23,25 5:1
  5:3,6,7,10,13,19
  5:21 6:23 7:2 9:1
  9:8 16:11,12
  28:17,18 44:16
  46:8,15 51:19,20
  51:23
addressed 47:24
  48:11,16 49:4,5
addresses 5:12 6:8
  6:13 8:24 9:1,2
adequate 4:6
advisors 37:16
affect 18:25
affidavit 46:22
  47:2,3 54:18
affiliated 15:19
  38:25 39:21
affirmatively 23:25
affirmed 3:4
affixed 55:16
aforementioned
  55:8
ago 18:23 39:17

41:8
agree 24:17 25:2,3
  29:8
agreed 3:23
agreement 3:18 4:5
  28:15 31:8,11,24
agrees 3:24 4:3
air 4:16
al 1:4,7
allowed 19:9
amended 30:8,10
  54:15
America 4:1
ancillary 3:18
and/or 3:4 53:5
answer 4:21 23:25
  24:22,24 27:2
  45:10
answering 45:16
answers 22:6
anybody 7:5 14:22
  32:12 38:22,25
  39:21
apartment 6:24
appears 32:14
apply 43:14
appraisal 50:6
archives 21:19
  22:19
area 19:4,14 20:13
  20:15,22 21:1,2,3
  21:5
arrange 50:6
arrangements 44:7
arrived 18:6
article 21:23 22:19
  23:2 54:12
Asia 1:7 26:2,5,18
  26:25 27:5,9,19
  28:17 29:4,23
  44:8,17,21 46:4,8
  51:15,18
asked 3:21 40:9,9
  40:24 51:2
asking 31:4 50:25

asks 35:16 37:15
assets 3:22 4:2,4
assume 9:21 17:1,3
  19:7 28:20 36:14
  48:14
Assuming 10:11
attached 53:5
attacks 18:24 21:6
  22:22
attempt 3:25
attempts 3:22
attention 47:13
attorney 50:11,13
  50:19 51:1 55:12
  55:14
ATTORNEYS 2:2
  2:6
August 1:19 5:25
  6:2 53:3 55:16
Avenue 1:16 2:3
aware 13:5,8 31:1,3
  46:5,14
a.m 1:19 46:24,25
  52:12

**B**

back 22:20 23:3,9
  23:24 24:2 25:18
  27:11 29:13 38:1
  41:5
bank 1:7 3:25,25
  25:24 26:2,4,18
  26:25 27:5,9,18
  28:16,18 29:3,23
  44:8,16,20 46:4,4
  46:7,7 51:15,18
banking 26:1
Barkley 20:24 21:2
based 10:6 29:8
basically 19:23
basis 17:1
BEA 27:15,20 28:5
  28:16,22 51:12,15
  54:14,23
bearing 27:19

51:15
beginning 9:5,7
belief 53:4
believe 5:23 19:18
  23:12 24:1,7
  25:12,19 35:25
  36:20 38:5 39:4
  41:15 43:23 45:24
  49:17,23 50:2
bell 11:20,21
benefits 33:14
best 10:25 11:7
  17:17 19:13 23:11
  35:21,23 40:10,19
  53:3
black 13:25
blocked 21:6
blocks 26:9
books 36:23 37:4
bottom 28:2
boundary 19:19
Bowery 20:4
box 26:4,19,22 27:4
  27:7,12 28:16,19
  28:23 29:1 30:5
boxes 49:11
branch 26:18 28:18
Bridge 3:2 4:23,24
  5:6,13 9:1
bring 24:19
Broadway 21:13
  22:13
broker 32:7 42:9
Brunswick 5:5,10
  6:9
building 10:14,15
  10:17 11:4,15
  12:13 19:8 25:22
business 4:7 5:1,7
  5:12,21 6:1 7:21
  8:4,5,9,9,12,15,18
  8:21,24 9:2,8
  12:21 13:1,11
  15:20 17:19 24:14
  32:5 34:6 37:20

38:3 41:4,10,19

**C**

C 2:1 3:1
called 3:3 6:24
Canal 9:15,16,19
  9:20 10:9 19:18
  19:24 20:2,4,8,10
  20:13,14 21:5,12
  26:7,12,16 28:17
  29:4 54:13
card 49:5 51:12,16
  54:22
cards 48:21,24 49:2
  54:20,21
carrier 17:11,15
  24:5,18 47:17,24
  48:10
case 3:14 35:22
  38:24 42:1,15
  47:4 49:3 50:8,14
cash 33:4,5,6,7
  42:24
cause 55:10
Center 20:22 21:3
  21:6
CERTIFICATE
  55:1
certified 24:8,11,15
  48:20,23 49:2,7
  54:20,21
certify 55:7,12
Chang 35:18 37:18
  41:2 43:8,11,20
  44:12 50:23 51:3
  51:18
changed 51:4
changes 53:5
Charles 40:25 41:3
  50:10,12,18
check 31:13,17
  32:15,17,20 33:4
  33:7 36:7,8 42:17
  50:15
checkbook 31:13

:hecks 31:16 32:20
  43:2
Chen 11:19
Cheng 1:14 3:11,22
  4:3,3,11 9:24
  20:17 21:20,22
  22:6 26:11 27:14
  30:9,14 31:18
  32:9 46:21,22
  47:3 48:19,22
  51:10 53:1,10
  54:4,6,18
Cheng's 3:25
Chinatown 9:12
  12:1
Chu 11:22
City 6:24 19:6
Civil 1:6,15 52:10
claimed 46:18,18
closed 20:3
closing 41:25 42:5
  42:7,14,17,20,24
  43:2,7,16,25 44:2
  44:3 50:13,24
closings 42:9
College 7:3,6,11
  46:8 51:19,24,25
come 44:7
commercial 8:5,9
  32:7 37:17
commission 53:17
  55:21
commissioned 55:7
communications
  37:16 40:25
company 13:20
  38:25 41:1,19,23
Compensation
  33:9
complex 6:24
computer 35:1,1,4
computers 34:9,11
  34:13,16,19,22
concern 37:17 41:1
concerning 35:17

37:16 40:24 55:10
concluded 52:11
condition 25:8,9
conditioning 4:16
conference 14:14
confused 45:9
confusing 45:8
confusion 45:8
Connecticut 1:1,17
  1:19 3:7 55:2,7
connection 35:19
consideration 4:6
contact 39:18 41:6
  41:9
contains 14:13
control 27:19 28:1
  28:4,21 51:15
controversy 55:10
conversation 39:7
  39:16 40:8,11
  45:25 50:21
conversations
  39:11
copies 32:15 49:1
corner 28:10
Corp 37:17
corporation 32:1,4
correct 46:12 49:12
  51:7
corrected 29:12
Correction 53:6
counsel 55:13,14
county 16:10 55:3
  55:7
couple 18:22
course 4:7 18:24
COURT 1:1
courtroom 4:12
covered 33:10
CRR 55:19
CSR 55:20
CT 2:4,8
curiosity 40:3
current 4:25 5:1,2
  35:1

C-H-A-N-G 35:19

D

D 1:13
Dadourian 31:25
daily 17:1
data 34:25
database 35:4
dated 31:25 49:14
dates 40:17
David 38:7,8 39:4
Davis 38:8
day 13:3 17:2 29:6
  53:13 55:16
days 17:4
deal 18:9 38:6,11
dealings 38:21
dealt 17:9
Dean 42:20
deduction 15:20
defendant 2:6 39:9
DEFENDANTS
  1:8
deliver 18:1 47:18
delivered 16:20,24
  17:10,14,20,25
delivery 47:17
deposit 26:4,19,22
  27:4,7,12 28:16
  28:19,23 29:1
  30:5
deposition 1:14
  3:15 4:14 30:8,11
  52:11 53:2 54:15
  55:8,11,13
describe 10:13
  13:24 14:12
description 31:21
  54:7
designation 47:11
desk 12:15,19,20
  13:10,15 14:14
  18:4 24:6,9,18,19
  47:18,18,24 48:1
  48:11,13 49:19,23

different 10:17
  51:20
Direct 3:9 54:5
directed 47:13
directions 9:18,22
directive 19:6
directory 13:22,25
  14:6,8 47:19,23
disburse 43:1
discarded 34:8,21
  35:2
discuss 50:10,12
discussed 50:18
discussion 3:17
  50:22
DISTRICT 1:1,1
document 22:3,4,7
  27:24 30:13,15
  31:8,11 51:14
  54:16
documents 27:6,15
  27:18 30:1 31:1,4
  31:12,19,20 33:18
  33:20 35:5,17
  37:2,15 40:24
  54:14,17
doing 8:12 24:14
  41:4
door 12:15,19
doubt 28:25
downstairs 17:21
  17:22 18:1,1,3
Dr 12:3
Drive 7:3,6,11 46:8
  51:20,24,25
drop 24:18 47:17
dropped 47:24
  48:10
duly 3:4 55:6,9
d/b/a 32:1

E

E 1:13 2:1,1 3:1
earlier 27:19 29:25
  32:24 47:16

east 21:13 22:13
  26:2,5,18,25 27:5
  27:9,19 28:16
  29:3,23 44:8,17
  44:21 46:4,8
  51:15,18
Edison 7:3,6,11
  46:9 51:20,24
either 20:12
elevator 12:16
elevators 12:17
Eleven 49:3
Elizabeth 5:15,16
  5:18,22 6:2 8:25
  8:25 9:8,14 10:1,4
  10:7,13,16,19
  12:14 16:20,25
  17:15 18:20 19:1
  24:4 25:21 29:6
  29:10 34:5 48:11
  48:16 49:19 54:8
employed 13:17
  32:25 55:13,14
employee 15:11
  33:2,4 55:14
employees 14:18
  35:9
encumber 4:4
engaged 8:21
engaging 4:5
ensure 47:12
Enterprises 12:1
entity 15:4,19 32:3
  32:5
entranceway 10:16
entries 32:15
Esq 2:5,9 54:5
estimate 10:25 11:8
  et 1:4,7
events 18:25
exactly 7:15 9:11
  13:21 40:4
EXAMINATION
  3:9 54:2
examined 3:7

:xample 17:4
excerpt 21:18,21
  54:11
exclusively 8:19
execute 3:22
Exhibit 9:24 10:3
  19:15 20:17,21,23
  21:17,18,20,22
  22:12,18 26:11,15
  26:18 27:14,18
  29:9,24 30:8,9,13
  30:14 31:5,7,17
  31:18,22,24 32:14
  33:16 35:16 37:19
  40:23 46:21 47:3
  48:19,22 49:18,18
  51:10,14 54:7
Exhibits 30:19 49:1
  49:12 54:6,24
expect 36:21
expires 53:17 55:21
Explain 17:24
Export 32:1
express 40:3

F
faced 22:22
fact 27:8 48:15
fair 17:5 19:10 25:7
FAIRFIELD 55:3
false 46:19,20
familiar 38:13,15
  51:23
far 13:17,19 17:20
  17:25 20:15
FBI 46:12,14
February 6:21
federal 1:15 15:8
  22:22
fee 42:10,14 43:5
  44:5,7
feel 19:15,16 23:1
feelings 40:5
fees 36:21
feet 14:15,17

FICA 15:8
fifth 10:20,22 11:13
  11:19
files 35:3
Financial 32:2
financially 55:15
find 33:20 35:7
  37:10
Finish 52:5
first 3:4 22:3,21
  23:8 25:17 27:11
  43:14 51:8
five 10:24 11:9 41:8
five-story 10:15
Fleet 25:25
floor 10:18,22 11:2
  11:6,6,11,13,19
Fogerty 2:9 3:17,20
  4:9 13:2,6 18:22
  22:2,7 24:21,24
  28:6 31:10 38:16
  49:25 52:5,8
follow 39:25
follows 3:8
foregoing 53:1
form 24:21 32:21
  49:25
forwarded 47:12
Frank 2:5 3:13
  54:5
free 19:16 23:1
Freehold 41:16,17
frequently 16:19
  16:24
friend 7:20
further 55:12,14

G
G 3:1
GBC 32:1,2,8
GBC's 32:3
generally 12:20
  13:11
gentleman 38:7
  41:4

getting 17:5 50:18
give 5:12 11:17
  18:9,11 28:1
  29:25 40:17,20
  41:9
given 13:3 53:2
  55:11
go 17:4 18:7 19:9
  19:14,20 27:11
  42:3,5,7 44:8
goes 42:13
going 3:17 11:17
  19:4 20:7 22:3
  24:2 42:8 50:23
good 3:11,12 20:2
gotten 42:16
Govern 40:25 41:3
  41:7,10,24 42:3
  50:10,12,18
guess 31:21 45:25

H
H 3:1,1
HALLORAN 2:7
hand 55:16
happen 4:15 7:19
happened 18:23
  46:1
Haven 55:7
health 22:23
hear 4:15
help 9:23 19:16
helps 26:25
hereunto 55:16
Hester 9:20,22
his/her 55:9,10
Hold 22:2
holding 30:21
home 11:24 33:24
Honestly 18:16
hours 12:21 13:1
  13:12
house 6:23
Howard 12:3

I
ID 54:8,10,11,12,13
  54:14,15,16,17,18
  54:20,21,22
idea 44:23
identification 9:25
  20:18 21:21,23
  26:12 27:15 30:10
  30:15 31:19 46:22
  48:20,23 51:11
identified 31:1
implemented 25:20
  25:21
incident 13:4 18:23
income 15:8 36:13
  37:5
incorrect 29:11
INDEX 54:1
information 39:14
  41:9
inside 10:17
insurance 1:4
  33:10
interested 55:15
introduced 7:20
involved 35:22 42:1
involving 36:22
issue 3:21
items 50:16

J
J 3:1
January 5:14 6:15
  6:17
Jersey 3:2 4:24 5:5
  6:19,22,24 7:3,6
  7:12 16:10,16
  34:5 41:16,17
  46:9 51:20,24
John 1:14 32:9
  46:22 53:1,10
  54:4,18
Judge 3:21
judgment 3:24
Judy 11:19
July 5:8 6:5

June 31:25 46:23
  54:18

K
Katalin 7:8 45:23
Kate 45:14
Katie 42:5 44:16,19
  44:24 45:3,6,18
  46:3 51:7,21
Katie's 46:15
keep 40:6 44:4
knew 13:18,19
know 4:17,20 7:8
  7:14,19,25 9:18
  10:23 13:4,16
  16:15 17:20,25
  18:14,19 20:15
  21:9,15 24:11
  29:5 40:13,16
  41:11,12,13 44:23
  46:2,6 49:21
  51:22
knowledge 53:4
  55:9
known 7:5
K-A-I-T-L-I-N
  51:9
K-A-T-A-L-I-N 7:9

L
landlord 13:17
Lane 6:17
late 38:1 41:5
law 1:16
lawsuit 29:25 37:18
  39:1,2 40:13 41:2
lawyer 42:19,21,23
  43:1
lease 14:16 25:8,10
  28:15 31:9,12,13
  31:25
ledger 31:13 32:15
  32:17,20
Lee 12:5 26:24 27:8
  35:18 36:9,23
  37:17 41:2 43:4

44:4,15 45:13,18
45:24 46:3,7
50:22 51:3,17,19
**Lee's** 46:11
**left** 28:10
**length** 19:24 20:1
**Lenny** 38:11
**letter** 17:10,14 24:5
24:15,18 47:23,24
48:10,10
**letters** 24:12
**Let's** 31:9 48:8
**levee** 3:25 4:2
**Levett** 1:16 2:3
**liability** 32:4
**license** 1:18 55:20
**lifted** 21:13
**limited** 1:7 32:4
**limits** 20:16
**Line** 54:3,7
**list** 6:13 13:25
50:15 51:2
**listed** 28:17 31:4
46:8
**listening** 29:17
**litigation** 27:19
40:1
**little** 12:1 45:8
**live** 7:11
**lived** 7:5 25:13
**lives** 41:12
**LLC** 32:1,2,3,8
**LLP** 2:7
**loan** 35:20 36:22
41:25 50:7 51:4,5
**loans** 42:9
**lobby** 12:14,15
13:10,15,22 47:20
49:19,24
**located** 16:9
**location** 10:4 26:16
26:17 34:2
**Locksley** 6:17
**long** 5:6,9 18:12,13
37:20 39:17 43:7

43:19
**look** 27:20 33:17,21
37:7
**looked** 33:19
**looking** 19:15 23:6
**Louis** 12:3
**lower** 22:13,20

**M**

**mail** 16:19,24 17:2
17:5,10,14,18,19
18:2 24:3,8,18
47:17 48:15,21,24
49:2,7 54:20,21
**mailboxes** 17:22
**maintain** 15:6
33:23 34:1 39:18
**maintained** 7:2
**making** 4:16
**Manalapan** 6:19
**Manhattan** 20:19
20:22 22:13,21
54:10
**map** 10:5,11 19:16
26:16
**Mapquest** 9:25
10:3 20:18,21
26:12,15 54:8,10
54:13
**Margaret** 26:24
27:8 35:18 36:9
36:23 37:17 41:2
43:4 44:4,15
45:13,18,24 46:3
46:7,11 50:22
51:3,17,19
**mark** 30:7 31:9
**marked** 9:24 20:17
21:20,22 26:11
27:14 30:9,14
31:18 46:21 47:2
48:19,22 51:10
**Marlboro** 16:16,17
**marshal** 49:2
**matter** 3:19

**matters** 55:10
**mean** 13:7 18:3
45:5
**meant** 45:6,13
**meet** 43:11,20,22
45:6
**meetings** 44:13
**members** 32:8
**mentioned** 29:24
39:2
**met** 43:8 45:13,18
45:22
**Metuchen** 3:2 4:24
5:7,13 6:5
**middle** 10:5
**mind** 51:4
**mine** 7:20
**missed** 37:13
**misspoke** 31:15
**Mm-hm** 47:21
**moment** 27:20
**moments** 18:22
**Monday** 22:25
23:17,19
**Mondays** 23:20
**Monmouth** 16:10
**Montgomery** 42:20
**month** 26:24
**months** 40:15,21
43:21,24 44:1,1
**morning** 3:11,12
**mortgage** 8:5,8,9
8:18 36:22 41:1,1
41:22,25 43:15
50:7,13 51:5
**mortgages** 32:7
41:12
**motion** 3:23
**Mott** 20:7
**move** 6:1
**moved** 6:4,21,23,25
34:4,7
**Mulberry** 20:10
26:7
**multiple** 31:12

**N**

**N** 1:13 2:1 3:1,1
**name** 3:13 8:7,8,10
8:13,16,19 9:2
11:10,14,19,21
14:6,8,24 35:13
35:15 38:7,13,16
41:19,21,22 42:22
47:22 51:8,17
54:3
**named** 7:8 39:8
**names** 11:17 13:14
13:16 14:1,2
**Nancy** 35:18 37:18
41:2 43:8,11,20
44:12 50:23 51:3
51:17
**NATIONAL** 1:4
**necessary** 47:12
**need** 50:10
**needed** 18:10 24:8
**neighborhood**
19:10
**neither** 55:12
**never** 24:11,14
25:15 49:6
**new** 3:2 4:24 5:4,5
5:9,15,15,16,16
5:22 6:9,19,22 7:3
7:6,12 9:8 10:5
16:10,16 19:6
21:18,23 22:18
26:17 34:5,7
41:16,17 46:9
51:20,24 54:12
55:7
**NEWTOWN** 55:3
**noise** 4:16
**north** 9:17 10:9,11
19:17,24 20:14
**notarial** 55:16
**notary** 1:18 3:6
53:16 55:6,20
**noted** 53:5
**notice** 29:25 30:8

30:10 54:15 55:8
**November** 5:11
6:15,23,25 26:22
**number** 8:1 28:4
28:22 44:20,24
45:1,4 46:3,15
47:11,25 48:12,17
52:1
**numbers** 14:4
27:20 28:1 51:15

**O**

**O** 1:13,13 3:1
**oath** 4:12
**object** 24:21 25:4
49:25
**objected** 25:15
**occasions** 45:24
**occurred** 21:7
40:11
**October** 43:16,19
55:21
**office** 10:15,18
14:12,13,19 16:20
16:24 18:6,19,25
19:2,22 21:11
22:16 23:3,9,24
24:2,20 26:9 29:6
29:9 33:22 34:8
36:11 41:13 44:7
44:13 45:23 48:1
48:6,13
**offices** 1:16 10:17
14:14 18:2 34:4
47:14
**officials** 22:22
**off-site** 34:2
**Oh** 45:5,8
**okay** 4:17,18,21
6:20 10:10 23:18
24:24 25:7 27:22
28:8,12 38:2
40:22 42:13 43:18
45:15 47:15
**old** 1:4 3:14,24 35:2

Once 39:13
ones 34:23,24
open 18:9
opened 22:13 26:21
    26:23,25 44:16,20
    46:4,7 51:17
order 3:21
ordinarily 18:7
ordinary 4:7
originally 53:4

**P**

P 1:13 2:1,1,9
page 22:1,12 28:21
    32:14 47:6,10
    51:18 54:3,7
pages 27:24 28:2
    28:13 51:12 54:23
paid 15:2,15,21
    33:2,4 36:6
papers 49:4,5,7
Paradise 41:1,22
paragraph 31:5
    35:16 37:15,18
    47:10
part 4:3 20:2 29:24
    42:11
parties 55:13,14
pay 32:19 36:12
    42:23 44:5,7
payment 36:1
payments 31:14
    35:18,19
payroll 15:6
pedestrian 21:13
pedestrians 22:14
penalty 3:5
pending 3:23
people 12:9,11 19:9
    19:12 38:3
perjury 3:5
Perry 7:8,14 42:5
    45:7,14,18,23
Perry's 44:16,20,24

45:3 46:3 51:7,21
person 12:16,20,25
    13:11 18:1,1,3
    24:5,9,19 47:18
    48:1,5,12 49:18
    49:19,21,23 50:3
Personally 15:4
persons 13:14
    14:19
person's 35:13
pertinent 29:14,19
PH 16:1
phone 8:1 41:12
    44:20,24 45:3
    46:3,15
Photocopy 48:20
    48:23 54:20,21
Pier 6:24
place 39:17 55:8
plaintiff 2:2 4:1
PLAINTIFFS 1:5
please 4:17 10:14
    13:24 30:7
possible 17:6
post 2:8 18:19
posted 40:6
power 50:11,13,18
    51:1
practice 42:8
precludes 4:5
prepare 36:15,18
    36:24
previously 51:14
printout 9:25 10:3
    20:18,21 26:12
    54:8,10,13
prior 5:13 6:9
    34:25 43:21 44:2
    46:2,6
Probably 23:22
    36:11
Procedure 1:15
    52:10
proceeds 15:5
    42:24 43:2

produce 31:4
produced 27:18
    29:24 31:19,21
    51:14 54:17
producing 30:1
production 35:17
prohibited 19:4
properly 47:13
Properties 32:1,2,8
property 50:7
protect 42:10
provided 31:7
    33:19
public 1:18 3:6
    53:16 55:6,20
pulled 21:17
purports 10:4
    26:16
purpose 32:5
purposes 22:10
    36:13
pursuant 1:15
    52:10 55:8
put 27:6

**Q**

qualified 55:7
question 4:15,19,21
    5:20 6:11 13:7
    16:22 24:22,25
    29:13,14,19 32:23
    43:9 45:9,10 48:9
    49:22 50:17
questions 52:3
quite 10:23 20:3
quo 4:1

**R**

R 2:1
range 10:25 36:2
    40:21
read 22:3 23:1
    29:15,20 45:11
    46:11 47:8 52:6
    53:1
Reader 11:24

reading 23:1
really 40:16
reason 28:25 29:5
    42:11 49:17,23
    50:2
reasons 27:8
recall 13:13,14
    25:23 33:12 35:14
    39:6 40:4,8,16
    42:16 44:10 46:10
    50:20,25
receive 35:19 36:1
    48:15
received 24:5,11,14
    35:18 36:21 49:6
receptionist 14:21
    15:2,11,21 18:7
    18:12 25:18 32:19
    32:25 33:11,13
    35:11
receptionist's
    14:14,24 15:9
Recess 46:24
recipient 49:12
recognize 27:23
recollect 19:13
recollection 10:6
    11:7,18 17:17
    21:16 22:11,15
    23:2,6,12 27:1
    29:11 35:23 40:10
    40:19
Reconvened 46:25
record 3:17 55:11
recorded 37:5
records 15:6 28:22
    29:24 33:23 34:1
    34:6 36:23 37:4
reduced 55:10
reference 18:22
referring 19:15
    20:25 22:25 30:18
reflect 10:6
reflected 36:23
refresh 11:18 21:16

22:11,14 23:2
    27:1
regarding 31:13
register 31:17
related 27:8 33:20
    55:13
relating 30:3
relation 9:15
relationship 7:22
    26:1 37:21 38:3
relative 55:14
relying 43:4
remain 4:1
remember 6:22
    7:13,15 8:2 13:13
    13:21 15:1 18:13
    18:16 19:21,21
    20:9,12 21:10
    26:23 27:3,13
    33:8 35:25 36:9
    36:11 39:6,13,16
    42:4,6,19,21,21
    44:6,11 46:17
    48:18
remove 4:4
renting 28:15
repeat 5:20 16:22
    43:9 48:7
report 36:13
represent 3:13
Republic 1:4 3:14
    3:24
request 30:13,16
    31:4 33:20 35:5
    37:2,8 40:23
    54:16
requested 33:18
require 50:16
residence 4:25 5:2
    5:10 6:8 41:10
resolution 3:23
respect 3:18
respective 18:2
responding 37:7
response 31:7

Old Republic v. Bank of East Asia

responsive 35:5
37:2
restraining 3:21
restrictions 20:14
21:13
RETAINED 54:24
returns 36:16,19
36:24
Richmond 5:4,9
6:9,25
right 4:8 9:9,16,18
10:16 20:23,24
21:1,3 23:15
26:22 32:15 33:3
42:1,15 45:17,19
45:21 49:15
ring 11:20,21
risk 22:23
Riverside 1:16 2:3
RMR 55:19
Road 2:8
Rockwood 1:16 2:3
room 14:14
Rose 12:5
rules 1:15 52:10
rush 22:6
R&H 12:7

S

S 1:13 2:1
safe 27:4,7,11
28:16,18,22 29:1
30:5
safety 26:4,19,22
SAGE 2:7
salary 15:9
savings 51:11,16
54:22
saying 22:19 25:9
says 28:5 31:24
47:11 51:16
Schedule 35:16
seal 55:16
search 35:4
second 22:1,2,12

51:18
section 20:2
security 13:20
25:20,21
see 11:17 18:10
21:16 22:11 28:6
28:23 31:16 44:12
47:14
Seeing 22:14
seek 4:2
seen 7:24 30:18,20
30:22 33:16 40:24
sent 49:7
sentence 47:11
separate 43:2
September 5:23 9:5
9:7 12:23 13:1,3,4
13:10 14:20,25
16:19,21,23 17:15
17:18 18:23,24
21:19 22:12,24,25
23:8,13,14,15,16
23:17,19,20 25:17
25:22,24 26:2,5
27:12 28:23 29:1
29:4,10 32:24
33:10,14 43:16,19
series 31:16
served 18:19
service 49:2
Services 32:2
set 52:5 55:16
seven 30:20,22 47:6
Sewald 16:2 36:15
36:18,24 37:1
Sheet 53:6
show 10:4 21:2
26:16
showing 20:22
22:10
shown 20:23,24
shut 19:9
side 19:17,24 20:23
sign 24:9 52:7
signature 27:23

28:2,9,13 47:6
51:11,16 54:22
signatures 49:9,11
signed 24:9 47:4,8
49:14,18
significant 22:23
Silvestri 2:5 3:10
3:13,16 4:10 10:2
13:5,8,9 20:20
21:25 22:5,9
26:14 27:17 30:7
30:12,17 31:15,20
31:23 38:18,20
47:1 48:25 51:13
52:2,6,9 54:5,24
Sinowest 8:6,10,16
8:19 9:3 10:21
11:6 14:10,15
15:5 17:14 23:10
24:4,10,14 32:2
32:18,19,25 33:9
33:23 34:1,4,6,9
34:11 47:13,25
48:11,16 49:6
Sinowest's 10:18
14:6,12 47:22
six 11:9 41:8
small 12:15
Smart 12:9,11
social 7:21,23
Solinsky 38:11,19
somebody 12:20
49:9,14
someplace 37:12
Somerset 6:22
sorry 5:20 6:19
12:10 16:14 20:25
24:23 29:17 32:22
37:24 45:2
sort 12:14 19:23
37:20 44:4
sound 38:15
sounds 38:13
south 20:13 21:5,12
specific 6:10 39:7

40:8,17,20
specifically 6:22
23:4 50:17,20,25
specifics 46:17
spell 38:9
spelling 51:7
square 14:15,17
SRU 1:6
SS 55:3
staffed 13:11,15
stand 29:12
stapled 31:11
star 10:5 26:17
start 3:14 8:12
started 18:14 24:2
40:13
starting 5:13 6:7
37:25
starts 22:19 28:16
State 1:18 3:6 55:2
55:7
stated 51:19
statement 46:11
STATES 1:1
status 4:1
Stephen 2:9 15:25
33:19
Steven 16:3
Stockmal 1:17 3:5
55:6,19
stopped 18:15
streamed 22:20
Street 3:2 4:23,24
5:4,6,9,13,15,16
5:18,22 6:2,9 7:1
8:25,25 9:1,8,14
9:22 10:1,4,7,13
10:16,19 12:14
16:20,25 17:15
18:20 19:1,18,24
20:2,4,7,10,13,23
20:24 21:1,2,5
24:4 25:22 26:7
26:13,17 28:17
29:4,6,10 34:5

48:11,16 49:20
54:9,13
streets 21:3
struck 45:25
stubs 31:16
stuff 21:17
Suarez 38:7,9 39:4
39:12,15,19 40:1
subject 50:7
Subscribed 53:12
sued 38:24
suggest 44:15,19
suite 14:4,10,13
17:13,15 47:11,25
48:12,17
Sunday 22:12
supervision 55:11
supplemental
30:12,15 31:3
40:23 54:16
sure 4:20 9:21
16:23 42:13 44:5
48:8
sworn 3:4 53:12
55:9
system 24:17 35:1,1
47:16
S-E-W-A-L-D 16:2
S-O-L-I-N-S-K-Y
38:18
S-T-E-P-H-E-N
16:3
S-T-E-V-E-N 16:3

T

T 1:13
tabs 44:4
take 15:20 21:4
22:5 27:20 48:1,5
48:13
taken 1:14 46:24
52:10 55:13
talk 15:22 41:11
talking 10:24 12:23
13:2 18:24

:ax 15:8 36:12,13
   36:15,18,24
taxes 15:20
TCRM 37:16,17,21
   38:4,6,22,24
   39:22 50:16 51:1
telephone 41:10
tell 5:2 6:8 8:4 9:11
   21:15 33:17 38:9
   38:23,25 39:5,8
   45:3,5 51:3
ten 10:25 43:2
tenants 10:21 11:10
   11:14 14:2 47:19
terminate 31:8,12
   31:25
terrorist 22:22
testified 3:7
testify 55:9
testimony 47:23
   48:3 49:6 53:2
   55:10,11
Thank 52:3,4
thereto 55:14
things 25:10
think 7:16 20:1,2
   34:24 37:12 41:20
   41:22 45:8 48:2
   49:13
third 23:12,14,15
thought 45:6,13,15
thousands 22:20
three 44:1
time 4:14 6:7 7:24
   8:3 13:1 19:3,12
   22:5,21 23:8
   24:13 25:17,19
   38:3,21 39:17
   40:5,21 41:6,15
   43:8,24 52:3 55:8
times 21:19,23
   22:19 43:22 54:12
TITLE 1:4
today 34:13,16
   35:9 37:23

told 18:4 24:3
   32:24 33:2,16
   39:3,15 40:1
   44:13 45:1 46:14
   46:16 47:16,19
top 10:11
touching 55:9
town 6:18 16:13,15
trade 8:7,8,10,13
   8:15,19 9:2 20:22
   21:3,6
Trading 12:7
transaction 35:20
   36:22 51:5
transactions 4:6
transcribed 53:4
transcript 53:2
transfer 4:4 34:25
true 53:3 55:11
truth 55:9,9
try 38:2 48:8
trying 40:18
Tuesday 1:19 22:24
   23:16
twice 39:13 43:23
two 8:25 14:13 26:9
   37:22,22,23,25
   44:1,12 51:12
   54:23

_____

U
Underhill 3:21
understand 3:20
   4:11,19 6:12
   32:23 40:18
understood 4:21
   25:6
uniform 13:20
unit 4:16 5:4
UNITED 1:1
unusual 17:7
upper 28:9
use 44:15,19

_____

V
V 1:17 3:5 16:1

55:6,19
vacate 3:24
various 10:16
Viktoria 1:17 3:5
   55:6,19
visit 28:22
visited 29:1
vs 1:6
V-E-N 16:4

_____

W
wages 15:15,21
walked 12:13
want 6:13 13:6
   22:6 51:4,5 52:6
warehouse 34:2
wasn't 19:8 20:13
   21:5 29:17 50:23
way 20:7 24:3 25:6
   25:10,13 29:23
wear 13:20
Web 21:17
week 17:5 21:14
   23:12,14,15 24:1
weeks 19:13 23:5
went 23:9 41:25
weren't 19:9
West 2:8 20:23
   21:1
Westport 1:17 2:4
   2:8
we're 12:23 18:24
we've 3:23
When's 25:17
WHEREOF 55:16
Wikipedia 21:18
   21:21 54:11
withdraw 43:10
withdrawn 9:6
   14:18 17:9,13
   31:2 36:12 39:24
   41:24 49:10 50:11
withhold 15:8,17
witness 3:3 4:12
   24:23 25:1 28:7

29:16,21 45:12
   50:1 52:4 54:3
   55:8,11,16
woman 7:8
word 21:4
words 19:8
wore 13:21
work 18:12 25:18
worked 14:19
   17:24 25:6,10
workers 22:20 33:9
working 14:25
World 20:22 21:3,6
   40:25
wouldn't 17:4 29:5
   48:1
write 33:6
writing 55:10
Wu 11:22

_____

X
X 1:3,9

_____

Y
Yana 35:14
yeah 6:15 19:11
   28:11 31:15 36:20
   37:22 44:1
year 18:17 46:2,6
years 37:22,22,23
   37:25 41:8
Yep 49:16
yesterday 22:21
York 5:15,16,16,17
   5:22 9:8 10:5
   19:6 21:18,23
   22:18 26:17 54:12
Y-A-N-A 35:14

_____

$
$100,000 36:2
$50,000 36:4

_____

#
#00251 1:18 55:20

_____

0
0029 51:12,15
   54:23
0030 51:16
01 34:23
0169 27:15,20 28:8
   54:14
0170 28:22
0173 27:16,20
   54:14
02 6:5
04 6:16
06880 2:4,8
08840 3:2
08901 5:5

_____

1
1 9:24 10:3 13:10
   17:16 19:15 31:5
   54:8
1st 13:3 16:19,21
   16:23 17:19
1,000 14:17
10 46:21 47:3 54:18
   54:22
10th 23:17,20
10:00 1:19
11 23:8 48:19 49:1
   49:12,18 54:13,20
11th 18:24 23:16
   25:17,22 27:12
11:17 46:24
11:24 46:25
11:36 52:12
12 31:25 48:22 49:1
   49:4,12,18 54:21
123 51:19,23
13 51:10,14 54:22
14 54:14,16
15th 55:16
16 22:12
169 28:9
17 22:25 54:10
17th 23:21
171 28:16

Old Republic v. Bank of East Asia

**172** 28:14
**173** 28:14
**18** 21:19 22:24
  54:17
**19** 7:15 54:20
**1996** 5:23 8:14
**1997** 38:5
**1998** 5:14 6:8,14
  7:16,18 8:3,22
  26:22 34:11,14,22
  36:18 38:5 43:17
  43:19
**1999** 5:25 6:21

___
**2**
**2** 20:17,21,23 47:10
  54:10
**20** 5:15,18,21 10:24
  54:10,11
**2000** 8:22
**2001** 8:3 9:5,7
  12:23 13:1 14:20
  14:25 16:21,23
  17:16,19 18:23
  21:19 23:9 25:24
  26:2,5 28:23 29:1
  29:4,10 32:25
  33:10,14 34:17,20
  36:15 40:14
**2002** 5:8 31:25
**2003** 6:23,23
**2004** 5:11 6:25
**2006** 1:19 46:23
  53:3,13 54:19
  55:17
**2010** 55:21
**202** 26:16 28:17
  29:4
**21** 28:23 29:1,4,10
  54:11,12,18
**22** 54:12,21
**24** 54:8
**24th** 23:21,22,23
**26** 54:13
**27** 54:14

___
**3**
**3** 21:17,20 22:12
  54:5,11
**3rd** 23:19,20
**3:01CV1772** 1:6
**30** 10:24 11:1,4
  54:15,16
**3002** 5:4
**31** 54:17
**315** 2:8
**33** 1:16 2:3
**36** 3:2 4:24

___
**4**
**4** 21:18,22 22:18
  54:12
**40** 5:16 6:1 9:8 10:4
  10:6,13,18 12:13
  16:20,24 17:15
  18:19 19:1 24:4
  25:21 29:6,9
  48:11,15 49:19
**46** 54:18
**48** 54:20,21

___
**5**
**5** 26:11,15,18 46:23
  47:10 54:13,18
**508** 14:10 17:13,15
**51** 54:22

___
**6**
**6** 27:14,18 29:9,24
  35:16 54:14

___
**7**
**7** 6:17 30:8,9,19,21
  31:7 33:16 35:16
  37:15,18,19 54:15
**732-287-4344** 8:1

___
**8**
**8** 1:19 30:13,14,19
  30:23 31:5 37:19
  40:23 53:3 54:16

___
**9**
**9** 31:17,18,22,24
  32:14 54:5,8,15
  54:17
**9/18/01** 21:24 54:12
**9/24/01** 49:15
**90s** 38:1 41:5
**98** 6:15,17 34:23
**99** 6:2

- Page 53

```
 1              I, JOHN CHENG have read the foregoing

 2    transcript of the testimony given at my deposition on

 3    August 8, 2006, and it is true and accurate to the best

 4    of my knowledge and belief as originally transcribed

 5    and/or with the changes as noted on the attached

 6    Correction Sheet.

 7

 8

 9    _____

10              JOHN CHENG

11

12              Subscribed and sworn to before me this

13    ___19___ day of ____September_____

14

15    _____

16                   Notary Public

17    My commission expires: _____
```

JILNA PATEL
Notary Public
State of New Jersey
My Commission Expires Sep 8, 2009

9/8/09

## ERRATA SHEET

**CAPTION:** OLD REPUBLIC VS. BANK OF ASIA LIMITED, ET AL
**DEPOSITION OF:** JOHN CHENG
**DATE OF DEPOSITION:** AUGUST 8, 2006

In order to make this deposition more nearly conform to the testimony, the deponent wishes to make the following changes:

| PAGE | LINE | NOW READS | SHOULD READ |
|------|------|-----------|-------------|
| ____ | ____ | _SEE ATTACHED_ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |

In responding to questions from Page 16, Line 19 through Page 18, Line 21 about the receipt and distribution of mail at my office at 40 Elizabeth Street, I was mistaken in my answers. Instead of addressing 40 Elizabeth Street and the way mails were delivered at that building, I erroneously gave answers to how mails were delivered at 20 Elizabeth.