# AGREEMENT TO TERMINATE LEASE

*Dated: June 12, 2002*
*Between: Dadourian Export Corporation*
*and GBC Properties LLC, dba Sinowest Financial Services*

Agreement to Terminate Lease made this *12th* day of *June, 2002* between *Dadourian Export Corporation*, 168 Canal Street, New York, New York 10013 ("Landlord") and *GBC Properties LLC, dba Sinowest Financial Services*, ("Tenant").

## *WITNESSETH*

WHEREAS, Landlord and Tenant entered into a lease agreement dated *May 19, 1999*, (the "Lease") whereby the parties agreed that Landlord would lease to Tenant the *Suite 508* in the building known as *40-42 Elizabeth Street*, City of New York, County of New York and State of New York (the "premises");

WHEREAS, it is the intention of the Landlord and Tenant to hereby *terminate the Lease* (and the tenancy created by the Lease to the Tenant) on *July 31, 2002*;

Tenant agrees that all rent and additional rent thru the date of termination shall be paid.

WHEREAS, the *security deposit of $9,652.45 plus interest* referred to in the Lease shall be returned to the Tenant, within ten (10) days of Tenant's delivery of the premises to Landlord provided the premises is delivered to the Landlord in satisfactory broom-cleaned condition, normal wear and tear notwithstanding.

Tenant hereby indemnifies Landlord against all loss, liability, damages or costs incurred by Landlord (including reasonable attorney's fees) arising from, or as the result of, Tenant's removal of the Remaining Personal Property.

*Dadourian Export Corporation*

_____
Landlord

*GBC Properties, LLC, d/b/a Sinowest Financial Services*

_____
*Linda Cheng – Managing Member*
*Tax ID # 13-3903949*

Date: _____

**Check 1579**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE: 10-4-99

PAY TO THE ORDER OF: D G HART MANAGEMENT    $2938.00

Two Thousand Nine Hundred Thirty Eight _____ DOLLARS

Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816

FOR: _____

⑈001579⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000293800⑈

---

**Check 1529**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE: 5/21/99

PAY TO THE ORDER OF: D.G. HART MANAGEMENT    $3850.00

Three Thousand Eight Hundred Fifty _____ DOLLARS

Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816

FOR: Construction Deposit

⑈001529⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000385000⑈

---

**Check 1527**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE: 5/19/99

PAY TO THE ORDER OF: D G HART MANAGEMENT INC.    $11,732.00

Eleven Thousand seven Hundred thirty two _____ DOLLARS

Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816

FOR: Security Deposit

⑈001527⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0001173200⑈

**Check 1619**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE: 1/3/00

PAY TO THE ORDER OF: D.G. HART MANAGEMENT INC    $2938.00

Two Thousand Nine Hundred Thirty Eight — DOLLARS

Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816

FOR: 8M

⑆001619⑆ ⑈021200339⑈ 20172 26897⑊    ⑆0000293500⑆

---

**Check 1605**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE: 12/5/99

PAY TO THE ORDER OF: D.G. HART    $2938.00

Two Thousand Nine Hundred Thirty Eight — DOLLARS

Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816

FOR: Unit 508 - 40 Elizabeth

⑆001605⑆ ⑈021200339⑈ 20172 26897⑊    ⑆0000293800⑆

---

**Check 1596**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE: 11/2/99

PAY TO THE ORDER OF: D.G. HART MANAGEMENT INC    $2938.00

Two Thousand Nine Hundred Thirty Eight — DOLLARS

Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816

FOR: Unit 508 - 40 Elizabeth

⑆001596⑆ ⑈021200339⑈ 20172 26897⑊    ⑆0000293800⑆

**Check 1662**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE 4/4/00

PAY TO THE ORDER OF: D. G. HART MANAGEMENT    $2,938.00

Two Thousand Nine Hundred Thirty Eight — DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR: #508

⑈001662⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000293800⑈

---

**Check 1648**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE 3/3/00

PAY TO THE ORDER OF: D G HART MANAGEMENT    $2938.00

Two Thousand Nine Hundred Thirty Eight — DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR: Unit 508

⑈001648⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000293800⑈

---

**Check 1638**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE 2/2/00

PAY TO THE ORDER OF: D. G. HART    $2938.00

Two Thousand Nine Hundred Thirty Eight — DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR: 2/1/00  unit 508

⑈001638⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000293800⑈

**Check 1717**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE: 7/5/00

PAY TO THE ORDER OF: D G HART MANAGEMENT    $3526.26

Three Thousand Five Hundred Twenty Six 26/100 DOLLARS

Fleet, East Brunswick Office, East Brunswick, New Jersey 08816

FOR: 7/1/00 rent

⑈001717⑈ ⑆021200339⑆ 20172 26897⑈   ⑈00000352626⑈

---

**Check 1701**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE: 6/5/00

PAY TO THE ORDER OF: D G HART MANAGEMENT INC    $2938.00

Two Thousand Nine Hundred Thirty Eight DOLLARS

Fleet, East Brunswick Office, East Brunswick, New Jersey 08816

FOR: ___

⑈001701⑈ ⑆021200339⑆ 20172 26897⑈   ⑈00000293800⑈

---

**Check 1688**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE: 5/3/00

PAY TO THE ORDER OF: D G Hart    $2938.00

Two Thousand Nine Hundred Thirty Eight DOLLARS

Fleet, East Brunswick Office, East Brunswick, New Jersey 08816

FOR: May 2000 Rent

⑈001688⑈ ⑆021200339⑆ 20172 26897⑈   ⑈00000293800⑈

**Check 1770**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013
55-33/212
DATE 10/5/00
PAY TO THE ORDER OF: D.G. HART MANAGEMENT    $3,084.90
Three Thousand Eighty Four ------- 90/100 DOLLARS
Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816
FOR: #508
⑈001770⑈ ⑆021200339⑆ 20172 26897⑈    ⑆0000308490⑆

**Check 1754**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013
55-33/212
DATE 9/5/00
PAY TO THE ORDER OF: D G HART Management    $3084.90
Three Thousand Eighty Four ------- 90/100 DOLLARS
Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816
FOR: 508
⑈001754⑈ ⑆021200339⑆ 20172 26897⑈    ⑆0000308490⑆

**Check 1732**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013
55-33/212
DATE 8/3/00
PAY TO THE ORDER OF: D.G. HART MANAGEMENT    $3084.90
Three Thousand Eighty Four ------- 90/100 DOLLARS
Fleet
92770 East Brunswick Office
East Brunswick, New Jersey 08816
FOR: 508
⑈001732⑈ ⑆021200339⑆ 20172 26897⑈    ⑆0000308490⑆

**GBC PROPERTIES, LLC**
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

1819
55-33/212

DATE 1/3/00

PAY TO THE ORDER OF: DG HART MANAGEMENT    $3,084.90

Three Thousand Eighty Four ———————————— 90 DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR #508

⑈⑈001819⑈⑈ ⑆021200339⑆ 20172 26897⑈⑈         ⑈⑈0000308490⑈⑈

---

**GBC PROPERTIES, LLC**
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

1805
55-33/212

DATE 12/5/00

PAY TO THE ORDER OF: DG HART MANAGEMENT    $3084.90

Three Thousand Eight Ten ———————————— 90 DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR #508

⑈⑈001805⑈⑈ ⑆021200339⑆ 20172 26897⑈⑈         ⑈⑈0000308490⑈⑈

---

**GBC PROPERTIES, LLC**
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

1785
55-33/212

DATE 11/3/00

PAY TO THE ORDER OF: DG HART    $3084.90

Three Thousand Eighty Four ———————————— 90 DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR #508

⑈⑈001785⑈⑈ ⑆021200339⑆ 20172 26897⑈⑈         ⑈⑈0000308490⑈⑈

**Check #1865**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE: 4/5/01
PAY TO THE ORDER OF: D G HART MANAGEMENT — $3084.90
Three Thousand Eighty Four — DOLLARS
Fleet — 92770 East Brunswick Office, East Brunswick, New Jersey 08816
FOR: #84

"001865" ⑆021200339⑆ 20172 26897"    "0000308490"

---

**Check #1848**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE: 3/6/01
PAY TO THE ORDER OF: D G HART MANAGEMENT, INC — $3084.90
Three Thousand Eighty Four — DOLLARS
Fleet
FOR: Unit #508

"001848" ⑆021200339⑆ 20172 26897"    "0000308490"

---

**Check #1838**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

DATE: 2/5/01
PAY TO THE ORDER OF: D G HART MANAGEMENT — $3084.90
Three Thousand Eighty Four — DOLLARS
Fleet
FOR: Unit 508

"001838" ⑆021200339⑆ 20172 26897"    "0000308490"

**Check 1922**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013
DATE: 7/6/01
PAY TO THE ORDER OF: D G HART MANAGEMENT
$3810.95
Three Thousand Eight Hundred Ten
Fleet — 92770 East Brunswick Office, East Brunswick, New Jersey 08816
FOR: _____
⑈001922⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000381095⑈

**Check 1904**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013
DATE: 6/4/01
PAY TO THE ORDER OF: D G HART MANAGEMENT
$3084.90
Three Thousand Eighty Four
Fleet — 92770 East Brunswick Office, East Brunswick, New Jersey 08816
FOR: Unit #508
⑈001904⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000308490⑈

**Check 1885**
GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013
DATE: 5/3/01
PAY TO THE ORDER OF: D G HART MANAGEMENT
$3084.90
Three Thousand Eighty Four
Fleet — 92770 East Brunswick Office, East Brunswick, New Jersey 08816
FOR: #508
⑈001885⑈ ⑆021200339⑆ 20172 26897⑈    ⑈0000308490⑈

**GBC PROPERTIES, LLC**
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

1982
55-33/212

DATE 10-5-01

PAY TO THE ORDER OF: D G HART MANAGEMENT    $3239.15

Three Thousand Two Hundred Twenty nine ——— DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR # 508

⑈001982⑈ ⑆021200339⑆ 20172 26897⑈    ⑈00000323915⑈

---

**GBC PROPERTIES, LLC**
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

1960
55-33/212

DATE 9/4/01

PAY TO THE ORDER OF: D. G. HART MANAGEMENT INC.    $3239.15

THREE THOUSAND TWO HUNDRED THIRTY NINE ——— DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR # 508

⑈001960⑈ ⑆021200339⑆ 20172 26897⑈    ⑈00000323915⑈

---

**GBC PROPERTIES, LLC**
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

1943
55-33/212

DATE 8/6/01

PAY TO THE ORDER OF: D G HART MANAGEMENT    $3239.15

Three Thousand Two Hundred Thirty nine ——— DOLLARS

Fleet
92770  East Brunswick Office
East Brunswick, New Jersey 08816

FOR # 508

⑈001943⑈ ⑆021200339⑆ 20172 26897⑈    ⑈00000323915⑈

**Check 2035**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 1/2/02

PAY TO THE ORDER OF: D.G. MANAGEMENT — $3324.86

THREE THOUSAND THREE HUNDRED TWENTY FOUR 86/100 DOLLARS

Fleet Small Business Services
92770   smallbiz.fleet.com   E. Brunswick, NJ

FOR: Unit 508   103-508 Sinowest

⑆002035⑆ ⑈021200339⑈ 20172 26897⑆   ⑈0000332486⑈

---

**Check 2016**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 12-4-01

PAY TO THE ORDER OF: D.G HART MANAGEMENT INC — $3239.15

THREE THOUSAND TWO HUNDRED THIRTY NINE DOLLARS

Fleet Small Business Services
92770   smallbiz.fleet.com   E. Brunswick, NJ

FOR: Unit 508   103-508

⑆002016⑆ ⑈021200339⑈ 20172 26897⑆   ⑈0000323915⑈

---

**Check 1999**

GBC PROPERTIES, LLC
T/A SINOWEST FINANCIAL SERVICES
17 ELIZABETH ST., SUITE 603
NEW YORK, NY 10013

55-33/212

DATE 11/5/01

PAY TO THE ORDER OF: D G HART MANAGEMENT — $3239.15

THREE THOUSAND TWO HUNDRED THIRTY NINE DOLLARS

Fleet
92770   East Brunswick Office
East Brunswick, New Jersey 08816

FOR: Unit 508

⑆001999⑆ ⑈021200339⑈ 20172 26897⑆   ⑈0000323915⑈

**Check 2087**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 4/8/02

PAY TO THE ORDER OF: D G HART MANAGEMENT   $3239.15

Three Thousand Two Hundred Thirty nine —— 15/ DOLLARS

Fleet Small Business Services
smallbiz.fleet.com  E. Brunswick, NJ

FOR #508   103-508 Sinowest

⑆002087⑆ ⑉021200339⑊ 20172 26897⑆   /0000323915/

---

**Check 2067**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 3/4/02

PAY TO THE ORDER OF: D G HART MANAGEMENT   $3239.15

THREE THOUSAND two HUNDRED THIRTY NINE —— 15/ DOLLARS

Fleet Small Business Services
smallbiz.fleet.com  E. Brunswick, NJ

FOR 103-508 Sinowest

⑆002067⑆ ⑉021200339⑊ 20172 26897⑆   /0000323915/

---

**Check 2057**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 2/8/02

PAY TO THE ORDER OF: D G HART MANAGEMENT INC   $3239.15

Three Thousand two Hundred Thirty nine —— DOLLARS

Fleet Small Business Services
smallbiz.fleet.com  E. Brunswick, NJ

FOR 103-508 Sinowest

⑆002057⑆ ⑉021200339⑊ 20172 26897⑆   /0000323915/

**Check 2178**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 7/3/02

PAY TO THE ORDER OF: D G Hart — $3483.86

Three Thousand Four Hundred Eighty three — DOLLARS

Fleet Small Business Services
92770  smallbiz.fleet.com  E. Brunswick, NJ

FOR 103 - 508

⑆002178⑆ ⑈021200339⑈ 20172 26897⑆  ⑆0000348386⑆

---

**Check 2150**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 6/22/02

PAY TO THE ORDER OF: D G Hart — $3209.15

Three Thousand Two Hundred Nine — DOLLARS

Fleet Small Business Services

FOR unit 508  103-508

⑆002150⑆ ⑈021200339⑈ 20172 26897⑆  ⑆0000320915⑆

---

**Check 2103**

GBC PROPERTIES LLC TA
SINOWEST FINANCIAL SERVICES
40 ELIZABETH STREET, SUITE 508
NEW YORK, NY 10013-4803

55-33/212

DATE 5/2/02

PAY TO THE ORDER OF: D. G. Hart Management — $3239.15

Three Thousand Two Hundred Thirty Nine — DOLLARS

Fleet Small Business Services

FOR 103 # 508  Sinowest

⑆002103⑆ ⑈021200339⑈ 20172 26897⑆  ⑆0000323915⑆

**2209**
DATE: 8/4/02
TO: D G HALT
FOR: 8/02
THIS CHECK: 3401.90
TAX DEDUCTIBLE: 8/2/ ptk $60.00 / n/1 per bank 50 770

**1528**
DATE: 7/1/99
TO: D.G. HALT Management
FOR: July 99 rent 7 40-42 Elizabeth St.
THIS CHECK: 2938 —

**1557**
DATE: 8/4/99
TO: D G HALT
FOR: 8/1/99
THIS CHECK: 678 —

**1569**
DATE: 9/3/99
TO: D G HALT
FOR: Sept 99 rent
THIS CHECK: 2938 —