

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Sinowest Financial Services<br>Att: The Secretary<br>40 Elizabeth Street<br>New York, New York  10013 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. A<br>PS F | 102595-00-M-0952 |



Cheng
EXHIBIT
11  ID  8/8/06

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Received by (Please Print Clearly)  B. Date of Delivery<br>                                             1/24/9<br>C. Signature<br>X  ☐ Agent<br>    ☐ Addressee |
| 1 Article Addressed to:<br><br>John Cheng<br>c/o Sinowest Financial Services<br>40 Elizabeth Street<br>New York, New York  10013 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3 Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2 Article Number (Copy from service label)  7001 0360 0001 8103 4778 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |