

Old Republic v. Bank of East Asia                                    August 8, 2006

Page 53

1                    I, JOHN CHENG have read the foregoing

2       transcript of the testimony given at my deposition on

3       August 8, 2006, and it is true and accurate to the best

4       of my knowledge and belief as originally transcribed

5       and/or with the changes as noted on the attached

6       Correction Sheet.

7

8

9       ------------------------------------------------------

10               JOHN CHENG

11

12                    Subscribed and sworn to before me this

13      ___19___ day of _____September_____

14

15      ------------------------------------------------------

16               Notary Public

17      My commission expires: _____9|8|09_____

18

19

20

21

22

23

24

25

JILNA PATEL
Notary Public
State of New Jersey
My Commission Expires Sep 8, 2009

## ERRATA SHEET

**CAPTION:** OLD REPUBLIC VS. BANK OF ASIA LIMITED, ET AL
**DEPOSITION OF:** JOHN CHENG
**DATE OF DEPOSITION:** AUGUST 8, 2006

In order to make this deposition more nearly conform to the testimony, the deponent wishes to make the following changes:

| PAGE | LINE | NOW READS | SHOULD READ |
|------|------|-----------|-------------|
| ____ | ____ | SEE ATTACHED | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |

In responding to questions from Page 16, Line 19 through Page 18, Line 21 about the receipt and distribution of mail at my office at 40 Elizabeth Street, I was mistaken in my answers.  Instead of addressing 40 Elizabeth Street and the way mails were delivered at that building, I erroneously gave answers to how mails were delivered at 20 Elizabeth.