

BK3159PG0199



15019
EXHIBIT
Defendant
B
11-10-06

POWER OF ATTORNEY

This Power of Attorney is made on June 22, 1998

Between: the Principal(s) Nancy L. Chang

whose address is 301 Blue Bayou Drive, Kissimmee Florida

individually referred to as "I" or "my",

And: the Agent(s) Margaret L. Lee

whose address is 301 Blue Bayou Drive, Kissimmee, Florida

referred to as "You:.

Grant of Authority. I appoint You to act as my Agent (called an attorney in fact) to do each and every act which I could personally do for the following uses and purposes:
To execute a First Mortgage Loan on the property known as 36 Upland Drive, Greenwich, Connecticut. Also to execute any and all loan documents including but not limited to the Mortgage, Affidavit of Title and Closing Statement.

To list for sale, enter into a contract for the sale, and to make, execute, endorse, accept and deliver any and all deeds, bills of exchange, checks, drafts, notes and trade acceptances and any other documentation necessary with regard to the Transfer of Title for the premises at 36 Upland Drive, Greenwich, Connecticut

Powers. I give You all the power and authority which I may legally give to You. You may revoke this Power of Attorney or appoint a new Agent in your place. I approve and confirm all that You or your substitute may lawfully do on my behalf.

Signatures. By signing below, I acknowledge that I have received a copy of this Power of Attorney and that I understand its terms.

Witnessed by:

MARGARET L. LEE
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

NANCY L. CHANG
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

My Comm Exp. 7/27/2001
Bonded By Service Ins
No. CC666857
[ ] Personally Known [x] Other I.D.

Record and Return to:
Bentley, Mosher
20 Dayton Ave. P.O. Box 788
Greenwich, CT 06836-0788

BK3759PG0260

## DISABILITY

**Definition of Disability.** (N.J.S. 46:2B-8b) A principal shall be under a disability if the principal is unable to manage his or her property and affairs effectively for reason such as mental illness, mental deficiency, physical illness or disability, advanced age, chronic use of drugs, chronic intoxication, confinement, detention by a foreign power or disappearance.

Clauses (A) and (B) below shall not be a part of the Power of Attorney unless they are signed by the Principal(s).

**A. Takes Effect Regardless of Disability.** This Power of Attorney is effective now and remains in effect even if I become disabled (as defined above).

_____   _____
MARGARET L. LEE              NANCY L. CHANG

**B. Takes Effect Only Upon Disability.** This Power of Attorney will only become effective when (and if) I become disabled (as defined above).

_____   _____
MARGARET L. LEE              NANCY L. CHANG

===============================================================

POWER OF ATTORNEY                  Dated: June    1998
NANCY L. CHANG                     ===========================
  TO                               Record and return to:
MARGARET L. LEE                    Ronald W. Reba, Esq.
                                   41 Reid Street
                                   P.O. Box 310
                                   South River, NJ 08882

===============================================================

STATE OF Florida, COUNTY OF Osceola       SS.:
I CERTIFY that on June 22, 1998,

NANCY L. CHANG TO MARGARET L. LEE

personally came before me and stated to my satisfaction that this person (or if more than one, each person):

(a) was the maker of the attached instrument; and
(b) executed this instrument as his or her own act.

JOSE R. PAGAN
My Comm Exp. 7/27/2001
Bonded By Service Ins
No. CC666857
[ ] Personally Known [X] Other I.D.

_____   MARGARET L. LEE  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
Jose R. Pagan               NANCY L. CHANG   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

Received for Record OCT 7 1998 at 11 h 20 m A M. and recorded by _____
                                                                 Town Clerk

00058