UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXHIBIT
P-2
11-10-06

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as
Subrogee of Eastern Savings Bank

vs.                                    3:01cv1772(SRU)

BANK OF EAST ASIA LIMITED,
M.DEAN MONTGOMERY, ESQ.,
BENTLEY, MOSHER, BABSON
& LAMBERT, P.C., MARGARET L. LEE,
JOHN CHENG, SINOWEST FINANCIAL     JULY 14, 2006
SERVICES and TCRM ADVISORS, INC.

CERTIFICATION OF RONALD REBA

STATE OF NEW JERSEY  )
                     )
COUNTY OF MERCER     )

RONALD REBA, being duly sworn, deposes and says as follows:

1.  I am over the age of eighteen and believe in the obligation of an oath.

2.  This Affidavit is submitted in order to set forth my limited knowledge with respect to the matter noted above, and specifically with respect to a Power of Attorney instrument I prepared for a person alleged to be Margaret L. Lee at the request of Charles Govern of Paradise Mortgage.

3.  In the late 1990's I was engaged as a practicing lawyer with an office based in South River, New Jersey. At some point I believe in 1998, I was asked by Mr Govern to prepare a Power of Attorney document for a person identified to me to be Margaret Lee.

4.  To the best of my knowledge, I did so and provided it to Ms. Lee along with instructions how to complete the Power of Attorney. Recently, I was contacted by

Case 3:01-cv-01772-SRU   Document 138-9   Filed 11/22/2006   Page 3 of 3
07/21/06  08:54 FAX 732 636 2171        ROBBINS AND ROBBINS                    ☒003/003
Case 3:01-cv-01772-SRU   Document 130   Filed 07/24/2006   Page 10 of 10

Spencer B. Robbins of the Robbins & Robbins firm located in Woodbridge, New Jersey who contacted me on behalf of his client John Cheng.

5. To the best of my knowledge, Mr. Cheng had no involvement whatsoever in the preparation or execution of the Power of Attorney form. Mr. Cheng did not participate in any way in my dealings noted above involving Mr. Govern or Ms. Lee. In fact, to my knowledge, he was never mentioned to me as having any involvement or knowledge whatsoever with respect to the Power of Attorney form. Further, at no time did I have any business dealings, transactions and/or communications with Mr. Cheng with respect to Ms. Lee or any other business at that time or thereafter.

_____
RONALD REBA