UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee of Eastern Savings Bank, | : : : : | CIVIL ACTION CASE NO.3:01-CV-1772(SRU) |
| Plaintiffs, | : : | |
| v. | : : | |
| BANK OF EAST ASIA LIMITED, M. DEAN MONTGOMERY, ESQ., BENTLEY, MOSHER, BABSON & LAMBERT, P.C., MARGARET L. LEE, JOHN CHENG, SINOWEST FINANCIAL SERVICES, TCRM ADVISORS, INC. and TCRM COMMERCIAL CORP., | : : : : : : : | |
| Defendants. | : | DECEMBER 29, 2006 |

## **STIPULATION TO VACATE DEFAULT JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Motion to Vacate Default Judgment filed by defendants John Cheng and Sinowest Financial Services on June 6, 2006, may be granted, and that the Default Judgment entered against defendants John Cheng and Sinowest Financial Services may be vacated.

| | |
|---|---|
| **DEFENDANTS**<br>**JOHN CHENG AND**<br>**SINOWEST FINANCIAL SERVICES** | **PLAINTIFF**<br>**OLD REPUBLIC NATIONAL TITLE**<br>**INSURANCE COMPANY** |
| By their Attorneys, | By its Attorneys, |
| /s/ Michael K. Stanton, Jr.<br>Michael K. Stanton, Jr., Esq. (ct08916)<br>Stephen P. Fogerty, Esq. (ct01398)<br>HALLORAN & SAGE LLP<br>315 Post Road West<br>Westport, CT  06880<br>Telephone: (203) 227-2855<br>Facsimile: (203) 227-6992<br>stanton@halloran-sage.com<br>fogerty@halloran-sage.com | /s/ Frank J. Silvestri, Jr.<br>Frank J. Silvestri, Jr., Esq. (ct05367)<br>Madeleine F. Grossman, Esq. (ct05987)<br>LEVETT ROCKWOOD P.C.<br>33 Riverside Avenue, P.O. Box 5116<br>Westport, CT  06881<br>Telephone: (203) 222-0885<br>Facsimile: (203) 226-8025<br>fsilvestri@levettrockwood.com<br>mgrossman@levettrockwood.com |

**ORDER**

Upon the foregoing Stipulation, the Default Judgment entered against John Cheng and Sinowest Financial Services may be and hereby is vacated.

IT IS SO ORDERED at Bridgeport, Connecticut, this ____ day of _____, 200__.

_____
Stefan R. Underhill
United States District Judge

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed, First Class Mail, postage pre-paid, on this the 9th day of January, 2007, to the following counsel of record:

William Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
185 Asylum Street
Hartford, CT  06103-3488

Francis M. Donnarumma, Esq.
100 Grand Street, Suite 2F
Waterbury, CT  06702

Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

Kenneth S. Sussmane, Esq.
Sussmane & Zapfel, P.C.
521 Fifth Avenue, 28th Floor
New York, NY  10175

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT  06510

Stephen P. Fogerty, Esq.
Michael K. Stanton, Jr., Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT  06880

/s/ Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr.

131862